IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

JACQUELYN ORR and )
WILLIAM ORR, )
 )
    Plaintiffs, )
 )
vs. ) CIVIL ACTION NO. 416-52
 )
MACY'S RETAIL HOLDINGS, INC., )
 )
    Defendant. )

<u>EXPERT WITNESS REPORT OF MARKUS NIEDERWANGER, M.D.</u>

**COMES NOW**, Markus Niederwanger, M.D. pursuant to Federal Rules of Civil Procedure 26(a)(2)(B), and files this report as follows:

1.    <u>IDENTITY OF EXPERT WITNESS.</u>

Dr. Markus Niederwanger
Optim Orthopedics
210 East DeRenne Ave.
Savannah, Georgia 31405

2.    <u>COMPLETE STATEMENT OF ALL OPINIONS TO BE EXPRESSED AND THE BASIS AND REASONS THEREFORE:</u>

See Exhibit "1" attached hereto.

3.    <u>THE FACTS OR DATA CONSIDERED BY THE WITNESS IN FORMING HIS OPINION:</u>

See Exhibits "1," "2" and "3" attached hereto.

4.    <u>ANY EXHIBIT TO BE USED AS A SUMMARY OF OR IN SUPPORT OF THE OPINIONS:</u>

See Exhibit "2" and "3" attached hereto.



EXHIBIT

1

5. __THE QUALIFICATIONS OF THE WITNESSES INCLUDING A LIST OF PUBLICATIONS AUTHORED BY THE WITNESS WITHIN THE PRECEDING TEN (10) YEARS:__

See Exhibit "4" attached hereto.

6. __A LISTING OF OTHER CASES THE WITNESS HAS TESTIFIED AS AN EXPERT WITNESS AT TRIAL OR DEPOSITION WITHIN THE PRECEDING FOUR (4) YEARS:__

Not applicable

7. __COMPENSATION TO BE PAID FOR THE STUDY AND TESTIMONY:__

$1,500 per hour, $10,500 incurred to date.

This 27th day of May, 2016.

/s/R. Scot Kraeuter
R. Scot Kraeuter
Georgia Bar No. 428960

Johnson, Kraeuter & Dunn, LLC
104 West State Street, Suite 200
Savannah, Georgia 31401
(912) 721-9844
Scot@jkdlawfirm.com

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF GEORGIA
## SAVANNAH DIVISION

| | | |
|---|---|---|
| **JACQUELYN ORR and WILLIAM ORR,** | ) | |
| **Plaintiffs,** | ) | |
| **vs.** | ) | **CIVIL ACTION NO. 416-52** |
| **MACY'S RETAIL HOLDINGS, INC.** | ) | |
| **Defendant.** | ) | |

### CERTIFICATE OF SERVICE

This is to certify that I am counsel for the Plaintiffs and that I have this day served the foregoing pleading upon all parties to this matter by filing with the Court's CM/ECF system, which will automatically e-mail notification of same to the following counsel of record:

Lisa R. Richardson, Esq.
Drew, Eckl & Farnham, LLP
Post Office Box 7600
Atlanta, Georgia 30357-0600
lrichardson@deflaw.com
landersja@deflaw.com

Jeffrey S. Ward, Esq.
Garret W. Meader, Esq.
Drew Eckl & Farnham
77 Gloucester Street
Suite 305
Brunswick, Georgia 31520
jward@deflaw.com
gmeader@deflaw.com

This 27th day of May, 2016.

                                        /s/R. Scot Kraeuter
                                        R. Scot Kraeuter
                                        Georgia Bar No. 428960

Johnson, Kraeuter & Dunn, LLC
104 West State Street, Suite 200
Savannah, Georgia 31401
(912) 721-9844
Scot@jkdlawfirm.com

Report for Jacquelin Orr, DOB _____

I have been in clinical practice since 1998 and I am a fellowship trained and ABMS Board Certified physician in PM&R and in Pain Medicine. I have experience in evaluation and treatment of CRPS through residency, fellowship, clinical practice and continued medical education activities. My CV is attached.

## Summary:

Ms. Orr presented on 10/27/2015 with chief complaint of pain in her right forearm that was per her report caused by trauma from a falling doorframe at Macy's in April 2015.

It is my opinion, that soft tissue trauma in general can cause CRPS and that the specific trauma from April 2015 can cause the CRPS diagnosed in Ms. Orr.

It is my opinion, that the trauma in April 2015 reported by Ms. Orr with a reasonable degree of medical probability caused her symptoms and CRPS 1 in the right upper extremity and that with a reasonable degree of medical probability her symptoms are chronic and permanent.

## Definition CRPS:

CRPS usually develops after trauma to a limb and the pain is disproportionate in time or intensity to the usual course of pain after injury (Fukushima F et al.: Complex regional pain syndrome. BMJ 2014 Jun 25;348:g3683. doi: 10.1136/bmj.g3683). CRPS is characterized by constant regional neuropathic pain that does not follow the usual distribution of a dermatome or nerve territory and is usually associated with abnormal sensory, autonomic, motor and/or trophic changes (Fukushima F et al.: Complex regional pain syndrome. BMJ 2014 Jun 25;348:g3683. doi: 10.1136/bmj.g3683). The pathophysiology of CRPS is multifaceted and remains incompletely understood (Fukushima F et al.: Complex regional pain syndrome. BMJ 2014 Jun 25;348:g3683. doi: 10.1136/bmj.g3683). There are no specific tests to diagnose or exclude CRPS (Fukushima F et al.: Complex regional pain syndrome. BMJ 2014 Jun 25;348:g3683. doi: 10.1136/bmj.g3683). Diagnosis relies almost exclusively on clinical assessment and is currently based on the Budapest criteria (Fukushima F et al.: Complex regional pain syndrome. BMJ 2014 Jun 25;348:g3683. doi: 10.1136/bmj.g3683).

Two prospective studies evaluated the incidence of CRPS after a fracture. It occurred in 3.8% of 1549 patients within 4 months after a wrist fracture (Moseley GI. et al.: Intense pain soon after wrist fracture strongly predicts who will develop complex regional pain syndrome; prospective



cohort study. J Pain 2014; 15:16-23) and in 7% of 596 patients within one year after a fracture (Beerthuizen A et al. Demographic and medical parameters in the development of complex regional pain syndrome type 1: prospective study on 596 patients with a fracture. Pain 2012; 153:1178-92).

It is known and accepted in the medical literature that CRPS can develop after soft tissue injury, trauma, prolonged immobilization and disorders of the central nervous system (e.g. CVA) and that sometimes no clear precipitating event can be identified (Albazaz R et al. Complex regional pain syndrome: a review. Ann Vasc Surg 2008; 22:297-306; Marinus J et al. Clinical features and pathophysiology of complex regional pain syndrome. Lancet Neurol 2011; 10:637-48; De Mos M et al. The incidence of complex regional pain syndrome: a population based study. Pain 2007; 129:12-20).

Diagnostic criteria in clinical use include the "Budapest Criteria". Those criteria were validated in the literature (Harden RN et al. Validation of proposed diagnostic criteria (the "Budapest Criteria") for Complex Regional Pain Syndrome. Pain 2010; 150(2):268-74).

The criteria include:

1. Continuing pain disproportionate in time or degree to the usual course of pain after any trauma or other inciting event

2. At least one symptom in three of the four following categories:

   a. Sensory: Reports of hyperalgesia and/or allodynia

   b. Vasomotor: Reports of skin color and/or temperature changes/asymmetry

   c. Sudomotor/edema: Reports of edema or swelling and/or sweating changes or asymmetry

   d. Motor/trophic: Reports of decreased range of motion and/or motor dysfunction (weakness, tremor, dystonia) and/or trophic changes (nails, skin, hair)

3. Display at least one sign at the time of evaluation in two or more of the same four categories listed above

4. There is no other diagnosis that better explains the signs and symptoms

### Clinical course:

My evaluation included History and Physical, Past Medical History, Review of Systems, Social History, Family History, medications, allergies, review of imaging studies, and review of outside medical records. A physical exam was performed and an Assessment and Plan was formulated and reevalutions were done on follow up visits.

Initial presentation 10/27/2015: Patient reported pins and needle type pain, burning, tingling, sharp, electric shock type pain. She reported swelling in the right hand and temperature differences as well. She reported some skin changes often times in the right forearm as compared to the left forearm. She reported some numbness and weakness in the right upper extremity. She did not report any clear allodynia but stated that touch sometimes increases the pain but not typically. She denied any pain prior to the event with the door frame.

Medical records review revealed previous treatment in April 2015 by Chatham Orthopedics (Night Clinic and Dr. Prather) with right humerus and forearm X-rays reported negative for fracture or acute bony abnormalities.

MRI cervical spine without contrast (SouthCoast Health) 4/20/2015 per official report with only mild degenerative disc disease, no canal or foraminal narrowing, no intrinsic cord abnormalities (Todd Lanier, MD).

MRI distal forearm without contrast (Imaging Savannah) 5/20/2015 official report with no acute osseous injury identified and all muscular and tendinous structures appear within normal limits and no soft tissue mass (David Estle, MD).

EMG/NCS right upper extremity 6/13/2015 reported as normal (Dr. Victor Rosenfeld). However, only the APB muscle was tested in the EMG part of the exam.

Previous treatment from April 2015 until my evaluation consisted of medications including NSAIDs, oral steroid pack, pregabalin, tizanidine, gabapentin 800mg three times per day, hydrocodone, and oxycodone.

Patient had treatment with Dr. Mark Kamaleson and had at least 11 sessions of occupational therapy.

Per my evaluation 10/27/2015 there were findings on exam of tenderness in the right forearm, upper trapezius area and cervical paraspinal area. No clear allodynia. There was tenderness to palpation. There were very subtle skin changes in the right dorsal forearm noted. There was some swelling noted in the right dorsal forearm. There was no clear focal weakness or clear numbness noted. There was slight decrease to light touch but also some pain with palpation in the forearm noted on the right side.

Assessment in my evaluation was "patient with right upper extremity pain especially in the forearm but also expanding up the arm and into the right cervical area and periscapular area.

She may be suffering from a CRPS type of syndrome status post a door frame falling on her forearm in April 2015.  Imaging workup without any clear etiology. No clear cervical etiology is noted."

I started the patient on duloxetine 30mg and meloxicam and continued the oxycodone and gabapentin and discussed spinal cord stimulation.

**After review of the medical record, Ms. Orr fulfilled the formal Budapest Criteria for the diagnosis of CRPS (Criteria 1, Criteria 2b, 2c, 2d, Criteria 3 and Criteria 4).**

Follow up on 11/23/2015: Patient reported significant benefit with one time use of duloxetine, but also reported significant side effects. She had discontinued meloxicam due to no benefit. On exam there was tenderness in the right forearm, upper trapezius area and cervical paraspinal area without clear swelling noted. I continued oxycodone and gabapentin.

Follow up on 1/19/2016: Patient reported that she has seen her PCP and was diagnosed with trigeminal neuralgia. She reported continued pain in the right upper extremity rated as on average 5/10 and up to 9/10. She also felt that her memory was getting worse, felt buzzing in her right-sided facial area, and sometimes even a difficult time to get her speech started and she reported problems with her right eye intermittently. Those symptoms were reported as "come and go". I noted in my assessment/plan that I was not able to fully explain all of the neurologic symptoms at the current time and a referral for evaluation of the neurologic symptoms at the Mayo Clinic in Jacksonville in the Neurology Department was initiated.

On 3/9/2016 I dictated a letter to the Mayo Clinic Jacksonville regarding her neurologic symptoms: "Since I cannot fully explain her symptoms from a CRPS type syndrome, I would like to have her evaluated by a neurologist at the Mayo Clinic in Jacksonville for the neurologic symptoms as noted above to determine if there is any etiology. In my experience her memory difficulties, difficulty to even get her speech started sometimes even inability to say her name is not related to CRPS."

Follow up on 3/22/2016: Patient reported pain still in the right upper extremity more in the forearm than the arm and also in the hand and the knuckle area with a burning and tingling type of pain and often worse in the evening and at night. She noted that her functional level is decreased due to this.  She works at Georgia Regional Health, and her supervisor allowed her to modify her job description basically, using more of her left hand for typing and even writing instead of the right hand and also having less need to go into the treatment unit since she would not really be able to defend herself with her right upper extremity in a dysfunctional state at the current time. She rated her pain as up to 8 out of 10 especially during the night.

She felt that the pain had worsened over the last 6 weeks again as compared to the last evaluation, but it was still not as bad as on the initial evaluation.

She reported some pain in the left elbow area which she felt was due to using only the left upper extremity for all activities. It did not feel like the same type of pain as in the right upper extremity.

She still also reported some word finding problems and some eye problems in the right eye and was still awaiting a consultation in the Mayo Clinic Neurology Department.

On my exam I reported "there is some hypersensitivity and paresthesias in the right upper extremity especially in the forearm to palpation. No clear full-blown allodynia is noted. I do not see any clear hair pattern changes today or skin changes or swelling or edema in the bilateral upper extremities. There is tenderness in the right hand, right forearm throughout more than the right arm to palpation. There is a burning type of sensation with exam. Hawkins and Neer tests do not cause any significant pain bilaterally. Cervical range of motion does not cause any shooting pain in the upper extremities. Spurling test is negative. No occipital tenderness bilaterally. Deep tendon reflexes are 2+ and symmetric in the bilateral upper extremities with biceps and triceps tendon reflex. There is still some tenderness in the right facial area to palpation. Capillary refill is appropriate in the bilateral upper extremities in the fingernail beds. Speech is clear. Alert and oriented x3".

In my Assessment/Plan I noted "patient with right upper extremity status post trauma in April 2015. This is likely related to CRPS type I. Cervical MRI without abnormalities to explain the pain, EMG without abnormalities. Previous x-rays do not demonstrate any fractures. She was evaluated previously by Orthopedic Surgery. She is awaiting a consultation at the Mayo Clinic at the Neurology Department for some word-finding difficulties and also due to her report of some right eye problems intermittently [...]. I had a long discussion with the patient. Her functional level is decreased. She significantly protects the right upper extremity. I will continue her on the gabapentin and the Percocet".

Explanation of my diagnosis of "possible CRPS" and "may be suffering from CRPS" in the medical chart:

I wrote in my note from 10/27/2015 that the patient "may be suffering from CRPS [...]" and on 11/23/2015 and on 1/19/2016 "possible CRPS". In my note 3/22/2016 I reported "this is likely related to CRPS 1". However, after review of the detailed formal Budapest Criteria and after retroactive analysis of all the signs and symptoms that were recorded in my note during the first evaluation on 10/27/2015, it became apparent, that the formal criteria for diagnosis of CRPS were met. Ms. Orr fulfilled the formal Budapest Criteria for the diagnosis of CRPS per my

Initial evaluation 10/27/2015. It was my intention during the initial encounters to not "label" the patient prematurely with the diagnosis of CRPS.

Studies that were not done include:

Three phase bone scan, which in my opinion would not change the clinical treatment course and therefore was not ordered

Stellate ganglion block, which in my opinion would not change the clinical treatment course

Differential diagnoses include:

-Cervical etiology (e.g. cervical radiculopathy, cervical disc displacement, myelopathy or syrinx): Excluded with cervical MRI

-Forearm fracture or significant ligamentous injury or bone edema: Ruled out by orthopedic evaluation (Dr. Kamaleson and Chatham Orthopedics) and MRI forearm

-Upper extremity nerve lesion: Ruled out by orthopedic evaluation (Dr. Kamaleson and Chatham Orthopedics) and by normal EMG/NCS of the RUE

-DVT: No clinical suspicion based on presentation and exam and location of pain symptoms

-Thrombophlebitis: No clinical suspicion based on exam

-Lymphedema: No clinical suspicion based on exam without pitting edema

-Cellulitis: No clinical suspicion based on exam

-Vascular insufficiency: No clinical suspicion based on exam

-Thoracic Outlet Syndrome: No clinical suspicion due to pain present constantly including at rest and not depending on UE ROM/overhead activity, and due to report of specific trauma as etiology of the pain

-Diabetic neuropathy: Patient without Diabetes Mellitus

-Pain of Central Origin: No history of CVA

-CNS etiology: MRI brain not done due to complaints in the RUE and forearm not clinically consistent with a brain etiology

-Chiari malformation: Not considered during evaluation

-Demyelinating disease (e.g. Multiple Sclerosis): Not considered based on clinical presentation and also no supporting abnormalities per imaging studies

Page 6/10

-Peripheral neuropathy or entrapment neuropathy (e.g. carpal tunnel syndrome or cubital tunnel syndrome): Ruled out by orthopedic evaluation (Dr. Kamaleson and Chatham Orthopedics) and basically normal EMG/NCS RUE and pain did not follow a usual nerve territory distribution pattern

-Cumulative trauma disorder: No reported cumulative trauma and per patient no pre-existing symptoms

-Myofascial Pain Syndrome: In myofascial pain syndrome, pressure on sensitive points in muscles (trigger points) often causes referred pain and there can be a tender knot on exam. Not supported by history and exam

-Medial or Lateral epicondylitis: Not supported clinically

-Tenosynovitis: Not supported by previous orthopedic evaluation and clinically

-Raynaud's Syndrome: No reported change of pain/symptoms based on temperature or cold exposure

Ms. Orr displayed no signs of malingering or feigning and per her report was active, in her usual state of health and full time employed prior to the trauma in April 2015. There were no reports of recent surgery, no previous pain in the same area, no previous trauma to the affected area, no previous history of immobilization of the RUE, and no h/o CVA that would otherwise explain her symptoms.

Medical treatment course:

The medical bills to date from OptimHealth appear to be reasonable and necessary for assessment, evaluation, establishing a diagnosis, initiation of treatment and care.

It is my opinion that the estimated medical bills as outlined below for future care appear in line with the usual and customary costs and appear reasonable and within the range of fair market value.

Considerations for future care:

Future expenses will likely include medical expenses, e.g. medications with possible long term use of opioids (oxycodone/APAP 10/325mg two times/day until 5/23/2016, then changed to Nucynta 50mg up to three times/day) and non-opioid medications (gabapentin 600mg four times/day) with also laboratory testing every six to eight months with urine drug screens to assess for adherence to the treatment regimen. Clinic appointments are estimated to be

scheduled every 2 months for 2 years, then every 3 months if the patient continues to use opioid medications. If the patient is able to be tapered off opioid medication then clinic appointments are estimated to be scheduled every 3 months for two years and then every 4-6 months afterwards.

Spinal cord stimulation has been utilized for CRPS and its use has been demonstrated in the literature (Poree L et al.: Spinal cord stimulation as treatment for complex regional pain syndrome should be considered earlier than last resort therapy. Neuromodulation 2013; 16: 125–141).

In my opinion and based on my experience spinal cord stimulation more likely than not would be helpful to decrease Ms. Orr's pain and improve her functional level. This would include a spinal cord stimulator trial and if beneficial a permanent implantation of a spinal cord stimulator (with then expected need for internal pulse generator replacements every approximately 7-10 years).

Estimated charges for spinal cord stimulator procedure:

Physician charges:

- CPT 63650: $2,055

- CPT 63661: $2,784

- CPT 63685: $2,000

Ambulatory Surgery Center charges:

- CPT 63650: $69,000

- CPT 63661: $23,275

- CPT 63685: $50,660

Ms. Orr may need to enroll intermittently in physical therapy and occupational therapy sessions to prevent a decrease in her functional level. There may be a need for CBT (cognitive behavioral therapy) treatment and counseling to institute coping mechanisms and skills.

Work place modifications and job modifications or retraining will likely be necessary due to the reported limitations in the Ms. Orr's use of the right upper extremity.

Conclusion:

It is my opinion, that the specific trauma from April 2015 reported by Ms. Orr with a reasonable degree of medical probability caused her symptoms and CRPS 1 in the right upper extremity.

Prognosis:

It is my opinion that with a reasonable degree of medical probability Ms. Orr's symptoms are chronic and permanent. Future treatment consideration include continued medical management, rehabilitative therapies, spinal cord stimulation trial and if beneficial permanent implantation of a spinal cord stimulator, need for work place modification/job modification due to significant functional decrease and use of the right upper extremity.

Respectfully,

Markus Niederwanger, MD          Savannah, GA  5/25/2016

Attachment

Literature used during research and completion of the report

Fukushima F et al.: Complex regional pain syndrome. BMJ 2014 Jun 25;348:g3683. doi: 10.1136/bmj.g3683

Bruehl S: Complex regional pain syndrome. BMJ 2015 July 29; 350:h2730. doi:10.1136/bmj.h2730

Moseley GL et al.: Intense pain soon after wrist fracture strongly predicts who will develop complex regional pain syndrome: prospective cohort study. J Pain 2014; 15:16-23

Beerthuizen A et al. Demographic and medical parameters in the development of complex regional pain syndrome type 1: prospective study on 596 patients with a fracture. Pain 2012; 153:1178-92

Albazaz R et al. Complex regional pain syndrome: a review. Ann Vasc Surg 2008; 22:297-306

Marinus J et al. Clinical features and pathophysiology of complex regional pain syndrome. Lancet Neurol 2011; 10:637-48

De Mos M et al. The incidence of complex regional pain syndrome: a population based study. Pain 2007; 129:12-20

Harden RN et al. Validation of proposed diagnostic criteria (the "Budapest Criteria") for Complex Regional Pain Syndrome. Pain 2010; 150(2):268-74

Poree L et al.: Spinal cord stimulation as treatment for complex regional pain syndrome should be considered earlier than last resort therapy. Neuromodulation 2013; 16: 125–141



optimhealthcare

OPTIM ORTHOPEDICS-SAV OFF

JACQUELYN ORR                000811408        DOB:              08/10/2015

CHIEF COMPLAINT: Rt arm pain and numbness.

HISTORY OF PRESENT ILLNESS: Mrs. Orr states on Apr. 2, 2015, a door frame fell and hit her rt arm. She states she has been getting ongoing treatment for her symptoms. She was seen at Chatham Orthopaedics by Dr. Prather, which they got x-rays and an MRI. She has also seen neurologist, Dr Rosenfeld, which he had gotten EMGs as well. She states she has also been put on Neurontin recently by her neurologist and this seems to have helped alleviate some of her symptoms. She has been previously diagnosed with reflex sympathetic dystrophy. She states she is having a constant sharp pain that is aggravated by lifting and typing at work. She states that Neurontin and rest have alleviated some of her symptoms.

PAST MEDICAL HISTORY: PMH, PSH meds, allergies, FH, SH and 9-point ROS were reviewed with the patient in the patient health history form dated 08/10/15, and has been signed by me in the chart.

PHYSICAL EXAMINATION: Mrs. Orr is an overweight 44-YO RHD WF in NAD.

Psychosocial:   A, A&Ox3.

Skin:           WD&I

Gait:           Normal heel/toe gait.

Rt Hand:       There is no swelling, edema, or ecchymosis. All flexor and extensor tendons are intact. There is full flex and ext at the MP, PIP and DIP joints of all the fingers. There is no triggering. There is no tenderness at the A1 or T1 pulleys. All the MP, PIP, DIP joints are stable. Bunnell's test for intrinsic tightness is negative in all the digits. The flexor tendon sheaths are not tender. There are no palpable masses. There is no erythema or warmth.

Lt Hand:       There is no swelling, edema, or ecchymosis. All flexor and extensor tendons are intact. There is full flex and ext at the MP, PIP and DIP joints of all the fingers. There is no triggering. There is no tenderness at the A1 or T1 pulleys. All the MP, PIP, DIP joints are stable. Bunnell's test for intrinsic tightness is negative in all the digits. The flexor tendon sheaths are not tender. There are no palpable masses. There is no erythema or warmth

Neurological Hand:   Phalen's test positive immediately on the rt and negative on the lt. Elbow flexion tests are negative. Tinel's percussion of the median and ulnar nerves at the elbow and wrist respectively are negative bilaterally. There is no weakness or atrophy in the APB or ADQ muscles bilaterally.



EXHIBIT
2



optimhealthcare

JACQUELYN ORR                    000811408        DOB:            08/10/2015
Page 2

X-RAYS: MRI of the C-spine was reviewed from __South Coast Medical Group dated 04/20/15
and revealed mild DDD. Impression: Mild DDD. No canal foraminal stenosis. No intrinsic
cord abnormality.

ASSESSMENT: Rt upper extremity reflex sympathetic dystrophy 337.21.

PLAN:
1        PT with Dystrophile stress-loading device.
2.       Patient will follow-up in 4 weeks.

Dr. Kamaleson has reviewed and agrees with the above listed plan.


Jamie E. Wells, NP-C                    S. Mark Kamaleson, MD


JBW/wz903lh
D: 08/12/2015 T: 08/14/2015
Job ID: 1172060

cc: Thomas G Moriarity M.D. III
    853

811408

Tyler W. Rosenfeld, MD

PFG : 1194710
PAGE N : __ of __
DOC PGT : 95

**South Coast Medical Group**
**Victor Rosenfeld M.D.**
**1326 Eisenhower Drive**
**Savannah, GA 31406**

| Patient: | Orr, Jacquelyn | Physician: | Victor Rosenfeld MD |
|---|---|---|---|
| Age: | 44 | Test Date: | 06/03/13 |
| Sex: | Female | | |
| Height: | inches | | |
| Weight: | 173 lbs | | |
| I.D.#: | 1194710 | | |
| Ref. M.D.: | | | |

D. DeCamp

**History/Comments:**
RUE injury

**Motor Nerve Study**
Right Median Nerve

| R to 82x;APB | Lat (ms) | Pk Lat (ms) | Amp (mV) | Area (mVms) | Dist (mm) | N.V. (M/s) |
|---|---|---|---|---|---|---|
| Elm Stie | | | | | | |
| Wrist | 3.8 | 6.7 | 8.2 | 1.2 | 70 | |
| Elbow | 7.3 | 9.5 | 8.7 | 4.7 | 230 | 61.2 |

**Motor Nerve Study**
Right Ulnar Nerve

| R to 82x; ADM | Lat (ms) | Dist (mm) | Amp (mV) | Area (mVms) | Dist (mm) | N.V. (m/s) |
|---|---|---|---|---|---|---|
| Stim Site | | | | | | |
| Wrist | 3.2 | 4.9 | 11.7 | 32.0 | 10 | |
| B.Elbow | 8.8 | 4.8 | 10.8 | 30.4 | 170 | 63.8 |
| A.Elbow | 7.8 | 4.9 | 13.0 | 33.3 | 110 | 62.0 |

**Sensory Nerve Study**
Right Median Nerve

| R to Stie; Wrist | Lat (ms) | Pk Lat (ms) | Amp (uV) | Dist (mm) | O.V. (m/s) | Norm O.V. |
|---|---|---|---|---|---|---|
| Stim Site | | | | | | |
| Mid Palm | 1.9 | 3.0 | 67.5 | 10 | 41.7 | |

**Sensory Nerve Study**
Right Ulnar Nerve

| R to Stie; Wrist | Lat (ms) | Pk Lat (ms) | Amp (uV) | Dist (mm) | O.V. (m/s) | Norm O.V. |
|---|---|---|---|---|---|---|
| Stim Site | | | | | | |
| Palm | 1.9 | 2.3 | 54.3 | 80 | 41.8 | |

**Sensory Nerve Study**
Right Radial Nerve

| R to Stie; R Thumb | Lat (ms) | Pk Lat (ms) | Amp (uV) | Dist (mm) | O.V. (m/s) | Norm O.V. |
|---|---|---|---|---|---|---|
| Stim Site | | | | | | |
| R Wrist | 2.4 | 4.4 | 39.0 | 100 | 41.1 | |

page 2

| Patient: | Orr, Jacquelyn | | | Test Date: | 06/03/15 | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| I.D.#:1794710 | | | | | | | | |

**F-Wave Study**
Right Median Nerve

| Rec Site APB | | Latency | Normal |
| --- | --- | --- | --- |
| Stim Site Wrist | | ms | Latency |

| M wave | 3.83 |
| --- | --- |
| F wave | 24.63 |
| F-M | 21.00 |

**F-Wave Study**
Right Ulnar Nerve

| Rec Site ADM | | Latency | Normal |
| --- | --- | --- | --- |
| Stim Site Wrist | | ms | Latency |

| M wave | 3.78 |
| --- | --- |
| F wave | 23.95 |
| F-M | 20.17 |

**EMG Study**

| Ins Act | Fibs | PSW | Fascic | Polyph | Hi Amp | Hi Dur | Recruit |
| --- | --- | --- | --- | --- | --- | --- | --- |
| R Abd Pol Br | norm | none | none | none | none | norm | norm | norm | norm |

**Summary/Interpretation**

Normal study

Victor Rosenfeld MD

IMAGING SAVANNAH
320 Eisenhower Drive
Savannah, GA 31406

Phone 912-691-1200
Fax 912-691-4209

To:      THOMAS MORIARITY, DO:              Patient: JACQUELYN J. ORR
320 EISENHOWER DR BT              MRN: 1-194710
SAVANNAH GA 31406              DOB:
Fax:      912-691-4289              DOS    05/20/2015
Exam:         MR UPPER EXTREMITY JT W/O CON RT

HISTORY:
Distal forearm pain status post trauma

EXAM:
MRI of the right distal forearm without contrast

TECHNIQUE/PROCEDURE.
Coronal T1 and STIR images were obtained in coils as well as proton density coronal field echo and
sagittal T1
weighted images

COMPARISON:
None.

FINDINGS:
No acute osseous injury is identified. All musculotendinous structures appear within normal
limits. No
soft tissue mass is identified

IMPRESSION:
Normal MRI of the right distal forearm.

Interpreting Radiologist.
DAVID ESTLE
Signing Radiologist
DAVID ESTLE

05/20/2015 04:14 PM
Electronically Signed 05/20/2015 04:14 PM
Thank you for referring JACQUELYN J ORR to SOUTHCOAST IMAGING CENTER

Printed 05/20/2015 04:14 PM              JACQUELYN J ORR, 00887201    Page 1 of 2.

JACQUELYN J ORR [806]611100521]1211440 - MR    00887201
UPPER EXTREMITY JT W/O CON RT

Printout's Approval Date_Time>>  JACQUELYN J ORR [806]611100521]1211440 - MR UPPER
Page 2 of 2
EXTREMITY JT W/O CON RT

7/29/2015 1:27 PM    Baotes                    -> 19126445241                    0

#811408

SouthCoastHEALTH
IMAGING

CHATHAM ORTHOPAEDICS
4425 Paulsen Street
Savannah, GA 31405

Phone: 912-355-6615
Fax: 912-351-0645

| To: | JOHN T PRATHER, MD | Patient: | JACQUELYN J ORR |
| | 4425 PAULSEN STREET | MRN#: | 1194710 |
| | SAVANNAH GA 31405 | DOB: | |
| Fax: | 912 355 3237 | DOS: | 04/20/2015 |
| Exam: | MR CERVICAL SPINE W/O CON | | |

HISTORY:
Neck pain extending into the arm associated hand numbness.

EXAM:
MRI OF THE CERVICAL SPINE WITHOUT CONTRAST

TECHNIQUE/PROCEDURE:
Routine MRI images of the cervical spine were obtained without IV gadolinium.

COMPARISON:
None.

FINDINGS:
Alignment is normal. Marrow signal demonstrates no suspicious abnormality. Visualized portions of the spinal
cord and posterior fossa are unremarkable. Paraspinal structures are unremarkable. CSF spaces normal. Mild
disc desiccation seen throughout cervical spine. There is minimal uncovertebral arthropathy seen at the C4-C5
and C5-C6 levels but no significant canal or foraminal stenosis is seen within the cervical spine.

IMPRESSION:
1. Mild degenerative disc disease. No canal or foraminal stenosis. No intrinsic cord abnormality. .

Interpreting Radiologist
TODD LANIER
Signing Radiologist
TODD LANIER

Electronically Signed:    04/21/2015 08:17 AM

Thank you for referring  JACQUELYN J ORR to SOUTHCOAST IMAGING CENTER

Printed: 04/21/2015 08:17 AM        JACQUELYN J ORR 00852338                    Page 1 of 2

ib-1

7/29/2015 1:27 PM   Baotes         →> 19126446241                    9

JACQUELYN J ORR                                    00852338

SOUTHCOAST HEALTH



## optim.
## occupational therapy

### Visit Note

| Patient Name JACQUELYN J ORR | Start of Care Date 03/19/2016 |
|---|---|
| Address | Visit Date 08/18/2016 |
| Visit Name OT Visit | Referred by Mark Kamaloson |
| MRN 011403 | Medical Diagnosis 337.21 REFLEX SYMPATHETIC DYSTROPHY OF THE UPPER LIMB Treatment Diagnosis 729.5 PAIN IN LIMB |
| Date of Birth | |

JACQUELYN ORR was seen at optim occupational therapy Savannah-Deronne office for a Occupational Therapy visit on 08/18/2016.

Ms. ORR is a 44 year old female. She has a chief complaint of muscle weakness and Pain in upper extremity / arm.

Current problem(s) began 04/02/2016. The problem(s) affect the Right side. Patient is a 44 y/o R handed female who had a door frame fall and strike her on the radial aspect of her mid FA. Since she has had shooting pain, minor edema. These complaints are exacerbated by carrying, lifting, reaching and repetitions of (computer work). These complaints are reduced by resting. The patient states that the pain at its best is 6 out of a rating scale of 10. The pain at its worst is 10/10. The pain at present is 4/10. The patient is under the care of a neurologist and orthopedist for these complaints. Surgical History: hysterectomy and Deviated septum, hernia repair. Allergies: any medications (Asprin and septra)

### Subjective
Patient reports her pain level is 4/10. "I hurt more today than I have after working the arm. I feel like it goes through cycles."
### Subjective Pain
Able to rate subjective pain?   Yes
Pre-Treatment      4
Post-Treatment     3

### Objective
#### Treatment

| Procedural Interventions | Min. | Parameters | Objectives | Precautions | Patient Response |
|---|---|---|---|---|---|
| Therapeutic Activities -dexterity/ coordination training | 25 | Dystrophic - carrying, hoisting and weight baring. OF bicep curls, two press, belly press with palm - pink, gripper peg x4 x 1 | Decrease R UE pain to 2/10 at its worst to enable patient to perform daily functional activities with independence and return to normal work related tasks., Decrease R UE pain to 6/10 at its worst to enable patient to perform dressing, grooming, meal prep, and light home management tasks., Patient will be independent in performance of the following ADLs: home management, care giving tasks, and using hand tools | | |
| Whirlpool -Hydrotherapy | 10 | Whirlpool - R @ 100 degrees. | Sensory input to address hypersensitivity. | No corn allergy | No skin irritation noted. |
| Manual | 15 | STM to dorsum of | Decrease R UE pain to 2/10 at its worst to | | |

Patient Name JACQUELYN ORR
MRN 011403

| Therapy Techniques | PA. Joint massager along dorsum of PA. | enable patient to perform daily functional activities with independence and return to normal work related tasks. Decrease R UE pain to 6/10 at its worst to enable patient to perform dressing, grooming, meal prep, and light home management tasks. | | |
|---|---|---|---|---|

## Assessment

Problem List / Impairment: edema, muscle strength, pain and range of motion

Functional Limitations: performance in leisure activities, performance in self-care ADL and performance in work activities

Clinical Impression: Patient presents with decreased AROM and increased pain in the R UE associated with RSD. She will continue with OT to work on a Dystrophic program.

Plan of Care
Short Term Goals:
1. Patient will be independent with dystrophic HEP in 3 weeks. New (8/12/2015)
2. Decrease R UE pain to 6/10 at its worst to enable patient to perform dressing, grooming, meal prep, and light home management tasks in 3 weeks. New (8/12/2015)
3. Patient will give accurate return demonstration of their home exercise program in 4 weeks. New (8/12/2015)

Long Term Goals:
1. Decrease R UE pain to 2/10 at its worst to enable patient to perform daily functional activities with independence and return to normal work related tasks in 6 weeks. New (8/12/2015)
2. Patient will increase AROM of R wrist to 85/85 degrees for leisure activities in 6 weeks. New (8/12/2015)
3. Increase R grip to 45 lbs to enable the patient to be independent with scuba tasks in 6 weeks. New (8/12/2015)
4. Patient will verbalize understanding of precautions and the rehabilitation process in 2 weeks. New (8/12/2015)
5. Patient will be independent in performance of the following ADLs: home management, care giving tasks, and using hand tools in 6 weeks. New (8/12/2015)

Therapist Summary on Status/Progress: Patient states she is still having the pain in her arm and she has been compliant with HEP. Patient seems to have some depression with the situation. Working to increase ROM, decrease pain, and instill motivation as she is having trouble dealing with the process. Continue with POC.

Plan
1. Occupational Therapy Evaluation, Education
2. Manual Therapy Techniques
3. Manual Therapy Techniques , Joint mobilization/manipulation
4. Therapeutic Exercise
5. Therapeutic Exercise, ROM exercises
6. Therapeutic Activities, dexterity/ coordination training
7. Whirlpool, Hydrotherapy
8. Iontophoresis
9. Hot/Cold packs
10. Paraffin Bath
11. Ultrasound
Frequency & Duration     3/Week X 4Week(s)


*Michael Bob Phillips, OTR/L*

Occupational Therapist/Assistant signature
Michael Bob Phillips 172

Date Report Signed 08/18/2015

Patient Name JACQUELYN ORR
MRN 011469



## optim
### occupational therapy

### Visit Note

| Patient Name JACQUELYN J ORR | Start of Care Date 08/12/2015 |
|---|---|
| Address | Visit Date 08/17/2015 |
| Visit Name OT Visit | Referred by Mark Kanelonos |
| MRN 911408 | Medical Diagnosis 337.21 REFLEX SYMPATHETIC DYSTROPHY OF THE UPPER LIMB Treatment Diagnosis 729.5 PAIN IN LIMB |
| Date of Birth | |

JACQUELYN ORR was seen at optim occupational therapy Savannah-Derenne office for a Occupational Therapy Visit on 08/17/2015.

Ms. ORR is a 44 year old female. She has a chief complaint of muscle weakness and Pain in upper extremity / arm.

Current problem(s) began 04/02/2015. The problem(s) affect the right side. Patient is a 44 y/o R handed female who had a door frame fall and strike her on the radial aspect of her mid FA. Since she has had shooting pain, minor edema,. These complaints are exacerbated by carrying, lifting, reaching and repetitions of (computer) work. These complaints are reduced by resting. The patient states that the pain at its best is 3 out of a rating scale of 10. The pain at its worst is 10/10. The pain at present is 4/10. The patient is under the care of a/an neurologist and orthopedist for these complaints. Surgical History: hysterectomy and Deviated septum, hernia repair. Allergies: any medication (Aspirin and septra)

### Subjective
Patient reports her pain level is 4/10 today. "I hurt really bad yesterday after using the hand to work. It probably got up to a 8/10."

### Subjective Pain
Able to rate subjective pain?   Yes
Pre-Treatment          3
Post-Treatment         3

### Objective
#### Treatment

| Procedural Interventions | Min. | Parameters | Objectives | Precautions | Patient Response |
|---|---|---|---|---|---|
| Whirlpool -Hydrotherapy | 10 | Whirlpool - R @ 100 degrees. | Sensory input to address hypersensitivity. | No contraindication allergy | No skin irritation noted. |
| Manual Therapy Techniques | 15 | STM to dorsum of FA. | Decrease R UE pain to 2/10 at its worst to enable patient to perform daily functional activities with independence and return to normal work related tasks., Decrease R UE pain to 6/10 at its worst to enable patient to perform cleaning, grooming, meal prep, and light home management tasks. | | |
| Therapeutic Activities -dexterity/ coordination | 25 | Dystrophic - carrying, bushing and weight baring, 3# bicep curls, wob | Decrease R UE pain to 2/10 at its worst to enable patient to perform daily functional activities with independence and return to normal work related tasks., Decrease R | | |

Patient Name JACQUELYN ORR
MRN 911408

| writing | press, putty press with palm - pink, weight carry 2# X 5 min. | UE pain to 6/10 at its worst to enable patient to perform dressing, grooming, meal prep, and light home management tasks., Patient will be independent in performance of the folowing ADLs: home management, care giving tasks, and using hand tools | | |
|---|---|---|---|---|

**Assessment**

Problem List / Impairment: edema, muscle strength, pain and range of motion

Functional Limitation: performance in leisure activities, performance in self-care ADL and performance in work activities

Clinical Impression: Patient presents with decreased AROM and increased pain in the R UE associated with RSD. She will continue with OT to work on a Dystrophic program.

**Plan of Care**
**Short Term Goals:**
1. Patient will be independent with dystrophile HEP in 3 weeks, Now (8/12/2016)
2. Decrease R UE pain to 6/10 at its worst to enable patient to perform dressing, grooming, meal prep, and light home management tasks in 8 weeks. Now (8/12/2016)
3. Patient will give accurate return demonstration of their home exercise program in 4 weeks. Now (8/12/2016)

**Long Term Goals:**
1. Decrease R UE pain to 2/10 at its worst to enable patient to perform daily functional activities with independence and return to normal work related tasks in 8 weeks. Now (8/12/2016)
2. Patient will increase AROM of R wrist to 65/65 degrees for leisure activities in 8 weeks. Now (8/12/2016)
3. Increase R grip to 45 lbs to enable the patient to be independent with active tasks in 8 weeks. Now (8/12/2016)
4. Patient will verbalize understanding of precautions and the rehabilitation process in 2 weeks. Now (8/12/2016)
5. Patient will be independant in performance of the following ADLs: home management, care giving tasks, and using hand tools in 8 weeks. Now (8/12/2016)


Therapist Summary on Status/Progress: Patient states her pain level isn't too bad today (a little less) and she is compliant with her HEP. She has less pain normally with the weekends and elevated pain after a work day. Possible weakness contributing to this. Patient able to complete tasks today with no signs of distress. We will continue loading the joints of the R UE. Patient seems depressed over the whole process. Continue motivating her to press forward.

**Plan**
1. Occupational Therapy Evaluation, Education
2. Manual Therapy Techniques
3. Manual Therapy Techniques , Joint mobilization/manipulation
4. Therapeutic Exercise
5. Therapeutic Exercise, ROM exercises
6. Therapeutic Activities, dexterity/ coordination training
7. Whirlpool, Hydrotherapy
8. Iontophoresis
9. Hot/Cold packs
10. Paraffin Bath
11. Ultrasound
Frequency & Duration         5/Week X 4 Week(s)


*Michael Bob Phillips, OTR/L*

Occupational Therapist/Assistant Signature
Michael Bob Phillips 172

Date Report Signed 08/17/2016

Patient Name JACQUELYN ORR
MRN 611408

Exercise Program For:
Occupational Therapy

Date: 8/12/2016
Page: 1



① Weight baring on all fours using brush in Ⓡ hand to scrub floor  3-5 wm. ♡

② Weight carry ⊙ 2-5 lbs for 3-5 wm.

Issued By:     Optim Health

These exercises are to be used only under the direction of a licensed, qualified professional.
SOC

Signature: _____

Except as to user supplied materials, Copyright 1999-2010 VHI/ExSystems, Inc.

Physical Therapy



**optim**healthcare
THERAPY SCRIPT

Occupational Therapy
Savannah
210 East DeRenne Avenue
Savannah, GA 31405
(912)-644-6333 Tel
(912)-644-5280 Fax

Patient: ORR, JACQUELYN                    Date        8/10/2015
                                           Address     202 MOSSWOOD DR
Account # 811408        Phone #  (912) 312-3296

                                           SAVANNAH            GA

Diagnosis RSD R UE

☐ PT Eval & Treat       ☒ Occupational Hand/UE Therapy Eval & Treat
Frequency 2-4              wks (Select One):   ☐ O/W   ☒ B/W   ☒ T/W   ☐ Daily   ☐ PRN

☐ Post OP Protocol      ☒ Non OP Protocol

Special Instructions  BOB - DYSTROPHILE

☐ Splinting/Bracing
  ☐ Wrist Cock Up      ☐ Thumb Spica    ☐ Hand Based CMC    ☐ Hinged Elbow    ☐ Static Elbow
  ☐ Orthotics

☐ Modalities
  ☐ Ultrasound   ☐ Iontophoresis   ☐ Phonophoresis   ☐ E.Stim   ☐ TENS   ☐ Fluidotherapy
  ☐ Whirlpool

☐ Therapeutic Exercise
  ☐ PROM    ☐ AAROM       ☐ AROM    ☐ PRE'S    ☐ HEP    ☐ Pre-op exs

☐ Patient Education
  ☐ Posture   ☒ Back School   ☐ Neck School   ☐ Gait Training    ☐ Ergonomics   ☐ Jt. Protection

☐ Traction:   ☐ Cervical   ☐ Lumbar

☐ 1. Work Conditioning    ☐ 2. FCE    ☐ 3. Testing for Impairment rating
                                      ☐ A, 5th ed.    ☐ B, 6th ed.

Next Appointment   4 WEEKS

Doctor's/PA's Signature

Rev 11/11/11                                                                RF2

Name: ORR, JACQUELYN
Chart: 811408
Date: 8/10/2015   Provider:

*811408 7*



optimhealthcare
Patient Information & Medical History Form
Therapy Evaluation

Patient Name: ORR, JACQUELYN   DOB:   Sex: F   SSN#
Address: 202 MOSSWOOD DR   City: SAVANNAH   State: GA   Zip Code: 31405
Phone: (912) 312-3285   Work:   Cell:
Occupation: Tharpist Marşial Arts   Employer: DODD ~ GRHS   Phone: 912 356 2054
Race: W   Ethnicity: ☐ Hispanic   ☒ Non Hispanic   ☐ Unknown   Primary Language: English
Pharmacy Name: Kroger @ Berwick   Address: 8720 Cyrene Rd   Phone: 912 925-3785
Lab Facility Name   Address   Phone

Contact person in case of emergency:
Name: William Orr   Phone: 912 547 7185   Relationship: Spouse
What is the reason for therapy? arm Injury (RSD)
When/How did the symptoms start? April 20th 2015
☐ I wish to know more about my condition and would like an explanation from the Therapist.

**Past Medical History:**
- Diabetes
- High Blood Pressure
- Low Blood Pressure
- Hypoglycemia
- Cancer
- Arthritis
- Fibromyalgia
- Other:
- Rheumatoid Disease
- HIV/AIDS
- Hepatitis
- Kidney Problems
- Heart Problems (Angina, Heart Attack)
- Lung Problems (COPD, Asthma, etc.)
- Vascular Problems

**Previous Intervention for this problem:**
- ☒ X-Ray
- Surgery
- Chiropractic
- Acupuncture
- ☒ MRI or CT Scan
- Massage Therapy
- Physical Therapy
- Other:

Please List any known allergies: Aspirin, Septra

Please list all medications: Adderall, Ambien, Klonopin, hydrocodone

Past Surgeries (List area and year of surgery): hysterectomy 2004 / Deviated septum 1992
Tubal Ligations 1993 / femur repair 2006

On a pain scale of 1 to 10, please rate you PAIN   Please indicate your complaint area on the accompanying diagram
(0 being NO pain, 10 being unbearable pain):
Now: 4 /10   usually increased
On Your BEST Day: 3 /10   during the day
On Your Worst Day: 10 /10

most

Patient's Signature: Jacquelyn J Orr
Date: 8/12/15

Therapist Signature: Michel McGillym... M.S.
Date: 8/12/2015

Rev 8/1/11   FC57



**optim**
occupational therapy

## Evaluation

| Patient Name JACQUELYN J ORR | Evaluation Date 08/12/2016 |
|---|---|
| Address | Referred by Mark Kamaleson |
| | Medical Diagnosis 337.21 REFLEX SYMPATHETIC DYSTROPHY OF THE UPPER LIMB Treatment Diagnosis 720.5 PAIN IN LIMB |
| MRN 011400 | |
| Date of Birth | |

JACQUELYN ORR was seen at the optim occupational therapy  Savannah-Derenne clinic for an Occupational Therapy evaluation on 08/12/2016.
**Chief Complaint**
Ms. ORR is a 44 year old female. She has a chief complaint of muscle weakness and Pain in upper extremity / arm.

**History of Present Illness Or Injury**
Current problem(s) began 01/02/2015. The problem(s) affect the Right side. Patient is a 44 y/o R handed female who had a door frame fall and strike her on the radial aspect of her mid FA. Since she has had shooting pain, minor edema, These complaints are exacerbated by carrying, lifting, reaching and repetitions of (computer work). These complaints are reduced by resting. The patient states that the pain with best is 3 out of a rating scale of 10. The pain at its worst is 10/10. The pain at presents is 4/10. The patient is under the care of a/an neurologist and orthopedist for these complaints. Surgical History: hysterectomy and Deviated septum, hernia repair. Allergies: any medications (Aspirin and septra)

**Previous Functional Level:**

| | Level of Assistance |
|---|---|
| ADLs | Independent |
| IADLs | Independent |
| Leisure activities | Independent |

**Patient History**

Social History
Lives with spouse/significant other.

**Examination Findings**
Ms. ORR was seen at for a occupational therapy evaluation on 08/12/2016. The examination findings are as follows

**Systems Review**
Communication, Affect, Orientation, Cognition and Learning
Learning barriers: vision (blurred vision with reading/writing since neuropin)
Education needs: education needed disease process and exercise program
Learning style: reading, listening and demonstration

**Range of Motion - Shoulder**

Patient Name JACQUELYN ORR
MRN 011400

*Printed on 08/12/2016 6:02:00 PM*
*Page 1 of 4*

**Shoulder Girdle ROM (Active)**
[Right / Left]

| Position | ROM | Pain | | Position | ROM | Pain |
|---|---|---|---|---|---|---|
| Standing | 160 | Yes | Forward Flexion | Standing | 155 | No |
| Standing | 160 | Yes | Abduction in Scapular Plane | Standing | 170 | No |

**Range of Motion - Wrist**
Wrist Active ROM
[Right / Left]

| ROM | Pain | | ROM | Pain |
|---|---|---|---|---|
| 65 | Yes | Flexion | 65 | No |
| 65 | Yes | Extension | 75 | No |
| 20 | Yes | Ulnar Deviation | 30 | No |
| 10 | Yes | Radial Deviation | 15 | No |

Note    Full composite fist.

**Edema**
Wrist    Right (16.1) and Left (16)

Edema Note    Mid Forearm: R 24 cm L 23.2 cm

**Pinch**

**Index Grip Test**
Index Grip Test
[Right / Left]

| 1 | 2 | 3 | Max | Avg | CV | Deficit | Deficit to Norms | | 1 | 2 | 3 | Max | Avg | CV | Deficit to Norms |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 37 | 39 | 35 | 39 | 37 | 4.41 | -49.90 | -474 | | 71 | 75 | 66 | 70 | 70 | 60.7 | 7.07 | -474 |

**Semmes Weinstein**
Semmes Weinstein (Palmar)



Right

Pain Drawing Anterior View

Patient Name JACQUELYN ORR
MRN 011108



## Occupational Therapy Evaluation

Problem List / Impairment: edema, muscle strength, pain and range of motion

Functional Limitations: performance in leisure activities, performance in self-care ADL and performance in work activities

Clinical Impression: Patient presents with decreased AROM and increased pain in the R UE associated with RSD. She will continue with OT to work on a Dystrophile program.

### Plan of Care
Short Term Goals:
1. Patient will be independent with dystrophile HEP in 3 weeks. New (8/12/2015)
2. Decrease R UE pain to 4/10 at its worst to enable patient to perform dressing, grooming, meal prep, and light home management tasks in 3 weeks. New (8/12/2015)
3. Patient will give accurate return demonstration of their home exercise program in 4 weeks. New (8/12/2015)

Long Term Goals:
1. Decrease R UE pain to 2/10 at its worst to enable patient to perform daily functional activities with independence and return to normal work related tasks in 6 weeks. New (8/12/2015)
2. Patient will increase AROM of R wrist to 65/85 degrees for leisure activities in 6 weeks. New (8/12/2015)
3. Increase R grip to 48 lbs to enable the patient to be independent with self care tasks in 6 weeks. New (8/12/2015)
4. Patient will verbalize understanding of precautions and the rehabilitation process in 2 weeks. New (8/12/2015)
5. Patient will be independent in performance of the following ADLs: home management, care giving tasks, and using hand tools in 6 weeks. New (8/12/2015)

Patient agreed with Plan of care.
Barriers to learning considered.
Individual cultural and spiritual needs considered.
Medical history signed and reviewed by me 08/12/2015.

## Occupational Therapy Interventions

Patient Name: JACQUELYN ORR
MRN 811408

Printed on 08/12/2015 5:00:00 PM
Page 3 of 4

| Procedural Interventions | Min. | Parameters | Objectives | Precautions | Patient Response |
|---|---|---|---|---|---|
| Occupational Therapy Evaluation -Education | 20 | Injury precautions -, Patient education -, | Patient will verbalize understanding of precautions and the rehabilitation process. | | |
| Manual Therapy Techniques | | | | | |
| Manual Therapy Techniques -Joint mobilization/manipulation | | | | | |
| Therapeutic Exercise | | | | | |
| Therapeutic Exercise -ROM exercises | | | | | |
| Therapeutic Activities -dexterity/coordination training | 12 | Dystrophic - carrying, brushing and weight baring. Ffldys to begin with shoulder followed by light ap bicep curls. | Decrease R UE pain to 2/10 at its worst to enable patient to perform daily hox&oad activities with independence and return to normal work related tasks. Decrease R UE pain to 8/10 at its worst to enable patient to perform dressing, grooming, meal prep, and light home management tasks. Patient will be independent in performance of the following ADLs: home management, care giving tasks, and using hand tools. | Educated patient on HEP. | |
| Whirlpool -flexibitherapy | 10 | whirlpool - fl @ 100 degrees. | Sensory input to address hypersensitivity. | No corn allergy | No skin irritation noted. |
| Iontophoresis | | | | | |
| Hot/cold packs | | | | | |
| Paraffin bath | | | | | |
| Ultrasound | | | | | |

Therapist Summary on Status/Progress Patient did not have an increase in pain post tx session today. She will work on AROM and weight baring with her HEP - see HO. We will continue with desensitization, dystrophie, ROM, and strengthening to promote functional use of the R UE. Patient was educated on RSD.

Frequency & Duration     3/Week X 4Week(s)

*Mich Bob Phillips, OTR*

Occupational Therapist Signature
Michael Bob Phillps 172

Date Report Signed 08/12/2010

Patient Name JACQUELYN ORR
MRN 011408

Printed on 08/12/2010 6:00:00 PM
Page 4 of 4



# optim
## occupational therapy

### Initial Evaluation

| Patient Name JACQUELYN JOHN | Evaluation Date 08/12/2016 |
|---|---|
| Address | Referred by Mark Kanalston |
| | Medical Diagnosis 337.21 REFLEX SYMPATHETIC DYSTROPHY OF THE UPPER LIMB Treatment Diagnosis 729.5 PAIN IN LIMB |
| MRN 011408 | |
| Date of Birth | |

JACQUELYN JOHN was seen at the optim occupational therapy Savannah-Deloroto office for an Occupational Therapy evaluation on 08/12/2016.

## Occupational Therapy Evaluation

Problem List / Impairment: edema, muscle strength, pain and range of motion

Functional limitations: performance in leisure activities, performance in self-care ADL, and performance in work activities

Clinical Impression: Patient presents with decreased AROM and increased pain in the R UE associated with RSD. She will continue with OT to work on a Dystrophile program.

## Plan of Care
### Short Term Goals:
1. Patient will be independent with dystrophile HEP in 3 weeks. Now (8/12/2016)
2. Decrease R UE pain to 6/10 at its worst to enable patient to perform dressing, grooming, meal prep, and light home management tasks in 3 weeks. Now (8/12/2016)
3. Patient will give accurate return demonstration of their home exercise program in 4 weeks. Now (8/12/2016)

### Long Term Goals:
1. Decrease R UE pain to 2/10 at its worst to enable patient to perform daily functional activities with independence and return to normal work related tasks in 8 weeks. Now (8/12/2016)
2. Patient will increase AROM of R wrist to 60/65 degrees for leisure activities in 8 weeks. Now (8/12/2016)
3. Increase R grip to 45 lbs to enable the patient to be independent with social tasks in 8 weeks. Now (8/12/2016)
4. Patient will verbalize understanding of precautions and the rehabilitation process in 2 weeks. Now (8/12/2016)
5. Patient will be independent in performance of the following ADLs: home management, care giving tasks, and using hand tools in 8 weeks. Now (8/12/2016)

## Occupational Therapy Interventions

| Procedural Interventions | Min. | Parameters | Objectives | Precautions | Patient Response |
|---|---|---|---|---|---|
| Occupational Therapy Evaluation -Education | 20 | Injury precautions -, Patient education -. | Patient will verbalize understanding of precautions and the rehabilitation process. | | |
| Manual Therapy Techniques | | | | | |
| Manual Therapy Techniques -Joint mobilization/manipulation | | | | | |
| Therapeutic Exercise | | | | | |
| Therapeutic Exercise -ROM exercises | | | | | |
| Therapeutic Activities -dexterity/ coordination training | 12 | Dystrophile - carrying, brushing and weight baring. Pulleys to begin with shoulder followed by light AP bicep curls. | Decrease R UE pain to 9/10 at its worst to enable patient to perform daily functional activities with independence and return to normal work related tasks. Decrease R UE pain to 6/10 at its worst to enable patient to perform dressing, grooming, meal prep, and light home management tasks. Patient will be independent in performance of the following ADLs; home management, care giving tasks, and using hand tools | Educated patient on HEP. | |
| Whirlpool -Hydrotherapy | 10 | Whirlpool - R @ 100 degrees. | Sensory input to address hypersensitivity. | No corn allergy | No skin irritation noted. |
| Iontophoresis | | | | | |
| Hot/cold packs | | | | | |
| Paraffin bath | | | | | |
| Ultrasound | | | | | |

Frequency & Duration 3xWeek X 4Week(s)

Therapist Summary on Status/Progress Patient did not have an increase in pain post tx session today. She will work on AROM and weight baring with her HEP - see HO. We will continue with desensitization, dystrophile, ROM, and strengthening to promote functional use of the R UE. Patient was educated on RSD.

*Michl Rob Phillips, OTRR*

Occupational Therapist Signature
Michael Rob Phillips 172

Date Report Signed 08/12/2015

Physician Signature
Mark Kamaloson

Date Report Signed

Physical Therapy



optimahealthcare

**THERAPY SCRIPT**

Occupational Therapy
Savannah
210 East DeRenne Avenue
Savannah, GA 31405
(912)-644-5333 Tel
(912)-644-5280 Fax

| | |
|---|---|
| Patient: ORR, JACQUELYN | Date 8/10/2015 |
| | Address 202 MOSSWOOD DR |
| Account # 011400     Phone # (912) 312-3295 | |
| | SAVANNAH              GA |

Diagnosis RSD R UE

☐ PT Eval & Treat       ☒ Occupational Hand/UE Therapy Eval & Treat
Frequency 2-4            wks (Select One:)    ☐ O/W   ☒ B/W   ☒ T/W   ☐ Dally   ☐ PRN

☐ Post OP Protocol      ☒ Non OP Protocol

Special Instructions  BOB - DYSTROPHLE

☐ Splinting/Bracing
    ☐ Wrist Cock Up       ☐ Thumb Spica     ☐ Hand Based CMC     ☐ Hinged Elbow     ☐ Static Elbow
    ☐ Orthotics

☐ Modalities
    ☐ Ultrasound     ☐ Iontophoresis    ☐ Phonophoresis      ☐ E.Stim    ☐ TENS      ☐ Fluidotherapy
    ☐ Whirlpool

☐ Therapeutic Exercise
    ☐ PROM    ☐ AAROM     ☐ AROM      ☐ PRE'S     ☐ HEP    ☐ Pre-op exe

☐ Patient Education
    ☐ Posture    ☐ Back School    ☐ Neck School    ☐ Gait Training    ☐ Ergonomics   ☐ Jt. Protection

☐ Traction:    ☐ Cervical    ☐ Lumbar

☐ 1. Work Conditioning    ☐ 2. FCE    ☐ 3. Testing for Impairment rating
                                        ☐ A. 5th ed.     ☐ B. 6th ed.

Next Appointment  4 WEEKS

Doctor's/PA's Signature

Name:   ORR, JACQUELYN
Chart:  811400
Date:   8/10/2015   Provider:   SUNDERRAJ KAMALHSON

`* 811408-11 *`

## OPTIM HEALTHCARE - PATIENT INFORMATION & HISTORY FORM

Patient Name  ORR, JACQUELYN J                                    Sex  F
              LAST              FIRST              MIDDLE

Patient's Date of Birth                   Age 44 Years   Patient's Social Security #
              Month   Day   Year

Home Address  202 MOSS WOOD DR            Apt#      Lot#      SAVANNAH     GA     31405
              Street                                         City         State  Zip

Mailing Address  Same
                                                             City         State  Zip

Is this address:  ☑Permanent  ☐Temporary  (check one)  Patient's Marital Status  ☐Single  ☐Widowed  ☐Divorced  ☑Married

Home Phone  912312320#          Work Phone                Cell Phone

E-Mail address                            Race  W      Ethnicity  ☐ Hispanic  ☑Non Hispanic  ☐ Unknown

If Patient lives in a Nursing Home or Assisted Living Facility, please provide below.     Primary Language  English
Name of Facility                          Address                           Phone

### EMERGENCY INFORMATION

EMERGENCY CONTACT NAME  William Orr    RELATIONSHIP TO PATIENT  Spouse   Phone  9128477285

NEAREST FRIEND NOT LIVING WITH YOU                                          Phone

### MEDICARE/MEDICAID

MEDICARE NO:                              MEDICAID NO:
EFFECTIVE DATE        /      /            DATE OF MONTH ELIGIBLE          STATE ISSUED

### PRIMARY Insurance Information            ### SECONDARY Insurance Information

Name of Insurance Company  GOTHSOURCE     Name of Insurance Company
Address of Insurance Co                   Address of Insurance Co
Policy #  H10426702       Group #         Policy #                  Group #
SUBSCRIBER'S NAME        (as on insurance card)   SUBSCRIBER'S NAME        (as on insurance card)
Relationship to Patient:  ☑Self  ☐Spouse  ☐Child  ☐Other   Relationship to Patient:  ☐Self  ☐Spouse  ☐Child  ☐Other
SUBSCRIBER'S ADDRESS                      SUBSCRIBER'S ADDRESS
CITY, STATE                    ZIP        CITY, STATE                  ZIP
PHONE                                     PHONE
DATE OF BIRTH     /     /     SEX  ☐Male☐Female   DATE OF BIRTH     /     /     SEX  ☐Male☐Female
Social Security # of Insured       /      /      Social Security # of Insured     /      /

### SPOUSE OR GUARDIAN INFORMATION

Name  William Orr
SSN                         DOB
Address of Spouse or Guardian  202 Missions d Dr   City  Sav   State  GA   Zip  31905
Spouse or Guardian's Employer  GlobiStream                                    8177185
Employer's Address                        City  Savanah   State  GA   Phone  912 ?
If Patient is under 18 years of age, please state your relationship to the patient:

Whom may we thank for referring you to us?  Lisa Clark
Name of Patient's Employer  DJJDOD
Employer's Address  1915  Eisenhower Dr
City, State, Zip:  Skidaway   Ga                   Employer's Phone  356 2011

Name:  ORR, JACQUELYN
Chart:  811408
Date:  8/10/2015   Provider:  SUNDERRAJ RAMALESON

*811408-11*

## ACCIDENT DETAILS

PATIENT'S NAME ORR, JACQUELYN                                          DATE OF BIRTH

Is your visit today the result of a work-related or auto accident?   ☐ YES  ☒ NO
              If YES, which one?:   ☐ Work-Related   ☐ AUTO ACCIDENT

Signature of patient or guardian _____  Date 8/10/15

IF YES, please complete the following:

1.  What happened?

2.  Where did the accident occur?

3.  When did the accident occur? (DATE)

4.  Is there any other insurance coverage (such as a homeowner's policy, school insurance, worker's compensation, etc.) that will pay this bill ? ☐ YES  ☒ NO

        a.  IF YES, please give us the information in the space provided for that insurance company.

        NAME OF COMPANY _____     INSURED'S NAME _____

        INSURANCE COMPANY ADDRESS _____

        CITY, STATE, ZIP _____

        PHONE _____     POLICY # _____     CLAIM # _____

ATTORNEY'S NAME _____     ADDRESS _____     PHONE _____

IF WORK RELATED:
EMPLOYER NAME _____
EMPLOYER ADDRESS _____
        WAS INJURY REPORTED TO EMPLOYER?   ☐ Yes   ☐ NO
If YES, list the name of the person you spoke with _____  PHONE _____

### AUTO ACCIDENT/OTHER ACCIDENT

When your injuries are the result of an accident and an attorney will be handling your case in court or another party's insurance company is presumed responsible for your charges, the patient is still responsible for payment of the bill. Optim Healthcare cannot be expected to wait for the conclusion of long-term court case or settlement of a disputed insurance claim before being paid. You will be required to make a payment of $360 before being seen and with each visit that follows. You also are responsible for payment of the balance of your bill should charges exceed the $360 you pay at each visit.

### WORKER'S COMPENSATION

Patients who are injured on the job should report the injury directly to their employer. The employer will be responsible for directing the employee to a doctor who is listed on their Panel of Physicians. Before we will be able to see you as a patient, we will require you to fax or bring in a letter verifying that your employer will be responsible for your charges. If a patient comes in for a visit without this information, we will have to reschedule the appointment. This information is necessary to avoid the patient being responsible for the bill.

Signature of patient or guardian _____  Date 8/10/15

Name: ORR, JACQUELYN
Chart: 011408
Date: 8/10/2015      Provider   SUNDERRAJ KAMALEGON

*011408~11*

## Patient
## History & Physical

Today's Date: 8/10/2015

Patient Name: ORR, JACQUELYN J

| Last | First | Middle |
|------|-------|--------|

Date of Birth:
Age: 44 Years
Height: 5'2
Weight: 170

Who is your family Physician? _Thomas Maricity_
What is your occupation? _____
What is the reason for today's visit? _head / arm pain_
Date symptoms first started: _April 2014 or 15_   Was this job-related?  ☐YES  ☒NO
Was this due to an auto accident?  ☐YES  ☒NO   Date of Accident: _____
Have x-rays pertaining to your injury been made?  ☒YES  ☐NO  Where and When? _Chatham Ortho 4/7/15_
List all past hospitalizations: _3/20/15_
List all past surgeries: _3/20/15 Colonoscopy / 1993 tubular ligation / 2006 hysterectomy_
Family History:  Please Circle  M=Mother  F=Father  B=Brother  S= Sister  C=Child

| Arthritis: | M F B S C | DVT: | M F B S C | Hypertension: | M F B S C | Other: |
| Cancer: | (M) B S C | Heart Disease: | M F B S C | Malignant Hyperthermia: | M F B S C | M F B S C |
| Cholesterol: | M (F) B S C | Heart Failure: | M F B S C | Stroke: | M F B S C | |
| Diabetes: | M F B S C | Hepatitis: | M F B S C | Thyroid Disease: | (M) F B S C | |

Do you have any allergies? ☒YES  ☐NO  If Yes, please list: _seasonal_
Do you have any drug allergies? ☒YES  ☐NO  If Yes, please list: _aspirin, pepsin_

| Current Medications | Dose | Current Medications | Dose |
|---------------------|------|---------------------|------|
| Adderall | 30 x a | | |
| Neurontin | 800 mg x 3 | | |
| Hydrocodone | 300 as needed | | |
| Ambien | as needed | | |

Pharmacy Name _Kroger_          Address _Berwick, Augusta_
City _Savannah_          State _Ga_          Phone Number _____
Do you drink alcohol? (circle one)  (Yes)  No  If Yes, how much? _2_  How often? _2 x Week_
Do you smoke? (circle one)   Former Smoker   (Never Smoked)   Every Day Smoker   Some Day Smoker
                              Smoker, current status unknown      Unknown if ever smoked

Please check any medical problems you have:

| PULMONARY | CARDIOVASCULAR | NEUROLOGICAL | ABDOMEN | OTHER | INFANTS |
|-----------|----------------|--------------|---------|-------|---------|
| ☐ Pulm. Embolism | ☐ Peripheral Edema | ☐ CVA | ☐ Hiatal Hernia | ☐ Diabetes | |
| ☐ Emphysema | ☐ Hypertension | ☐ Neurostimulator | ☐ Peptic Ulcer Disease | ☐ ENT Disorders | |
| ☒ Asthma | ☐ Heart Attack (MI) | ☐ Epilepsy | ☐ Jaundice/Hepatitis/Liver | ☐ Contact Lens | ☐ Term Infant |
| ☒ Tobacco Use | ☐ Rheumatic/Scarlet Fever | ☐ Syncope | Disease | ☐ Arthritis | |
| ☐ Pack(s)/day ___ yrs | ☐ Murmur | ☐ Head/Spinal Injury | ☐ Alcohol Abuse | ☐ Thyroid Disease | Complications with Delivery? |
| ☐ Bronchitis | ☐ Heart Disease/Failure | ☐ Myasthenia Gravis | ☐ GI Disease | ☐ Blood Disease | ☐ No |
| ☐ COPD | ☐ Dysrhythmia | ☐ Paralysis | ☐ Rectal Bleeding | ☐ Bleeding Disease | ☐ Yes |
| ☐ Cough | ☐ Pacemaker | ☐ Palsy | ☐ Reflux | ☐ Glaucoma | |
| ☐ Upper Respiratory Infection | ☐ Stent/Valve | ☐ Aneurysm | ☐ Renal Disease | ☐ HIV Tested (+ +) | |
| ☐ SOB | ☐ Phlebitis | ☐ Anxiety/Depression | ☐ Incontinence | ☐ Implants | |
| ☐ Sleep Apnea | ☐ Chest Pain | ☐ Chronic Headaches | ☐ Reproductive System | ☐ Falls Risk | ☐ Breastfeeding |
| ☐ Pneumonia | ☐ Cholesterol | ☐ None | ☐ UTI | ☐ Anxiety Increase | ☐ Always breastfed |
| ☐ None | ☐ None | | ☐ Pregnant | Hours | |
| | | | ☐ Lactating | Years | |
| | | | ☐ None | ☐ None | |

Please list any other medical problems you have: _____

(                   (



**optimhealthcare**

OPTIM ORTHOPEDICS-SAV OFF

JACQUELYN ORR            000811408      DOB          11/18/2015

CHIEF COMPLAINT: Rt upper extremity pain, improved.

HISTORY OF PRESENT ILLNESS: Ms. Orr is doing better. She saw Dr. Niederwanger who felt that an injection was not indicated. He placed her on Cymbalta. She took 1 Cymbalta and had a GI side effect. She then discontinued the medication. However her symptoms improved significantly with the single dose of Cymbalta.

PAST MEDICAL HISTORY: PMH, PSH, meds, allergies, FH, SH and complete ROS were reviewed with the patient in the patient health history form dated 8/10/2015 and has been signed by me in the chart.

PHYSICAL EXAMINATION: Ms. Orr is an overweight 45-YO RHD WF in NAD.

Psychosocial:     A, A&Ox3.

Skin:         WD&I

Gait:         Normal heel/toe gait.

Rt Upper Extremity:     There is no swelling, edema or ecchymosis. She has excellent grip strength. There is no hypersensitivity.

Lt Upper Extremity:     There is no swelling, edema or ecchymosis. She has excellent grip strength. There is no hypersensitivity.

DIAGNOSES:
Rt upper extremity RSD.

PLAN:
1.    I am going to have her see Dr. Niederwanger next week to discuss options and review Cymbalta.
2.    She will return to see me in 6 weeks.

*[signature]*

S. Mark Kanaleson, MD

SMK/vz904vh
D: 11/19/2015 T: 11/19/2015
Job ID: 1232872



OPTIM ORTHOPEDICS-SAV OFF

JACQUELYN ORR                    000811408          DOB: J              10/21/2015

CHIEF COMPLAINT: Rt upper extremity pain.

HISTORY OF PRESENT ILLNESS: Ms. Orr returns for followup. She has been in therapy for the last couple of months. She reports that her symptoms have not improved; however objectively she is improving with her therapeutic measures.

PAST MEDICAL HISTORY: PMH, PSH, meds, allergies, FH, SH and complete ROS were reviewed with the patient in the patient health history form dated 08/10/2015 and has been signed by me in the chart.

PHYSICAL EXAMINATION: Ms. Orr is a 45-YO RHD WF in NAD.

Psychosocial:   A, A&Ox3.

Skin:           WD&I

Gait:           Normal heel/toe gait.

Rt Upper Extremity:    There is no swelling, edema or ecchymosis. The trophic changes of the skin have improved. She is slightly hypersensitive.

Lt Upper Extremity:    There is no swelling, edema or ecchymosis. There is no tenderness. There is no pain with motion.

DIAGNOSES:
Rt upper extremity RSD.  G90.511

PLAN:
1.      She will continue on with HT.
2.      I am going to have her see Dr. Niederwanger to discuss interventional options including stellate ganglion block.
3.      She will return to see me in 6 weeks.

S. Mark Kannaleson, MD

SMK/vz90dvh
D: 10/22/2015 T: 10/23/2015
Job ID: 1215273



optimhealthcare

OPTIM ORTHOPEDICS-SAV OFF

JACQUELYN ORR                    000811408          DOB:              09/23/2015

CHIEF COMPLAINT: Rt upper extremity pain, improving.

HISTORY OF PRESENT ILLNESS: Ms. Orr is doing reasonably well. She is in therapy. She has had improvement in her motion. She feels that the pain is not quite improved yet.

PAST MEDICAL HISTORY: PMH, PSH, meds, allergies, FH, SH and complete ROS were reviewed with the patient in the patient health history form dated 08/10/2015 and has been signed by me in the chart.

PHYSICAL EXAMINATION: Ms. Orr is an overweight 44-YO RHD WF in NAD.

Psychosocial: A, A&Ox3.

Skin:          WD&I

Gait:          Normal heel/toe gait.

Rt Elbow:      There is no swelling, edema, or ecchymosis. There is full flex, ext, pro, and sup. There is no tenderness at the olecranon, med. or lat. epicondyle. The elbow is stable. There are no palpable masses. There is no erythema or warmth.

Lt Elbow:      There is no swelling, edema, or ecchymosis. There is full flex, ext, pro, and sup. There is no tenderness at the olecranon, med. or lat. epicondyle. The elbow is stable. There are no palpable masses. There is no erythema or warmth.

Rt Hand:       There is no swelling, edema, or ecchymosis. All flexor and extensor tendons are intact. There is full flex and ext at the MP, PIP and DIP joints of all the fingers. There is no triggering. There is no tenderness at the A1 or T1 pulleys. All the MP, PIP, DIP joints are stable. Bunnell's test for intrinsic tightness is negative in all the digits. The flexor tendon sheaths are not tender. There are no palpable masses. There is no erythema or warmth.

Lt Hand:       There is no swelling, edema, or ecchymosis. All flexor and extensor tendons are intact. There is full flex and ext at the MP, PIP and DIP joints of all the fingers. There is no triggering. There is no tenderness at the A1 or T1 pulleys. All the MP, PIP, DIP joints are stable. Bunnell's test for intrinsic tightness is negative in all the digits. The flexor tendon sheaths are not tender. There are no palpable masses. There is no erythema or warmth.

DIAGNOSES: Rt upper extremity RSD.  337.21



optimhealthcare

JACQUELYN ORR                    000811408        DOB              09/23/2015
Page 2

. PLAN:
1.    I told her that I think she has improved significantly as her motion is normal now.  The
      skin on the dorsum of her hand also has normal sheen to it.
2.    Continue physical therapy with RSD protocol.
3.    She will return in 6 weeks.

S. Mark Kamaloson, MD

SMK/wz904vh  qa951
D: 09/25/2015 T: 09/28/2015
Job ID:1198504



optimhealthcare

OPTIM ORTHOPEDICS-SAV OFF

JACQUELYN ORR                000811408        DOB        )        08/10/2015

CHIEF COMPLAINT: Rt arm pain and numbness.

HISTORY OF PRESENT ILLNESS: Mrs. Orr states on Apr. 2, 2015, a door frame fell and hit her rt arm. She states she has been getting ongoing treatment for her symptoms. She was seen at Chatham Orthopaedics by Dr. Prather, which they got x-rays and an MRI. She has also seen neurologist, Dr Rosenfeld, which he had gotten EMGs as well. She states she has also been put on Neurontin recently by her neurologist and this seems to have helped alleviate some of her symptoms. She has been previously diagnosed with reflex sympathetic dystrophy. She states she is having a constant sharp pain that is aggravated by lifting and typing at work. She states that Neurontin and rest have alleviated some of her symptoms.

PAST MEDICAL HISTORY: PMH, PSH meds, allergies, FH, SH and 9-point ROS were reviewed with the patient in the patient health history form dated 08/10/15, and has been signed by me in the chart.

PHYSICAL EXAMINATION: Mrs. Orr is an overweight 44-YO RHD WF in NAD.

Psychosocial:    A, A&Ox3.

Skin:        WD&I

Gait:        Normal heel/toe gait.

Rt Hand:        There is no swelling, edema, or ecchymosis. All flexor and extensor tendons are intact. There is full flex and ext at the MP, PIP and DIP joints of all the fingers. There is no triggering. There is no tenderness at the A1 or T1 pulleys. All the MP, PIP, DIP joints are stable. Bunnell's test for intrinsic tightness is negative in all the digits. The flexor tendon sheaths are not tender. There are no palpable masses. There is no erythema or warmth.

Lt Hand:        There is no swelling, edema, or ecchymosis. All flexor and extensor tendons are intact. There is full flex and ext at the MP, PIP and DIP joints of all the fingers. There is no triggering. There is no tenderness at the A1 or T1 pulleys. All the MP, PIP, DIP joints are stable. Bunnell's test for intrinsic tightness is negative in all the digits. The flexor tendon sheaths are not tender. There are no palpable masses. There is no erythema or warmth

Neurological Hand:    Phalen's test positive immediately on the rt and negative on the lt. Elbow flexion tests are negative. Tinel's percussion of the median and ulnar nerves at the elbow and wrist respectively are negative bilaterally. There is no weakness or atrophy in the APB or ADQ muscles bilaterally.



JACQUELYN ORR          000811408      DOB:          08/10/2015
Page 2

X-RAYS: MRI of the C-spine was reviewed from __ South Coast Medical Group dated 04/20/15 and revealed mild DDD. Impression: Mild DDD. No canal foraminal stenosis. No intrinsic cord abnormality.

ASSESSMENT: Rt upper extremity reflex sympathetic dystrophy 337.21.

PLAN:
1      PT with Dystrophile stress-loading device.
2.     Patient will follow-up in 4 weeks.

Dr. Kamaleson has reviewed and agrees with the above listed plan.

*Jamie E. Wells, NP*

Jamie E. Wells, NP-C

*S. Mark Kamaleson, MD*

S. Mark Kamaleson, MD

JEW/wz903lh
D: 08/12/2015 T: 08/14/2015
Job ID: 1172060

cc: Thomas O Moriarity M.D. III
    853



**optimhealthcare**

SAVANNAH

JACQUELYN ORR                    000811408          DOI          11/23/2015

CHIEF COMPLAINT: Right upper extremity pain with CRPS.

HISTORY OF PRESENT ILLNESS: This 45-year-old female was last seen on 10/27/2015. I started her on Cymbalta. She took one Cymbalta 30 mg on 10/27, the same day I prescribed it to her. She had quite a lot of side effects with nausea, diarrhea, shakes, sweatiness, and the next day she felt horrible. However, then the day afterward the pain was almost completely gone and this has lasted until now. She feels a very significant difference and improvement. She, however, did not take any further Cymbalta due to the side effects. She feels she is doing much better. She took the Mobic, but it I did not help and she discontinued it. She is taking gabapentin 800 mg every 8 hours. She is taking Percocet once or twice a day and has around 10 pills left. She denies any side effects from the Percocet. It helps her functional level and decreases her pain and improves her functional level.

PAST MEDICAL HISTORY: Past medical history, review of systems and social history are unchanged from 10/27/2015.

PHYSICAL EXAMINATION: Female patient. Alert and oriented x3. Speech is clear. Normal tone. Pulse 100. Weight 178 pounds. Blood pressure 130/81. No rash, erythema or open lesions. There is tenderness in the right forearm, upper trapezius area and cervical paraspinal area. No clear swelling noted today.

ASSESSMENT: Patient with right upper extremity pain with possible CRPS type syndrome status post a fall onto her forearm in April 2015.

PLAN: I had a discussion with the patient. I cannot fully explain at all why she would get excellent benefit from using the Cymbalta one time in the evening. She had quite a lot of side effects that started 20 minutes after she took the pill. However, she is overall significantly better since that. We will continue her on the Percocet and the gabapentin. I will see her back in a couple of months. Her urine drug screen previously was positive for hydrocodone and oxycodone. She will call me for any problems.

Warmest regards,

*M Niederwanger*

Markus Niederwanger, MD

MN/wz939sw
D: 11/23/2015 T: 11/24/2015
Job ID: 1234581

cc: S. Mark Kamaleson, MD
    11

    Thomas G. Moriarity, III, DO
    853



optimhealthcare

SAVANNAH

JACQUELYN ORR                    000811408        DOB:              10/27/2015

REFERRING PHYSICIAN:  S. Mark Kamaleson, MD

PRIMARY CARE PHYSICIAN:  Thomas G. Moriarty, III, DO

CHIEF COMPLAINT:  Right upper extremity pain.

HISTORY OF PRESENT ILLNESS: This 45-year-old right-handed female patient is referred by
Dr. Kamaleson for CRPS of the right upper extremity. The patient reports that in April a door
frame fell on her right forearm and she then developed right forearm pain. This has been
worsening and also expanding up the arm into the shoulder and even some in the right neck area.
No pain on the left side at all. She has had an EMG and reports this was normal. She has had
MRIs of the cervical spine and right upper extremity. She has seen neurologists and has seen Dr.
Kamaleson and was told she has "RSD". She has been using hydrocodone and more recently
oxycodone. She has some benefit with the oxycodone. She was tried on Lyrica and this helped
her, but it caused swelling and therefore she was switched over to gabapentin and uses currently
800 mg t.i.d. with some benefit and without side effect. She feels the pain is a pins and needle
type pain, burning, tingling, sharp, electric shock type pain. She often times feels there is
swelling in the right hand and temperature differences as well. She feels there are some skin
changes often times in the right forearm as compared to the left forearm. She rates her pain as 5
out of 10. Her functional level is significantly decreased. She has a difficult time functioning at
work.

The pain is day and night.

She feels some numbness and weakness in the right upper extremity. She does not feel any clear
allodynia. Touch sometimes increases the pain but not typically.

Her main pain is in the right forearm mostly dorsal and in the right arm and right shoulder area
and neck area and even down in the shoulder blade area.

She denies any pain prior to the event with the door frame.

PAST MEDICAL HISTORY:  Past medical history, review of systems, social history, family
history, medications and allergies were all reviewed on the history and physical intake sheet,
initialed by me and are filed in the chart. She denies tobacco use, has 1 drink a day, denies illicit
drug use, substance abuse history, addiction history or family history of addiction.

(                                                    (



optimhealthcare

JACQUELYN ORR                    000811408              DOB:                10/27/2015
Page 2

DIAGNOSTIC STUDIES: EMG of the upper extremity is reported as normal, MRI of the right upper extremity is reported as normal, MRI of the cervical spine with mild degenerative changes without any neural foraminal narrowing.

PHYSICAL EXAMINATION: Female patient. Alert and oriented x3. Speech is clear. Normal tone. No rash, erythema or open lesions are noted. Height 5'2" tall. Weight 177 pounds. Blood pressure 126/84. Pulse 100. There is tenderness in the right forearm, upper trapezius area and cervical paraspinal area. No clear allodynia. There is tenderness to palpation. There are very subtle skin changes in the right dorsal forearm noted. There is some swelling noted in the right dorsal forearm. ROMI. Heart with regular rate and rhythm. Lungs are clear. Abdomen soft, nontender, nondistended. Hawkins and Neer tests do not cause any clear pain. There is no clear focal weakness or clear numbness. There is slight decrease to light touch but also some pain with palpation in the forearm noted on the right side. Deep tendon reflexes are symmetric.

Gait is bipedal.

ASSESSMENT: Patient with right upper extremity pain especially in the forearm but also expanding up the arm and into the right cervical area and periscapular area. She may be suffering from a CRPS type of syndrome status post a door frame falling on her forearm in April 2015. Imaging workup without any clear etiology. No clear cervical etiology is noted.

PLAN: I had a long discussion with the patient. I spent at least 45 minutes face to face with her and her husband discussing treatment options. I would like her to discontinue the hydrocodone and currently only use the Percocet 10 mg b.i.d. p.r.n. for pain. She will continue the gabapentin at 800 mg t.i.d. I will add on Cymbalta 30 mg once a day for 2 weeks and then increase to 60 mg if she tolerates it well to see if this can help the neuropathic pain. I will give her some Mobic 7.5 mg once a day that she can take during the day at work. She is not able to use any opioids at work. She has been using Ibuprofen 800 mg several times a day on and off since April. I educated her about all side effects and risks with prolonged anti-inflammatory use. She has no history of GI problems.

I will also give her a disc to review about a spinal cord stimulator to see if this is something that she would be interested in. I believe that this may be a treatment that might give her significant benefit with her intractable pain.

I will then see her back in 4 weeks for reassessment.

I ordered a 12-panel urine drug screen in clinic today to evaluate for any illicit substances. This was positive for opioids and oxycodone as expected and also for amphetamine. We will await confirmation testing. I reviewed a Georgia PDMP report. She receives amphetamine salts which



optimhealthcare

JACQUELYN ORR                000811408        DOB:              10/27/2015
Page 3

explains the positive for amphetamine on the urine drug screen. She received some
hydrocodone 10/08/2015 from Dr. Moriarity.

Warmest regards,

Markus Niederwanger, MD

MN/wz9390w
D: 10/27/2015 T: 10/28/2015
Job ID: 1218453

cc: S. Mark Kamaleson, MD
    11

    Thomas G. Moriarity, III, DO
    853



## optim
## occupational therapy

## Discharge Summary

| | |
|---|---|
| Patient Name JACQUELYN J ORR | Visit Date 10/28/2016 |
| | Discharge Date 10/28/2016 |
| Address | Referred by Mark Kamaleson |
| | Medical Diagnosis G90.511 Complex regional pain syndrome I of right upper limb |
| MRN 611403 | Treatment Diagnosis M79.641 Pain in right hand |
| Date of Birth | |

JACQUELYN ORR is a 46 years year old female seen at the optim occupational therapy Savannah-Derenne office for an Occupational Therapy evaluation from 08/12/2016 through 10/28/2016.

Total Number of Visits in This Episode 11

Last Visit Date 10/28/2016

### Chief Complaint
Ms. ORR is a 46 year old female. She has a chief complaint of muscle weakness and Pain in upper extremity / arm.

### History of Present Illness Or Injury
Current problem(s) began 04/02/2015. Patient is a 44 y/o R handed female who had a door frame fall and strike her on the radial aspect of her right FA. Since she has had shooting pain, minor edema,. These complaints are exacerbated by carrying, lifting, reaching and repetitions of (computer work). These complaints are reduced by resting. The patient is under the care of a/an neurologist and orthopedist for these complaints.
Surgical History: hysterectomy and Deviated septum, hernia repair.
Allergies: any medications (Aspirin and septra)

### Patient History

Social History
Lives with spouse/significant other.

### Systems Review
Communication, Affect, Orientation, Cognition and Learning
Learning barriers: vision (blurred vision with reading/writing since neuronitis)
Education needs: education needs: disease process and exercise program
Learning style: reading, listening and demonstration

### Patient Status at Discharge

Patient Name JACQUELYN ORR
MRN 611403

Patient did not return for further tx sessions. We will DC patient at this time as she explores other tx ideas for her condition.

## Occupational Therapy Evaluation

Problem List / Impairment edema, muscle strength, pain and range of motion

Functional Limitation performance in leisure activities, performance in self-care ADL and performance in work activities

Clinical Impression: Patient presents with decreased AROM and increased pain in the R UE associated with RSD. She will continue with OT to work on a Dystrophile program.

### Plan of Care
Short Term Goals:
1. Patient will be independant with dystrophile HEP in 3 weeks. Achieved (8/31/2016)
2. Decrease R UE pain to 6/10 at its worst to enable patient to perform dressing, grooming, meal prep, and light home management tasks in 3 weeks. Achieved (8/31/2016)
3. Patient will give accurate return demonstration of their home exercise program in 4 weeks. Achieved (8/31/2016)

Long Term Goals:
1. Decrease R UE pain to 2/10 at its worst to enable patient to perform daily functional activities with independance and return to normal work related tasks in 8 weeks. Ongoing (10/14/2015)
2. Patient will increase AROM of R wrist to 65/85 degrees for leisure activities in 8 weeks. Ongoing (10/14/2015)
3. Increase R gdp to 45 lbs to enable the patient to be independant with acute tasks in 8 weeks. Ongoing (10/14/2015)
4. Patient will verbalize understanding of precautions and the rehabilitation process in 2 weeks. Achieved (8/31/2016)
5. Patient will be independant in performance of the following ADLs: home management, care giving tasks, and using hand tools in 8 weeks. Ongoing (10/14/2015)

### Occupational Therapy Interventions

| Procedural Interventions | Min. | Parameters | Objectives | Precautions | Patient Response |
|---|---|---|---|---|---|
| Therapeutic Activities -dexterity/coordination training | 02 | Dystrophile - carrying, brushing and weight baring, web press, putty press with pain - green, gripper peg w/3 x 1, 100 wt carry for 6 min, wat push up on therabail, gripper peg w/4 x 1. | Decrease R UE pain to 2/10 at its worst to enable patient to perform daily functional activities with independance and return to normal work related tasks. Decrease R UE pain to 6/10 at its worst to enable patient to perform dressing, grooming, meal prep, and light home management tasks. Patient will be independant in performance of the following ADLs: home management, care giving tasks, and using hand tools | | Added gripper peg. |
| Therapeutic Exercise -ROM exercise | 15 | 6# bicep curls x 10, 3wt FA bar x 20, UBE bi 4 x 10 min. | Impairment Limitation - Muscle Strength | | |

*Mill alishley, oru*

Occupational Therapist Signature
Michael Bell Phillips 172
Date Report Signed 12/04/2015


Date Report Signed 12/04/2015




Physician Signature
Mark Kanelson
Date Report Signed


Patient Name JACQUELYN ORR
MRN 011466



# optim
## occupational therapy

### Progress Report

| Patient Name: JACQUELYN J ORR | Date: 04/28/2016 |
| --- | --- |
| Address) | Referred by: Mark Kamelsson |
| | Medical Diagnosis: 337.81 REFLEX SYMPATHETIC DYSTROPHY OF THE UPPER LIMB<br>Treatment Diagnosis: 726.5 PAIN IN LIMB |
| MRN: 811403 | |
| Date of Birth: | |

JACQUELYN ORR is a 44 years year old female who presented with initial complaint(s) of muscle weakness and pain. JACQUELYN ORR was seen at the optim occupational therapy Savannah-Daranno clinic for an Occupational Therapy evaluation on 04/18/2016. Since that time, she has been seen for 7 occupational therapy visits. The following shows JACQUELYN ORR's progress / status through 04/28/2016

### Range of Motion - Elbow
Elbow ROM (Active)
(Right / Left)

| ROM | Pain | | ROM | Pain |
| --- | --- | --- | --- | --- |
| 145 | Yes | Flexion | 145 | No |
| -10 | Yes | Extension | -10 | No |
| 85 | Yes | Supination | 90 | No |
| 85 | Yes | Pronation | 85 | No |

### Range of Motion - Wrist
Wrist Active ROM
(Right / Left)

| ROM | | ROM |
| --- | --- | --- |
| 60 | Flexion | 60 |
| 60 | Extension | 75 |

### Index Grip Test
Index Grip Test
(Right / Left)

| 1 | 2 | 3 | Max | Avg | CV | Deficit | Deficit to Norms | | 1 | 2 | 3 | Max | Avg | CV | Deficit to Norms |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 35 | 30 | 34 | 35 | 33 | 6.28 | 13.37 | 64% | | 70 | 85 | 60 | 85 | 66.7 | 11.55 | 64% |

### Occupational Therapy Evaluation

Problem List / Impairments: edema, muscle strength, pain and range of motion

Functional Limitations: performance in leisure activities, performance in self-care ADL and performance in work activities

Patient Name: JACQUELYN ORR
MRN: 811403

Clinical Impression: Patient presents with decreased AROM and increased pain in the R UE associated with RSD. She will continue with OT to work on a Dystrophile program.

**Plan of Care**

Short Term Goals:
1. Patient will be independent with dystrophile HEP in 3 weeks. Achieved (8/31/2015)
2. Decrease R UE pain to 6/10 at its worst to enable a patient to perform dressing, grooming, meal prep, and light home management tasks in 4 weeks. Achieved (8/31/2015)
3. Patient will give accurate return demonstration of their home exercise program in 4 weeks. Achieved (8/31/2015)

Long Term Goals:
1. Decrease R UE pain to 2/10 at its worst to enable patient to perform daily functional activities with independence and return to normal work related tasks in 8 weeks. Ongoing (8/31/2015)
2. Patient will increase AROM of R wrist to 65/65 degrees for future activities in 8 weeks. Ongoing (8/31/2015)
3. Increase R grip to 40 lbs to enable the patient to be independent with adls tasks in 8 weeks. Ongoing (8/31/2015)
4. Patient will verbalize understanding of precautions and the rehabilitation process in 2 weeks. Achieved (8/31/2015)
5. Patient will be independent in performance of the following ADLs: home management, care giving tasks, and using hand tools in 8 weeks. Ongoing (8/31/2015)

**Occupational Therapy Interventions**

| Procedural Interventions | Min. | Parameters | Objectives | Precautions | Patient Response |
|---|---|---|---|---|---|
| Therapeutic Activities -dexterity coordination training | 00 | Dystrophile - carrying, brushing and weight baring, web press, putty press with palm - grasp, gripper peg w/ x 1, 68 w/ carry for 8 min, wall push up on theraball. | Decrease R UE pain to 2/10 at its worst to enable patient to perform daily functional activities with independence and return to normal work related tasks., Decrease R UE pain to 6/10 at its worst to enable patient to perform dressing, grooming, meal prep, and light home management tasks., Patient will be independent in performance of the following ADLs: home management, care giving tasks, and using hand tools | | |
| Whirlpool -hydrotherapy | 10 | whirlpool - R @ 100 degrees. | Sensory input to address hypersensitivity. | No corn allergy | No skin irritation noted. |
| Physical Performance Tests or measurement | 15 | Raw measurements from hand intr. | Impairment Limitations - Pain, Impairment Limitations - Range of Motion | | |

Patient/Caregiver comments: Patient reports her pain level is 4/10. "I am still hurting."

Therapist Summary on Status/Progress Patient returns to therapy after missing for about three weeks. She states there was a lapse in approval from her insurance company. We reassessed the patient and her AROM is WNL. Her grip strength is low compared to the uninjured side. We will continue with dystrophia program at this time.

Frequency & Duration          3xWeek X 4Week(s)

*Bill Bobbdllx, OTRL*

Occupational Therapist/Assistant Signature
Michael Bob Phelps 172

Date Report Signed 09/28/2015

Physician Signature
Mark Kendalsten

Date Report Signed

Patient Name: JACQUELYN ORR
MRN: 811408



## optim
## occupational therapy

### Visit Note

| Patient Name JACQUELYN J ORR | Start of Care Date 08/12/2015 |
|---|---|
| Address | Visit Date 10/28/2015 |
| Visit Name OT Visit | Referred by Mark Kamaleson |
| MRN 811408 | Medical Diagnosis G90.511 Complex regional pain syndrome I of right upper limb<br>Treatment Diagnosis M79.641 Pain in right hand, M25.531 Pain in right wrist, M25.521 Pain in right elbow, M25.511 Pain in right shoulder, M62.81 Muscle weakness (generalized) |
| Date of Birth | |

JACQUELYN ORR was seen at optim occupational therapy Savannah-Derenne office for a Occupational Therapy visit on 10/28/2015.

Ms. ORR is a 44 year old female. She has a chief complaint of muscle weakness and Pain in upper extremity / arm.

Current problem(s) began 04/02/2015. The problem(s) affect the Right side. Patient is a 44 y/o R handed female who had a door frame fall and strike her on the radial aspect of her mid FA. Since she has had shooting pain, minor edema. These complaints are exacerbated by carrying, lifting, reaching and repetitions of (computer work). These complaints are reduced by resting. The patient states that the pain at its best is 3 out of a rating scale of 10. The pain at its worst is 10/10. The pain at present is 4/10. The patient is under the care of a/an neurologist and orthopedist for these complaints. Surgical History: hysterectomy and Deviated septum, hernia repair. Allergies: any medications (heplok and septra)

### Subjective
Patient reports her pain level is 4/10. "I had a good week last week and before that it was really bad, I can't figure out why I have good weeks and had weeks. I don't change anything."
**Subjective Pain**
Able to rate subjective pain?   Yes
Pre-Treatment         3
Post-Treatment        4

### Objective

**Treatment**

| Procedural Interventions | Min. | Parameters | Objectives | Precautions | Patient Response |
|---|---|---|---|---|---|
| Therapeutic Activities -dexterity/ coordination training | 32 | Dyaltophile - carrying, brushing and weight baring, Web press, putty press with palm - green, gripper peg w6 x 1, 10# wt carry for 5 min, wall push up on theraball, gripper peg w4 x 1. | Decrease R UE pain to 2/10 at its worst to enable patient to perform daily functional activities with independance and return to normal work related tasks, Decrease R UE pain to 6/10 at its worst to enable patient to perform dressing, grooming, meal prep, and light home management tasks, Patient will be independent in performance of the following ADLs: home management, care giving tasks, and | | Added gripper peg. |

Patient Name JACQUELYN ORR
MRN 811408

| Therapuic Exercise -ROM exercises | 15 | Sh keep curls x 10, 3rd FA bar x 20, UBE bit 4 x 10 min. | Using hand tools<br>Impairment Limitations - Muscle Strength | | |
|---|---|---|---|---|---|

## Assessment

Problem List / Impairment: edema, muscle strength, pain and range of motion

Functional Limitation: performance in leisure activities, performance in self-care ADL and performance in work activities

Clinical Impression: Patient presents with decreased AROM and increased pain in the R UE associated with HSD. She will continue with OT to work on a Dystrophle program.

Plan of Care
Short Term Goals:
1. Patient will be independent with dystrophic HEP in 6 weeks. Achieved (8/31/2015)
2. Decrease R UE pain to 6/10 at its worst to enable patient to perform dressing, grooming, meal prep, and light home management tasks in 3 weeks. Achieved (8/31/2015)
3. Patient will give accurate return demonstration of their home exercise program in 4 weeks. Achieved (8/31/2015)

Long Term Goals:
1. Decrease R UE pain to 2/10 at its worst to enable patient to perform daily functional activities with independence and return to normal work related tasks in 6 weeks. Ongoing (10/14/2015)
2. Patient will increase AROM of R wrist to 65/65 degrees for leisure activities in 6 weeks. Ongoing (10/14/2015)
3. Increase R grip to 49 lbs to enable the patient to be independent with scuba tasks in 6 weeks. Ongoing (10/14/2015)
4. Patient will verbalize understanding of precautions and the rehabilitation process in 2 weeks. Achieved (8/31/2015)
5. Patient will be independent in performance of the following ADL: home management, care giving tasks, and using hand tools in 6 weeks. Ongoing (10/14/2015)

Therapist Summary on Status/Progress: Patient states she had a better week last week although she does not understand why as there was no change in her reading. She is working hard with dystrophic protocol including all types of weight loading through the R UE. We will continue with POC.

Plan
1. Occupational Therapy Evaluation, Education
2. Manual Therapy Techniques
3. Manual Therapy Techniques , Joint mobilization/manipulation
4. Therapeutic Exercise
5. Therapeutic Exercise, ROM exercises
6. Therapeutic Activities, dexterity/ coordination training
7. Whirlpool, fluidotherapy
8. Iontophoresis
9. Hot/Cold packs
10. Paraffin Bath
11. Ultrasound
Frequency & Duration          3/Week X 4 Week(s)

*Michael Bob Phillips, OTRL*

Occupational Therapist/Assistant Signature
Michael Bob Phillips 172
Date Report Signed 10/26/2015

Date Report Signed 10/26/2015

Patient Name JACQUELYN ORR
MRN 011400



## optim
### occupational therapy

### Visit Note

| Patient Name JACQUELYN J ORR | Start of Care Date 03/12/2016 |
|---|---|
| Address | Visit Date 10/14/2016 |
| Visit Name OT Visit | Referred by Mark Kamaleson |
| MRN 611406 | Medical Diagnosis G90.511 Complex regional pain syndrome I of right upper limb<br>Treatment Diagnosis M70.041 Pain in right hand, M25.531 Pain in right wrist, M25.521 Pain in right elbow, M25.511 Pain in right shoulder, M62.81 Muscle weakness (generalized) |
| Date of Birth | |

JACQUELYN ORR was seen at optim occupational therapy Savannah Derenne office for a Occupational Therapy visit on 10/14/2016.

Ms. ORR is a 44 year old female. She has a chief complaint of muscle weakness and Pain in upper extremity / arm.

Current problem(s) began 04/02/2016. The problem(s) affect the Right side. Patient is a 44 y/o R handed female who had a door frame fall and strike her on the radial aspect of her mild FA. Since she has had shooting pain, minor edema. These complaints are exacerbated by carrying, Filing, reaching and repetitions of (computer work). These complaints are reduced by resting. The patient states that the pain at its best is 3 out of a rating scale of 10. The pain at its worst is 10/10. The pain at present is 4/10. The patient is under the care of a/an neurologist and orthopedist for these complaints. Surgical History: hysterectomy and Deviated septum, hernia repair.
Allergies: any medications (Aspirin and aspirin)

### Subjective
Patient reports her pain level is 4/10. "I had a really bad weekend but Monday my pain was only 2/10. I haven't noticed a real change."
#### Subjective Pain
Able to rate subjective pain? Yes
Pre-Treatment:   4
Post-Treatment   5

### Objective
#### Range of Motion - Elbow
Right Elbow ROM (Active)

| | ROM |
|---|---|
| Flexion | WNL |
| Extension | WNL |
| Supination | WNL |
| Pronation | WNL |

### Treatment

| Procedural Interventions | No. | Parameters | Objectives | Precautions | Patient Response |
|---|---|---|---|---|---|
| Therapeutic | 15 | BV Neop cuffs, 3x1 | Treatment limitations - Muscle | | advanced |

Patient Name JACQUELYN ORR
MRN 611406

( ( 

| Exercise ·ROM exercises | FA bar, UBE M 4 x 10 min. | Strength | | M on UBE |
|---|---|---|---|---|
| Therapeutic Activities ·dexterity/ coordination training | 30 | Dystrophile - carrying, brushing and weight baring, web press, putty press with palm - green, gripper peg wb x 1, 10# wt carry for 5 min, wall push up on therabal. | Decrease R UE pain to 2/10 at the wrist to enable patient to perform daily functional activities with independence and return to normal work related tasks., Decrease R UE pain to 2/10 at its wrist to enable patient to perform dressing, grooming, meal prep, and light home management tasks., Patient will be independent in performance of the following AOLs: home management, care giving tasks, and using hand tools | | Increased weight carry. |

## Assessment

Problem List / Impairment: edema, muscle strength, pain and range of motion

Functional Limitations: performance in leisure activities, performance in self-care AOL and performance in work activities

Clinical Impressions: Patient presents with decreased AROM and increased pain in the R UE associated with RSD. She will continue with OT to work on a Dystrophile program.

Plan of Care
Short Term Goals:
1. Patient will be independent with dystrophile HEP in 3 weeks. Achieved (03/31/2015)
2. Decrease R UE pain to 6/10 at its wrist to enable patient to perform dressing, grooming, meal prep, and light home management tasks in 3 weeks. Achieved (03/31/2015)
3. Patient will give accurate return demonstration of their home exercise program in 4 weeks. Achieved (03/31/2015)

Long Term Goals:
1. Decrease R UE pain to 2/10 at the wrist to enable patient to perform daily functional activities with independence and return to normal work related tasks in 6 weeks. Ongoing (10/14/2015)
2. Patient will increase AROM of R wrist to 65/65 degrees for leisure activities in 6 weeks. Ongoing (10/14/2015)
3. Increase R grip to 45 lbs to enable the patient to be independent with scuba tasks in 6 weeks. Ongoing (10/14/2015)
4. Patient will verbalize understanding of precautions and the rehabilitation process in 2 weeks. Achieved (03/31/2015)
5. Patient will be independent in performance of the following AOLs: home management, care giving tasks, and using hand tools in 6 weeks. Ongoing (10/14/2015)

Therapist Summary on Status/Progress: Patient AROM is WNL at this time, she continues to have pain in the R UE with daily tasks. We will advance her as tolerated with dystrophile techniques. Continue with POC.

Plan
1. Occupational Therapy Evaluation, Education
2. Manual Therapy Techniques
3. Manual Therapy Techniques, Joint mobilization/manipulation
4. Therapeutic Exercise
5. Therapeutic Exercise, ROM exercises
6. Therapeutic Activities, dexterity/ coordination training

7. Whirlpool, fluidotherapy
8. Iontophoresis
9. Hot/Cold packs
10. Paraffin Bath
11. Ultrasound
Frequency & Duration          3/Week X 4/Week(s)

*Michl Bob Phillips, OTRL*

Occupational Therapist/Assistant Signature
Michael Bob Phillips 172
Date Report Signed 10/14/2015

Date Report Signed 10/14/2015

Patient Name JACQUELYN ORR
MRN 611408



## optim
### occupational therapy

### Visit Note

| Patient Name JACQUELYN J ORR | Start of Care Date 08/12/2015 |
|---|---|
| Address | Visit Date 10/07/2015 |
| Visit Name OT Visit | Referred by Mark Kamaleson |
| MRN 611408 | Medical Diagnosis G90.511 Complex regional pain syndrome I of right upper limb<br>Treatment Diagnosis M70.041 Pain in right hand, M25.531 Pain in right wrist, M25.521 Pain in right elbow, M25.511 Pain in right shoulder, M62.81 Muscle weakness (generalized) |
| Date of Birth | |

JACQUELYN ORR was seen at optim occupational therapy Savannah Derenne office for a Occupational Therapy Visit on 10/07/2015.

Ms. ORR is a 44 year old female. She has a chief complaint of muscle weakness and Pain in upper extremity / arm.

Current problem(s) began 04/02/2015. The problem(s) affect the Right side. Patient is a 44 y/o R handed female who had a door frame fall and strike her on the radial aspect of her mid FA. Since she has had shooting pain, minor edema. These complaints are exacerbated by carrying, filing, reaching and repetitons of (computer work). These complaints are reduced by resting. The patient states that the pain at its best is 6 out of a rating scale of 10. The pain at its worst is 10/10. The pain at present is 4/10. The patient is under the care of a/an neurologist and orthopedist for these complaints. Surgical History: hysterectomy and Deviated septum, hernia repair.
Allergies: any medications (Asprin and asprin)

### Subjective
"My pain has been worse the past couple weeks." States pain 8/10 pre tx and 6-7 post tx. States before her pain was just not getting better, now it seems worse. She became emotional about the pain and how her function has changed from her condition, "I just want this pain to go away."
### Subjective Pain
Able to rate subjective pain?   Yes
Pre-Treatment          6
Post-Treatment         7

### Objective

#### Treatment

| Procedures/ Interventions | Min. | Parameters | Objectives | Precautions | Patient Response |
|---|---|---|---|---|---|
| Therapeutic Exercise -ROM exercises | 15 | OT theap cuts, 2x1 FA bar, UBRM 4 x 8 min. | Impairment Limitations - Muscle Strength | | Able to complete, unable to advance today |
| Therapeutic Activities -dexterity/ coordination training | 25 | Dystrophile - carrying, finishing and weight luating, web press, putty press with pain - | Decrease R UE pain to 2/10 at its worst to enable patient to perform daily functional activities with independence and return to normal work related tasks, Decrease R UE pain to 0/10 at | | slight increase in pain post tx |

Patient Name JACQUELYN ORR
MRN 611408

| | | | | |
|---|---|---|---|---|
| | green, gripper peg wts x 1, 5# wt carry for 5 min, wall push up on therabll. | Rt wrist to enable patient to perform dressing, grooming, meal prep, and light home management tasks., Patient will be independent in performance of the following ADLs: home management, care giving tasks, and using hand tools | | |

## Assessment

Problem List / Impairment: edema, muscle strength, pain and range of motion

Functional Limitations: performance in leisure activities, performance in self-care ADL, and performance in work activities

Clinical Impression: Patient presents with decreased AROM and increased pain in the R UE associated with RSD. She will continue with OT to work on a Dystrophile program.

Plan of Care
Short Term Goals:
1. Patient will be independent with dystrophile HEP in 3 weeks. Achieved (8/31/2015)
2. Decrease R UE pain to 6/10 at the wrist to enable patient to perform dressing, grooming, meal prep, and light home management tasks in 3 weeks. Achieved (8/31/2015)
3. Patient will give accurate return demonstration of their home exercise program in 4 weeks. Achieved (8/31/2015)

Long Term Goals:
1. Decrease R UE pain to 2/10 at the wrist to enable patient to perform daily functional activities with independence and return to normal work related tasks in 6 weeks. Ongoing (10/6/2015)
2. Patient will increase AROM of R wrist to 65/65 degrees for leisure activities in 6 weeks. Ongoing (10/6/2015)
3. Increase R grip to 45 lbs to enable the patient to be independent with scuba tasks in 4 weeks. Ongoing (10/6/2015)
4. Patient will verbalize understanding of precautions and the rehabilitation process in 2 weeks. Achieved (8/31/2015)
5. Patient will be independent in performance of the following ADLs: home management, care giving tasks, and using hand tools in 6 weeks. Ongoing (10/6/2015)

Therapist Summary on Status/Progress: She may benefit from a TENS unit or trial in clinic to see if pain resolves. Her pain was worse today and I did not advance to due to this, but she was able to complete current program

Plan
1. Occupational Therapy Evaluation, Education
2. Manual Therapy Techniques
3. Manual Therapy Techniques , Joint mobilization/manipulation
4. Therapeutic Exercise
5. Therapeutic Exercise, ROM exercises
6. Therapeutic Activities, dexterity/ coordination training
7. Whirlpool, Hydotherapy
8. Iontophoresis
9. Hot/Cold packs
10. Paraffin Bath
11. Ultrasound
Frequency & Duration       3/Week X 4/Week(s)

Patient Name JACQUELYN ORR
MRN 811408

Printed on 10/07/2016 6:43:20 PM
Page 2 of 3

Lisa Smith OTR/L, CHT

Occupational Therapist/Assistant Signature
Lisa Smith 170
Date Report Signed 10/07/2015

Date Report Signed 10/07/2015

Patient Name JACQUELYN ORR
MRN 611468



## optim
### occupational therapy

### Visit Note

| Patient Name JACQUELYN JOHN | Start of Care Date 08/12/2016 |
|---|---|
| Address | Visit Date 10/05/2016 |
| Visit Name OT Visit | Referred by Mark Kemelesen |
| NIHH 011408 | Medical Diagnosis G90.511 Complex regional pain syndrome I of right upper limb Treatment Diagnosis M79.641 Pain in right hand, M25.531 Pain in right wrist, M25.521 Pain in right elbow, M25.511 Pain in right shoulder, M62.81 Muscle weakness (generalized) |
| Date of Birth | |

JACQUELYN JOHN was seen at optim occupational therapy Savannah-Derenne office for a Occupational Therapy visit on 10/05/2016.

Ms. JOHN is a 44 year old female. She has a chief complaint of muscle weakness and Pain in upper extemity / arm.

Current problem(s) began 04/02/2016. The problem(s) effect the Right side. Patient is a 44 y/o R handed female who had a door frame fall and slice jar on the radial aspect of her mid FA. Since she has had shooting pain, minor edema,. These complaints are exacerbated by carrying, lifting, reaching and repetitions of (computer work). These complaints are reduced by resting. The patient states that the pain at its best is 3 out of a rating scale of 10. The pain at its worst is 10/10. The pain at present is 4/10. The patient is under the care of a/an neurologist and orthopedist for these complaints. Surgical History: hysterectomy and Daviated septum, hernia repair. Allergies: any medications (Aspirin and septra)

### Subjective
Patient reports her pain level is 4/10. "My arm hurt pretty bad over the weekend."
### Subjective Pain
Able to rate subjective pain?   Yes
Pre-Treatment      4
Post-Treatment     6

### Objective
#### Treatment

| Procedural Interventions | Min. | Parameters | Objectives | Precautions | Patient Response |
|---|---|---|---|---|---|
| Therapeutic Exercise -home exercises | 15 | BU bicep curls, 3x1 PA bar, until hit 4 x 8 min. | Impairment limitations - Muscle strength | | |
| Therapeutic Activities -dexterity/ coordination training | 35 | Dystrophile - carrying, brushing and weight baring, wall press, pully press with pain - green, gripper peg w/5 x 1, 6# wt carry for 5 min, wall push up on therabal). | Decrease R UE pain to 2/10 at its worst to enable patient to perform daily functonal activities with independance and return to normal work related tasks., Decrease R UE pain to 6/10 at its worst to enable patient to perform dressing, grooming, meal prep, and light home management tasks., Patient will be independent in performance of the | | Advanced activities. |

Patient Name JACQUELYN JOHN
NIHH 011408