Third Party Pharmacy Prescription Administrative Charge

- CY 2016 Average Administrative Cost for Prescriptions
  (http://www.va.gov/CBO/payerinfo/avgadmincostrxcy16.asp)
- CY 2015 Average Administrative Cost for Prescriptions
  (http://www.va.gov/CBO/payerinfo/avgadmincostrxcy15.asp)
- CY 2014 Average Administrative Cost for Prescriptions
  (http://www.va.gov/CBO/payerinfo/avgadmincostrxcy14.asp)

## Cost-Based and Interagency Rates

- Cost Based Interagency Federal Register Notice, 07/07/16 (PDF) (https://www.gpo.gov/fdsys/pkg/FR-2016-07-07/pdf/2016-15956.pdf)
- Cost Based Interagency Federal Register Notice, 11/04/14 (PDF) (http://www.gpo.gov/fdsys/pkg/FR-2014-11-04/pdf/2014-26148.pdf)
- Cost Based Interagency Federal Register Notice, 07/11/11 (PDF) (http://www.gpo.gov/fdsys/pkg/FR-2011-07-11/pdf/2011-17263.pdf)

return to top ▲

## CONNECT

Veterans Crisis Line: (http://www.veteranscrisisline.net/)
1-800-273-8255 (tel:+18002738255) (Press 1)

Social Media



(http://www.va.gov)  Complete Directory (http://www.va.gov/opa/socialmedia.asp)

## EMAIL UPDATES

Email Address    Signup

## VA HOME

## QUICK LIST

## RESOURCES

## ADMINISTRATION

U.S. Department of Veterans Affairs | 810 Vermont Avenue, NW Washington DC 20420

Last updated July

TABLE F. — OUTPATIENT FACILITY NATIONWIDE CHARGES BY CPT/HCPCS CODE

PAGE 71 of 169

| CPT/HCPCS Code | Description | Status/Usage Indicator [1] | Multiple Surgery Reduction Applies | Charge | Charge Methodology [2] |
|---|---|---|---|---|---|
| 63650 | PRQ IMPLTJ NSTIM ELECTRODE ARRAY EPIDURAL | | | $21,925.21 | APC |
| 63655 | LAM IMPLTJ NSTIM ELTROS PLATE/PADDLE EDRL | | | $34,659.16 | APC |
| 63661 | RMVL SPINAL NSTIM ELTRD PRQ ARRAY INCL FLUOR | | | $8,377.18 | APC |
| 63662 | RMVL SPINAL NSTIM ELTRD PLATE/PADDLE INCL FLUOR | | | $12,149.27 | APC |
| 63663 | REVJ INCL RPLCMT NSTIM ELTRD PRQ RA INCL FLUOR | | | $21,925.21 | APC |
| 63664 | REVJ INCL RPLCMT NSTIM ELTRO PLT/PDLE INCL FLUOR | | | $21,925.21 | APC |
| 63685 | INSJ/RPLCMT SPI NPGR DIR/INDUXIVE COUPLING | | | $53,493.40 | APC |
| 63688 | REVJ/RMVL IMPLANTED SPINAL NEUROSTIM GENERATOR | | | $12,149.27 | APC |
| 63741 | CRTJ SHUNT LMBR SARACH-PRTL-PLEURAL PRQ X LAM | | | $17,171.61 | APC |
| 63744 | RPLCMT IRRIGATION/REVJ LUMBOSARACH SHUNT | | | $17,171.61 | APC |
| 63746 | RMVL ENTIRE LUMBOSARACH SHUNT SYS W/O RPLCMT | | | $8,377.18 | APC |
| 64400 | NJX ANES TRIGEMINAL NRV ANY DIV/BRANCH | | | $1,023.16 | APC |
| 64402 | INJECTION ANESTHETIC AGENT FACIAL NERVE | | | $426.63 | APC |
| 64405 | INJECTION ANESTHETIC AGENT GREATER OCCIPITAL NRV | | | $1,767.91 | Other |
| 64408 | INJECTION ANESTHETIC AGENT VAGUS NERVE | | | $1,023.16 | APC |
| 64410 | INJECTION ANESTHETIC AGENT PHRENIC NERVE | | | $3,655.73 | APC |
| 64413 | INJECTION ANESTHETIC AGENT CERVICAL PLEXUS | | | $3,768.87 | APC |
| 64415 | SINGLE NERVE BLOCK INJECTION ARM NERVE | | | $5,046.03 | APC |
| 64416 | INJECTION ANES BRACHIAL PLEXUS CONT NFS CATH | | | $5,395.03 | APC |
| 64417 | INJECTION ANESTHETIC AGENT AXILLARY NERVE | | | $3,768.87 | APC |
| 64418 | INJECTION ANESTHETIC AGENT SUPRASCAPULAR NERVE | | | $3,768.87 | APC |
| 64420 | INJECTION ANESTHETIC AGENT 1 INTERCOSTAL NERVE | | | $3,768.87 | APC |
| 64421 | MULTIPLE NERVE BLOCK INJECTIONS RIB NERVES | | | $3,768.87 | APC |
| 64425 | INJECTION ANES ILIOINGUINAL ILIOHYPOGASTRIC NRVS | | | $3,768.87 | APC |
| 64430 | INJECTION ANESTHETIC AGENT PUDENDAL NERVE | | | $3,768.87 | APC |
| 64435 | INJECTION ANESTHETIC PARACERVICAL UTERINE NERVE | | | $3,768.87 | APC |
| 64445 | INJECTION ANESTHETIC AGENT SCIATIC NRV SINGLE | | | $3,768.87 | APC |
| 64446 | INJECTION ANES SCIATIC NERVE CONT INFUSION CATH | | | $5,395.03 | APC |
| 64447 | INJECTION ANESTHETIC AGENT FEMORAL NERVE SINGLE | | | $3,768.87 | APC |
| 64448 | INJECTION ANES FEMORAL NERVE CONT INFUSION CATH | | | $5,395.03 | APC |
| 64449 | INJECTION ANES LUMBAR PLEXUS POST CONT NFS CATH | | | $5,395.03 | APC |
| 64450 | INJECTION ANES OTHER PERIPHERAL NERVE/BRANCH | | | $1,767.91 | Other |
| 64455 | NJX ANES&STEROID PLANTAR COMMON DIGITAL NERVE | | | $1,023.16 | APC |
| 64461 | PVB THORACIC SINGLE INJECTION SITE W/IMG GID | | | $3,655.73 | APC |
| 64463 | PVB THORACIC CONT CATHETER INFUSION W/IMG GID | | | $3,655.73 | APC |
| 64479 | NJX ANES&STRD W/IMG TFRML EDRL CRV/THRC 1 LVL | | | $3,768.87 | APC |
| 64480 | NJX ANES&STRD W/IMG TFRML EDRL CRV/THRC EA LV | | | $4,253.44 | FAIR Health |
| 64483 | NJX ANES&STRD W/IMG TFRML EDRL LMBR/SAC 1 LVL | | | $3,768.87 | APC |
| 64484 | NJX ANES&STRD W/IMG TFRML EDRL LMBR/SAC EA LV | | | $4,253.44 | FAIR Health |
| 64486 | TAP BLOCK UNILATERAL BY INJECTION(S) | | | $2,030.05 | FAIR Health |
| 64487 | TAP BLOCK UNILATERAL BY CONTINUOUS INFUSION(S) | | | $2,030.05 | FAIR Health |
| 64488 | TAP BLOCK BILATERAL BY INJECTION(S) | | | $2,030.05 | FAIR Health |
| 64489 | TAP BLOCK BILATERAL BY CONTINUOUS INFUSION(S) | | | $2,030.05 | FAIR Health |
| 64490 | NJX DX/THER AGT PVRT FACET JT CRV/THRC 1 LEVEL | | | $5,395.03 | APC |
| 64491 | NJX DX/THER AGT PVRT FACET JT CRV/THRC 2ND LEVEL | | | $3,824.51 | Other |
| 64492 | NJX DX/THER AGT PVRT FACET JT CRV/THRC 3+ LEVEL | | | $3,824.51 | Other |
| 64493 | NJX DX/THER AGT PVRT FACET JT LMBR/SAC 1 LEVEL | | | $5,395.03 | APC |
| 64494 | NJX DX/THER AGT PVRT FACET JT LMBR/SAC 2ND LEVEL | | | $3,824.51 | Other |
| 64495 | NJX DX/THER AGT PVRT FACET JT LMBR/SAC 3+ LEVEL | | | $3,824.51 | Other |
| 64505 | INJECTION ANES AGENT SPHENOPALATINE GANGLION | | | $1,023.16 | APC |

NOTE: CPT Codes and descriptions only are copyright 2015 American Medical Association. All rights reserved. Applicable FARS/DFARS apply.
1, 2 - See end of the table for notes regarding those fields.

TABLE F. — OUTPATIENT FACILITY NATIONWIDE CHARGES BY CPT/HCPCS CODE

PAGE 169 of 169

| CPT/ HCPCS Code | Description | Status/ Usage Indicator [1] | Multiple Surgery Reduction Applies | Charge | Charge Methodology [2] |
|---|---|---|---|---|---|
| S9542 | HT INJ HOC PER DIEM | a | | $48.29 | Other |
| S9560 | HT INJ HORMONE DIEM | a | | $95.67 | Other |
| S9562 | HT INJ PALIVIZUMAB DIEM | a | | $95.67 | Other |
| S9590 | HT IRRIGATION DIEM | a | | $137.30 | Other |
| V5008 | HEARING SCREENING | a | | $237.60 | MarketScan |
| V5010 | ASSESSMENT FOR HEARING AID | a | | $354.41 | MarketScan |

[1] Key to Status/Usage Indicator:

a: Cannot be billed by VA non-provider-based clinics, because the charge is included in the associated professional charge.
b: Cannot be billed by VA non-provider-based clinics, because a technical component charge from the professional charge table applies.
c: Can be billed by VA non-provider-based clinics.
d: Cannot be billed by VA non-provider-based clinics, because a different code is used for professional billing.
e: Cannot be billed by VA non-provider-based clinics, because a stand-alone charge from the professional charge table applies.
f: Can be billed for patients who are subsequently admitted to the hospital.

[2] Charge Methodology:

5% Sample: Charge developed from Medicare 5% Sample Outpatient database.
APC: Charge developed from Medicare 5% Sample Outpatient database using APC Methodology
MarketScan: Charge developed from MarketScan database.
FAIR Health: Charge developed from FAIR Health's Medical Data Research database.
Other: Charge from DME or Physician tables or other techniques including crosswalks.
Trended v3.16: v3.16 charge trended forward to 2016.

NOTE: CPT Codes and descriptions only are copyright 2015 American Medical Association. All rights reserved. Applicable FARS/DFARS apply.
1, 2 - See end of this table for notes regarding these fields.



CENTERS FOR MEDICARE & MEDICAID SERVICES

# Medicare Fee-For Service
# Provider Utilization & Payment Data
# Inpatient
# Public Use File:
# A Methodological Overview

June 14, 2016

Prepared by:
The Centers for Medicare and Medicaid Services,
Office of Enterprise Data and Analytics



PLAINTIFFS
EXHIBIT
14

# Table of Contents

1.  Background ..................................................................................................................................... 3

2.  Key data sources ........................................................................................................................... 3

3.  Population ....................................................................................................................................... 3

4.  Classification and Summarization .............................................................................................. 4

5.  Data Contents ................................................................................................................................ 4

    Detailed Data File ........................................................................................................................... 4

    Summary Tables .............................................................................................................................. 5

6.  Data Limitations: ........................................................................................................................... 5

7.  Updates: .......................................................................................................................................... 6

2

## 1. Background

As part of the Obama Administration's efforts to make our healthcare system more transparent, affordable, and accountable, the Centers for Medicare & Medicaid Services (CMS) has prepared a public data set, the Provider Utilization and Payment Data Inpatient Public Use File (herein referred to as "Inpatient PUF"), with information on services and procedures provided to Medicare beneficiaries by hospital facilities.  The Inpatient PUF contains hospital-specific charges for the more than 3,000 U.S. hospitals that receive Medicare Inpatient Prospective Payment System (IPPS) payments paid under Medicare based on a rate per discharge using the Medicare Severity Diagnosis Related Group (MS-DRG). Beginning with FY2014 data, all MS-DRG discharges are now reported in the Inpatient PUF. Prior years of the Inpatient PUF (FY2011 through FY2013) are limited to the top 100 most frequently billed discharges. This PUF is based on information from CMS's Medicare Provider Analysis and Review (MEDPAR) Inpatient data. The data in the Inpatient PUF contains 100% final-action (i.e., all claim adjustments have been resolved) IPPS discharges for the Medicare fee-for-service (FFS) population.  The Inpatient PUF is available for fiscal years 2011 through 2014.

## 2. Key data sources

The primary data source for these data is CMS's MEDPAR Inpatient data based on fiscal year (October 1st through September 30th). The NCH MEDPAR data contain 100 percent of Medicare final action discharges for beneficiaries who are enrolled in the FFS program as well as some managed care discharges. The types of discharges in the MEDPAR Inpatient data include: IPPS short term, long term care, critical access hospital, religious non-medical, rehabilitation and psychiatric.  Discharges, covered charges, total payments and MS-DRG information presented in the Inpatient PUF are restricted to IPPS short term hospitalizations for the FFS population.

Inpatient provider demographics are also incorporated in the Inpatient PUF and include name, complete address and hospital referral region (HRR).  The inpatient provider name and address are derived from CMS's Provider of Service (POS) data, a resource that provides characteristics associated with institutional facilities.  HRRs are geographic units of analysis based on facility location zip codes that were developed by the Dartmouth Atlas of Health Care to delineate regional health care markets in the United States. For additional information on the POS data, please visit http://www.cms.gov/Research-Statistics-Data-and-Systems/Files-for-Order/NonIdentifiableDataFiles/ProviderofServicesFile.html. For additional information on HRR, please visit http://www.dartmouthatlas.org/data/region/.

## 3. Population

The Inpatient PUF includes data on for FFS beneficiaries from inpatient providers that submitted Medicare Part A IPPS short term institutional claims during the fiscal year. To protect the privacy of Medicare beneficiaries, any aggregated records which are derived from 10 or fewer discharges are excluded from the Inpatient PUF.

## 4. Classification and Summarization

The spending and utilization data in the Inpatient PUF are aggregated to the following levels:

a) the provider identifier, and
b) Medicare Severity Diagnosis Related Group (MS-DRG)

The provider identifier is the numeric CMS Certification Number (CCN) assigned to a Medicare certified facility. MS-DRGs are a classification system that groups similar clinical conditions (diagnoses) and the procedures furnished by the hospital during the stay. Each hospital discharge is assigned to an MS-DRG. There can be multiple records for a given provider identifier based on the number of distinct MS-DRG codes that were billed.

## 5. Data Contents

### Detailed Data File

The following variables are included in the detailed Inpatient PUF data file:

DRG Definition: The code and description identifying the MS-DRG. MS-DRGs are a classification system that groups similar clinical conditions (diagnoses) and the procedures furnished by the hospital during the stay.

Provider Id: The CMS Certification Number (CCN) assigned to the Medicare certified hospital facility.

Provider Name: The name of the provider.

Provider Street Address: The provider's street address.

Provider City: The city where the provider is located.

Provider State: The state where the provider is located.

Provider Zip Code: The provider's zip code.

Provider HRR: The Hospital Referral Region (HRR) where the provider is located.

Total Discharges: The number of discharges billed by the provider for inpatient hospital services.

Average Covered Charges: The provider's average charge for services covered by Medicare for all discharges in the MS-DRG. These will vary from hospital to hospital because of differences in hospital charge structures.

Average Total Payments: The average total payments to all providers for the MS-DRG including the MS-DRG amount, teaching, disproportionate share, capital, and outlier payments for all cases. Also included

4

in average total payments are co-payment and deductible amounts that the patient is responsible for and any additional payments by third parties for coordination of benefits.

Average Medicare Payments: The average amount that Medicare pays to the provider for Medicare's share of the MS-DRG. Average Medicare payment amounts include the MS-DRG amount, teaching, disproportionate share, capital, and outlier payments for all cases. Medicare payments DO NOT include beneficiary co-payments and deductible amounts nor any additional payments from third parties for coordination of benefits. Note: In general, Medicare FFS claims with dates-of-service or dates-of-discharge on or after April 1, 2013, incurred a 2 percent reduction in Medicare payment. This is in response to mandatory across-the-board reductions in Federal spending, also known as sequestration. For additional information, visit http://www.cms.gov/Outreach-and-Education/Outreach/FFSProvPartProg/Downloads/2013-03-08-standalone.pdf

## Summary Tables

Summary tables have been created to supplement the information reported in the inpatient PUF. "National and State Summaries of Inpatient Charge Data" contains information on discharges, payments (total amount and Medicare payment), and submitted charges organized by MS-DRG in the national table and organized by MS-DRG and provider state in the state table. The aggregated reports are not restricted to the redacted data reported in the Inpatient PUF but are aggregated based on all Medicare IPPS discharges.

More detailed information on the "National and State Summaries of Inpatient Charge Data" are provided in the Methodology and Documentation tabs of the workbook.

## 6. Data Limitations:

Although the Inpatient PUF has a wealth of payment and utilization information about many Medicare Part A services, the dataset also has some limitations that are worth noting.

The data in the Inpatient PUF may not be representative of a hospital's entire population served. The data in the file only has information for Medicare beneficiaries with Part A fee-for-service coverage, but hospitals typically treat many other patients who do not have that form of coverage. The Inpatient PUF does not have any information on patients who are not covered by Medicare, such as those with coverage from other federal programs (like the Federal Employees Health Benefits Program or Tricare), those with private health insurance (such as an individual policy or employer-sponsored coverage), or those who are uninsured. Even within Medicare, the Inpatient PUF does not include information for patients who are enrolled in any form of Medicare Advantage plan. Importantly, the data for FY 2011 through FY 2013 are limited to only the top 100 MS-DRGs and thus do not necessarily include all Medicare discharges from a given hospital.

The file only contains cost and utilization information, and for the reasons described in the preceding paragraph, the volume of procedures presented may not be fully inclusive of all procedures performed by the hospital.

5

The state of Maryland has a unique waiver that exempts it from Medicare's prospective payment systems for inpatient care. Maryland instead uses an all-payer rate setting commission to determine its payment rates. Medicare claims for hospitals in other states break out additional payments for indirect medical education (IME) costs and disproportionate share hospital (DSH) adjustments.

## 7. Updates:

### June 2016 Updates:

We have updated the Inpatient PUF and the supplemental summary tables ("National and State Summaries of Inpatient Charge Data") for FY2014 to include all MS-DRG discharges from IPPS hospitals, which in prior years (FY2011 through FY2013) are limited to only the top 100 MS-DRG discharges.

Previous year's data (FY2011 through FY2013) have not been re-published to include all MS-DRG discharges.

6

## Inpatient Prospective Payment System (IPPS) Provider Summary for All Diagnosis-Relat...

The data provided here include hospital-specific charges for the more than 3,000 U.S. hospitals that receive

| | |
|---|---|
| Visits | 666 |
| Downloads | 107 |
| Comments | 0 |
| Contributors | 0 |

## Meta

| | |
|---|---|
| Category | Public Use Files |
| Permissions | Public |
| Tags | medicare, cms, health care providers, inpatient, ipps, hospital referral region (hrr), state, diagnosis-related groups (drg), 2014 |
| Row Label | drg |
| Row Count | 202656 |

## Links

| | |
|---|---|
| Permalink | https://data.cms.gov/Public-Use-Files/Inpatient-Prospective-Payment-System-IPPS-Provider/92ml-76w9 |
| Short URL | https://data.cms.gov/d/92ml-76w9?category=Public-Use-Files&view_name=Inpatient-Prospective-Payment-System-IPPS-Provider |

## Attachments

Medicare_Hospital_Inpatient_PUF_Methodology_2016-06-14.pdf

## Licensing and Attribution


PLAINTIFF'S
EXHIBIT
15

## Inpatient Prospective Payment System (IPPS) Provider Summary for All Diagnosis-Relat...

The data provided here include hospital-specific charges for the more than 3,000 U.S. hospitals that receive

| | |
|---|---|
| Visits | 666 |
| Downloads | 107 |
| Comments | 0 |
| Contributors | 0 |

### Meta

| | |
|---|---|
| Category | Public Use Files |
| Permissions | Public |
| Tags | medicare, cms, health care providers, inpatient, ipps, hospital referral region (hrr), state, diagnosis-related groups (drg), 2014 |
| Row Label | drg |
| Row Count | 202656 |

### Links

| | |
|---|---|
| Permalink | https://data.cms.gov/Public-Use-Files/Inpatient-Prospective-Payment-System-IPPS-Provider/9zml-76w9 |
| Short URL | https://data.cms.gov/d/9zml-76w9?category=Public-Use-Files&view_name=Inpatient-Prospective-Payment-System-IPPS-Provider |

### Attachments

Medicare_Hospital_Inpatient_PUF_Methodology_2016-06-14.pdf

### Licensing and Attribution





**CENTERS FOR MEDICARE & MEDICAID SERVICES**

Medicare Fee-For Service
Provider Utilization & Payment Data
Inpatient
Public Use File:
A Methodological Overview

June 14, 2016

Prepared by:
The Centers for Medicare and Medicaid Services,
Office of Enterprise Data and Analytics



PLAINTIFF'S
EXHIBIT
15

# Table of Contents

1.  Background ................................................................................................3
2.  Key data sources .......................................................................................3
3.  Population...................................................................................................3
4.  Classification and Summarization ..............................................................4
5.  Data Contents ...........................................................................................4
    Detailed Data File.......................................................................................4
    Summary Tables.........................................................................................5
6.  Data Limitations:........................................................................................5
7.  Updates:.....................................................................................................6

## 1. Background

As part of the Obama Administration's efforts to make our healthcare system more transparent, affordable, and accountable, the Centers for Medicare & Medicaid Services (CMS) has prepared a public data set, the Provider Utilization and Payment Data Inpatient Public Use File (herein referred to as "Inpatient PUF"), with information on services and procedures provided to Medicare beneficiaries by hospital facilities. The Inpatient PUF contains hospital-specific charges for the more than 3,000 U.S. hospitals that receive Medicare Inpatient Prospective Payment System (IPPS) payments paid under Medicare based on a rate per discharge using the Medicare Severity Diagnosis Related Group (MS-DRG). Beginning with FY2014 data, all MS-DRG discharges are now reported in the Inpatient PUF. Prior years of the Inpatient PUF (FY2011 through FY2013) are limited to the top 100 most frequently billed discharges. This PUF is based on information from CMS's Medicare Provider Analysis and Review (MEDPAR) Inpatient data. The data in the Inpatient PUF contains 100% final-action (i.e., all claim adjustments have been resolved) IPPS discharges for the Medicare fee-for-service (FFS) population. The Inpatient PUF is available for fiscal years 2011 through 2014.

## 2. Key data sources

The primary data source for these data is CMS's MEDPAR Inpatient data based on fiscal year (October 1st through September 30th). The NCH MEDPAR data contain 100 percent of Medicare final action discharges for beneficiaries who are enrolled in the FFS program as well as some managed care discharges. The types of discharges in the MEDPAR Inpatient data include: IPPS short term, long term care, critical access hospital, religious non-medical, rehabilitation and psychiatric. Discharges, covered charges, total payments and MS-DRG information presented in the Inpatient PUF are restricted to IPPS short term hospitalizations for the FFS population.

Inpatient provider demographics are also incorporated in the Inpatient PUF and include name, complete address and hospital referral region (HRR). The Inpatient provider name and address are derived from CMS's Provider of Service (POS) data, a resource that provides characteristics associated with institutional facilities. HRRs are geographic units of analysis based on facility location zip codes that were developed by the Dartmouth Atlas of Health Care to delineate regional health care markets in the United States. For additional information on the POS data, please visit http://www.cms.gov/Research-Statistics-Data-and-Systems/Files-for-Order/NonIdentifiableDataFiles/ProviderofServicesFile.html. For additional information on HRR, please visit http://www.dartmouthatlas.org/data/region/.

## 3. Population

The Inpatient PUF includes data on for FFS beneficiaries from inpatient providers that submitted Medicare Part A IPPS short term institutional claims during the fiscal year. To protect the privacy of Medicare beneficiaries, any aggregated records which are derived from 10 or fewer discharges are excluded from the Inpatient PUF.

3

## 4. Classification and Summarization

The spending and utilization data in the Inpatient PUF are aggregated to the following levels:

a) the provider identifier, and
b) Medicare Severity Diagnosis Related Group (MS-DRG)

The provider identifier is the numeric CMS Certification Number (CCN) assigned to a Medicare certified facility. MS-DRGs are a classification system that groups similar clinical conditions (diagnoses) and the procedures furnished by the hospital during the stay. Each hospital discharge is assigned to an MS-DRG. There can be multiple records for a given provider identifier based on the number of distinct MS-DRG codes that were billed.

## 5. Data Contents

### Detailed Data File

The following variables are included in the detailed Inpatient PUF data file:

DRG Definition: The code and description identifying the MS-DRG. MS-DRGs are a classification system that groups similar clinical conditions (diagnoses) and the procedures furnished by the hospital during the stay.

Provider Id: The CMS Certification Number (CCN) assigned to the Medicare certified hospital facility.

Provider Name: The name of the provider.

Provider Street Address: The provider's street address.

Provider City: The city where the provider is located.

Provider State: The state where the provider is located.

Provider Zip Code: The provider's zip code.

Provider HRR: The Hospital Referral Region (HRR) where the provider is located.

Total Discharges: The number of discharges billed by the provider for inpatient hospital services.

Average Covered Charges: The provider's average charge for services covered by Medicare for all discharges in the MS-DRG. These will vary from hospital to hospital because of differences in hospital charge structures.

Average Total Payments: The average total payments to all providers for the MS-DRG including the MS-DRG amount, teaching, disproportionate share, capital, and outlier payments for all cases. Also included

4

in average total payments are co-payment and deductible amounts that the patient is responsible for and any additional payments by third parties for coordination of benefits.

Average Medicare Payments: The average amount that Medicare pays to the provider for Medicare's share of the MS-DRG. Average Medicare payment amounts include the MS-DRG amount, teaching, disproportionate share, capital, and outlier payments for all cases.  Medicare payments DO NOT include beneficiary co-payments and deductible amounts nor any additional payments from third parties for coordination of benefits. Note: In general, Medicare FFS claims with dates-of-service or dates-of-discharge on or after April 1, 2013, incurred a 2 percent reduction in Medicare payment. This is in response to mandatory across-the-board reductions in Federal spending, also known as sequestration. For additional information, visit http://www.cms.gov/Outreach-and-Education/Outreach/FFSProvPartProg/Downloads/2013-03-08-standalone.pdf

## Summary Tables
Summary tables have been created to supplement the information reported in the Inpatient PUF. "National and State Summaries of Inpatient Charge Data" contains information on discharges, payments (total amount and Medicare payment), and submitted charges organized by MS-DRG in the national table and organized by MS-DRG and provider state in the state table.  The aggregated reports are not restricted to the redacted data reported in the Inpatient PUF but are aggregated based on all Medicare IPPS discharges.

More detailed information on the "National and State Summaries of Inpatient Charge Data" are provided in the Methodology and Documentation tabs of the workbook.

## 6. Data Limitations:

Although the Inpatient PUF has a wealth of payment and utilization information about many Medicare Part A services, the dataset also has some limitations that are worth noting.

The data in the Inpatient PUF may not be representative of a hospital's entire population served.  The data in the file only has information for Medicare beneficiaries with Part A fee-for-service coverage, but hospitals typically treat many other patients who do not have that form of coverage. The Inpatient PUF does not have any information on patients who are not covered by Medicare, such as those with coverage from other federal programs (like the Federal Employees Health Benefits Program or Tricare), those with private health insurance (such as an individual policy or employer-sponsored coverage), or those who are uninsured. Even within Medicare, the Inpatient PUF does not include information for patients who are enrolled in any form of Medicare Advantage plan.  Importantly, the data for FY 2011 through FY 2013 are limited to only the top 100 MS-DRGs and thus do not necessarily include all Medicare discharges from a given hospital.

The file only contains cost and utilization information, and for the reasons described in the preceding paragraph, the volume of procedures presented may not be fully inclusive of all procedures performed by the hospital.

5

The state of Maryland has a unique waiver that exempts it from Medicare's prospective payment systems for inpatient care. Maryland instead uses an all-payer rate setting commission to determine its payment rates. Medicare claims for hospitals in other states break out additional payments for indirect medical education (IME) costs and disproportionate share hospital (DSH) adjustments.

## 7. Updates:

<u>June 2016 Updates:</u>

We have updated the Inpatient PUF and the supplemental summary tables ("National and State Summaries of Inpatient Charge Data") for FY2014 to include all MS-DRG discharges from IPPS hospitals, which in prior years (FY2011 through FY2013) are limited to only the top 100 MS-DRG discharges.

Previous year's data (FY2011 through FY2013) have not been re-published to include all MS-DRG discharges.

PLAINTIFF'S EXHIBIT

## Inpatient Prospective Payment System (IPPS) Provider Summary for Al...
The data provided here include hospital-specific charges for the more than 3,000 U.S.

**Back to Dataset**

### Description

The data provided here include hospital-specific charges for the more than 3,000 U.S. hospitals that receive Medicare Inpatient Prospective Payment System (IPPS) payments for discharges, paid under Medicare based on a rate per discharge using the Medicare Severity Diagnosis Related Group (MS-DRG) for Fiscal Year (FY) 2014. These MS-DRGs represent more than 7 million discharges or 75 percent of total Medicare IPPS discharges.



**OEDA**
created Jun 15, 2016
updated Jun 23, 2016

### Activity

| Community Rating | |
|---|---|
| Your Rating | |
| Raters | 0 |
| Visits | 915 |
| Downloads | 123 |
| Comments | 0 |
| Contributors | 0 |

### Meta

| Category | Public Use Files |
|---|---|
| Permissions | Public |
| Tags | medicare, cms, health care providers, inpatient, ipps, hospital referral region (hrr), state, diagnosis-related groups (drg), 2014 |



PLAINTIFF'S
EXHIBIT
17

# CMS.gov
### Centers for Medicare & Medicaid Services

Home > Research, Statistics, Data and Systems > Medicare Provider Utilization and Payment Data > Inpatient Charge Data FY 2014

## Inpatient Charge Data FY 2014

The data provided here include hospital-specific charges for the more than 3,000 U.S. hospitals that receive Medicare Inpatient Prospective Payment System (IPPS) payments for discharges, paid under Medicare based on a rate per discharge using the Medicare Severity Diagnosis Related Group (MS-DRG) for Fiscal Year (FY) 2014. These MS-DRGs represent more than 7 million discharges or 75 percent of total Medicare IPPS discharges.

Hospitals determine what they will charge for items and services provided to patients and these charges are the amount the hospital bills for an item or service. The Total Payment amount includes the MS-DRG amount, bill total per diem, beneficiary primary payer claim payment amount, beneficiary Part A coinsurance amount, beneficiary deductible amount, beneficiary blood deductible amount and DRG outlier amount.

For these MS-DRGs, average charges, average total payments, and average Medicare payments are calculated at the individual hospital level. Users will be able to make comparisons between the amount charged by individual hospitals within local markets, and nationwide, for services that might be furnished in connection with a particular inpatient stay.

### 08/23/16 UPDATE:

The Inpatient Charge Data and the MS-DRG Summary Tables have been updated to include all MS-DRG discharges from IPPS hospitals, which in prior years (FY2011 through FY2013) are limited to only the top 100 MS-DRG discharges.

Previous year's data (FY2011 through FY2013) have not been re-published to include all MS-DRG discharges.

*Detailed Data:*

Data are being made available in Microsoft Excel (.xlsx) format and comma separated values (.csv) format.

Inpatient Charge Data, FY2014, Microsoft Excel version
Inpatient Charge Data, FY2014, Comma Separated Values (CSV) version

*MS-DRG Summary Tables:*

National and State Summaries of Inpatient Charge Data, FY2014, Microsoft Excel version
National and State Summaries of Inpatient Charge Data, FY2014, Comma Separated Values (CSV) version

For answers to any questions about the data, please see our Frequently Asked Questions page.

Inquiries regarding this data can be sent to MedicareProviderData@cms.hhs.gov.

To receive email notifications, please sign up for the Medicare Provider Data GovDelivery subscription here.

| Downloads |
| --- |
| Medicare Inpatient PUF Methodology [PDF, 185KB] |
| Medicare Fee-For-Service Enrollment by State and HRR CY2014 [ZIP, 33KB] |

| Related Links |
| --- |
| 2014 Inpatient Data on data.cms.gov |

Page last Modified: 08/23/2016 7:47 AM
Help with File Formats and Plug-ins

# CMS.gov
A federal government website managed by the Centers for Medicare & Medicaid Services
7500 Security Boulevard, Baltimore, MD 21244



Fed Reg v3.18 Sources 20151108.xlsx -- Sorted By Charge Type

SUPPLEMENTARY TABLE 1
REASONABLE CHARGES DATA SOURCES -- v3.18

| Charge Type | Paragraph | Subject | Data Source | Edition |
|---|---|---|---|---|
| NPT | (b)(3) | GAAFs | CMS Medicare Provider Analysis and Review (MedPAR) Record | FY 2014 |
| NPT | (b)(3) | GAAFs | MarketScan Claims Database | CY 2013 |
| NPT | (b)(3) | GAAFs | CMS Provider of Services Listing | 2Q 2014 |
| NPT | (b)(3) | GAAFs | VA nationwide admits by DRG code | FY 2014 |
| NPT | (b)(3) | GAAFs | VA Reasonable Charges - Table N | CY 2015 |
| SNF | (c)(3) | GAAFs | CMS Medicare Provider Analysis and Review (MedPAR) Record - SNF File | FY 2013 |
| SNF | (c)(3) | GAAFs | CMS Provider of Services Listing | 2Q 2014 |
| SNF | (c)(3) | GAAFs | VA Reasonable Charges - Table O | CY 2015 |
| PH | (b)(2) | per diem charge | Medicare SNF 5% Sample, outpatient facility component | CY 2013 |
| PH | (b)(2)(ii) | trending forward | CPHJ, outpatient hospital services component, seasonally adjusted | July 2015 |
| Opt | (e)(3)(i) | 80th percentile charges, codes with APCs | Medicare APC payment amount - OPPS | CY 2016 |
| Opt | (e)(3)(i) | 80th percentile charges, codes with APCs | Medicare SAF 5% Sample, outpatient facility component | CY 2013 |
| Opt | (e)(3)(ii) | 80th percentile charges, codes with no APC | FAIR Health Outpatient Facility database | April 2015 |
| Opt | (e)(3)(ii) | 80th percentile charges, codes with no APC | Medicare SAF 5% Sample, outpatient facility component | CY 2013 |
| Opt | (e)(3)(ii) | 80th percentile charges, codes with no APC | MarketScan Claims Database | CY 2013 |
| Opt | (e)(3)(ii) | 80th percentile charges, codes with no APC | VA Reasonable Charges - Table F | CY 2015 |
| Opt | (e)(3)(iii) | trending forward | CPHJ, outpatient hospital services component, seasonally adjusted | July 2015 |
| Opt | (e)(4) | GAAFs | FAIR Health Outpatient Facility database | April 2015 |
| Opt | (e)(4) | GAAFs | Millman, Inc., Health Cost Guidelines, Population Assumptions | CY 2015 |
| Opt | (e)(4) | GAAFs | VA Reasonable Charges - Table P | CY 2015 |
| Phys | (f)(2)(i)(A) | RVU GAAFs, codes with Medicare RVUs, work expense | Medicare Geographic Practice Cost Index, work expense | CY 2015 |
| Phys | (f)(2)(i)(A) | RVUs, codes with Medicare RVUs, work expense | Medicare Physician Fee Schedule RVUs, work expense | October 2015 |
| Phys | (f)(2)(i)(B) | RVU GAAFs, codes with Medicare RVUs, practice expense | Medicare Geographic Practice Cost Index, practice expense | CY 2015 |
| Phys | (f)(2)(i)(B) | RVUs, codes with Medicare RVUs, practice expense | Medicare Physician Fee Schedule RVUs, practice expense | October 2015 |
| Phys | (f)(2)(i) | RVUs, codes with no Medicare RVUs | Essential RBRVS | January 2015 |
| Phys | (f)(2)(i) | RVUs, codes with no Medicare RVUs | FAIR Health Medical Billed database | May 2015 |
| Phys | (f)(2)(i) | RVUs, codes with no Medicare RVUs | FAIR Health HCPCS database | June 2015 |
| Phys | (f)(2)(i) | RVUs, codes with no Medicare RVUs | Medicare SAF 5% Sample, Part B component | CY 2013 |
| Phys | (f)(2)(ii) | RVUs, codes with no Medicare RVUs | VA Reasonable Charges - Table G | CY 2015 |
| Phys | (f)(2)(iii) | RVUs, untitled procedures | VA, nationwide distribution of procedures and services | FY 2014 |
| Phys | (f)(2)(iv) | RVU GAAFs, codes with no Medicare RVUs | Medicare Geographic Practice Cost Index, practice expense | CY 2015 |
| Phys | (f)(2)(iv) | RVU GAAFs, codes with no Medicare RVUs | Medicare Geographic Practice Cost Index, work expense | CY 2015 |
| Phys | (f)(3) | conversion factors, 80th percentile, geographically adjusted | FAIR Health Medical Billed database | May 2015 |
| Phys | (f)(3) | conversion factors, 80th percentile, geographically adjusted | FAIR Health Medical Billed database | June 2015 |
| Phys | (f)(3) | conversion factor, nationwide | Millman, Inc., Health Cost Guidelines, Population Assumptions | CY 2015 |
| Phys | (f)(3)(i) | trending forward | CPHJ, physicians' services component, seasonally adjusted | July 2015 |
| Phys | (f)(3)(ii) | conversion factor GAAFs | FAIR Health Medical Billed database | May 2015 |
| Phys | (f)(3)(ii) | conversion factor GAAFs | FAIR Health HCPCS database | June 2015 |
| Phys | (f)(3)(iii) | conversion factor GAAFs | Millman, Inc., Health Cost Guidelines, Population Assumptions | CY 2015 |
| Phys | (f)(3)(iii) | GAAFs | VA Reasonable Charges - Table L | July 2015 |
| Phys | (f)(4) | modifiers, charge adjustment factors | Medicare SAF 5% Sample, Part B component | May 2015 |

PLAINTIFF'S EXHIBIT 79

SUPPLEMENTARY TABLE 1

REASONABLE CHARGES DATA SOURCES — v3.18

| Charge Type | Paragraph | Subject | Data Source | Edition |
|---|---|---|---|---|
| Anes | (g)(2) | RVUs | CMS anesthesia base units | CY 2015 |
| Anes | (g)(2) | RVUs for unlisted procedures | VA nationwide distribution of procedures and services | FY 2014 |
| Anes | (g)(3)(i) | conversion factor, nationwide | CMS anesthesia base units | CY 2015 |
| Anes | (g)(3)(i) | conversion factor, nationwide | FAIR Health Anesthesia database | May 2016 |
| Anes | (g)(3)(i) | conversion factor, nationwide | Medicare SAF 5% Sample, Part B component | CY 2013 |
| Anes | (g)(3)(i) | conversion factor, nationwide | Millman, Inc., Health Cost Guidelines, Population Assumptions | CY 2015 |
| Anes | (g)(3)(ii) | trending forward | CPHJ, physicians' services component, seasonally adjusted | July 2015 |
| Anes | (g)(3)(iii) | conversion factor GAAFs | FAIR Health Anesthesia database | May 2016 |
| Anes | (g)(3)(iii) | conversion factor GAAFs | Millman, Inc., Health Cost Guidelines, Population Assumptions | CY 2015 |
| Dent | (h)(2) | charges, 80th percentile, nationwide | FAIR Health Dental database | July 2015 |
| Dent | (h)(2) | charges, 80th percentile, nationwide | National Dental Advisory Service nationwide pricing index | CY 2015 |
| Dent | (h)(2) | charges, 80th percentile, nationwide | Millman, Inc., Health Cost Guidelines, Population Assumptions | CY 2015 |
| Dent | (h)(2) | charges, 80th percentile, nationwide | VA Reasonable Charges - Table I | CY 2015 |
| Dent | (h)(2)(i) | charges, 80th percentile, nationwide, for unlisted procedures | FAIR Health Dental database | July 2015 |
| Dent | (h)(2)(i) | charges, 80th percentile, nationwide, for unlisted procedures | National Dental Advisory Service nationwide pricing index | CY 2015 |
| Dent | (h)(2)(i) | charges, 80th percentile, nationwide, for unlisted procedures | VA, nationwide distribution of procedures, services, items, and supplies | FY 2014 |
| Dent | (h)(3) | trending forward | CPHJ, dental services component, seasonally adjusted | July 2015 |
| Dent | (h)(3) | GAAFs | FAIR Health Dental database | July 2015 |
| Dent | (h)(3) | GAAFs | Millman, Inc., Dental Health Cost Guidelines | CY 2015 |
| Dent | (h)(3) | GAAFs | Millman, Inc., Health Cost Guidelines, Population Assumptions | CY 2015 |
| Dent | (h)(3) | GAAFs | VA Reasonable Charges - Table R | CY 2015 |
| Lab | (i)(2)(i) | RVUs, codes with Medicare-based RVUs | FAIR Health Medical Billed database | May 2015 |
| Lab | (i)(2)(i) | RVUs, codes with Medicare-based RVUs | FAIR Health HCPCS database | June 2015 |
| Lab | (i)(2)(i) | RVUs, codes with Medicare-based RVUs | Medicare Clinical Diagnostic Laboratory Fee Schedule | CY 2015 |
| Lab | (i)(2)(i) | RVUs, codes with Medicare-based RVUs | Medicare conversion factor | CY 2015 |
| Lab | (i)(2)(i) | RVUs, codes with Medicare-based RVUs | Medicare Physician Fee Schedule payment levels | October 2015 |
| Lab | (i)(2)(i) | RVUs, codes with Medicare-based RVUs | Essential RBRVS | January 2015 |
| Lab | (i)(2)(i) | RVUs, codes with no Medicare-based RVUs | FAIR Health Medical Billed database | May 2015 |
| Lab | (i)(2)(i) | RVUs, codes with no Medicare-based RVUs | FAIR Health HCPCS database | June 2015 |
| Lab | (i)(2)(i) | RVUs, codes with no Medicare-based RVUs | Medicare SAF 5% Sample, Part B component | CY 2013 |
| Lab | (i)(2)(i) | RVUs, codes with no Medicare-based RVUs | VA Reasonable Charges - Table J | CY 2015 |
| Lab | (i)(2)(ii) | RVUs, unlisted procedures | VA nationwide distribution of procedures and services | FY 2014 |
| Lab | (i)(2)(iv) | RVU GAAFs, codes with no Medicare-based RVUs | Medicare Geographic Practice Cost Index, practice expense | CY 2015 |
| Lab | (i)(2)(iv) | RVU GAAFs, codes with no Medicare-based RVUs | Medicare Geographic Practice Cost Index, work expense | CY 2015 |
| Lab | (i)(3) | conversion factors, 80th percentile, geographically adjusted | FAIR Health Medical Billed database | May 2015 |
| Lab | (i)(3) | conversion factors, 80th percentile, geographically adjusted | Millman, Inc., Health Cost Guidelines, Population Assumptions | CY 2015 |
| Lab | (i)(3)(ii) | trending forward | CPHJ, physicians' services component, seasonally adjusted | July 2015 |
| Lab | (i)(3)(iii) | conversion factor GAAFs | FAIR Health Medical Billed database | May 2015 |
| Lab | (i)(3)(iii) | conversion factor GAAFs | Millman, Inc., Health Cost Guidelines, Population Assumptions | CY 2015 |
| Obs | (j)(2)(i) | charges, 80th percentile, nationwide | Medicare SAF 5% Sample, outpatient facility component | CY 2013 |
| Obs | (j)(2)(i) | trending forward | CPHJ, outpatient hospital services component, seasonally adjusted | July 2015 |

SUPPLEMENTARY TABLE 1

REASONABLE CHARGES DATA SOURCES — v3.18

| Charge Type | Paragraph | Subject | Data Source | Edition |
|---|---|---|---|---|
| Amb | (b)(2)(i) | base charge, 80th percentile, nationwide | Medicare SAF 5% Sample, outpatient facility component | CY 2013 |
| Amb | (b)(2)(i) | mileage charge, 80th percentile, nationwide | Medicare SAF 5% Sample, outpatient facility component | CY 2013 |
| Amb | (b)(2)(ii) | trending forward | CPI-U, outpatient hospital services component, seasonally adjusted | July 2015 |
| DME | (l)(2)(i) | relative values | Essential RBRVS, practice expense RVUs | January 2015 |
| DME | (l)(2)(i) | relative values | Medicare DME Fee Schedule | October 2015 |
| DME | (l)(2)(i) | relative values | Medicare Parenteral and Enteral Nutrition Fee Schedule | January 2015 |
| DME | (l)(2)(ii) | charge amounts | FAIR Health HCPCS database | June 2015 |
| DME | (l)(2)(ii) | charge amounts | Medicare SAF 5% Sample, DME component | CY 2013 |
| DME | (l)(2)(ii) | charge amounts | Medicare SAF 5% Sample, Part B component | CY 2013 |
| DME | (l)(2)(iii) | charge ratios, 80th percentile to median | FAIR Health HCPCS database | June 2015 |
| DME | (l)(2)(iii) | charge ratios, 80th percentile to median | Medicare SAF 5% Sample, DME component | CY 2013 |
| DME | (l)(2)(iii) | charge ratios, 80th percentile to median | Medicare SAF 5% Sample, Part B component | CY 2013 |
| DME | (l)(2)(iv) | trending forward | CPI-U, medical care commodities component, seasonally adjusted | July 2015 |
| DME | (l)(3) | charges for codes with no RVUs | FAIR Health HCPCS database | June 2015 |
| DME | (l)(3) | charges for codes with no RVUs | Medicare SAF 5% Sample, DME component | CY 2013 |
| DME | (l)(3) | charges for codes with no RVUs | Medicare SAF 5% Sample, Part B component | CY 2013 |
| DME | (l)(3) | charges for codes with no RVUs | VA Reasonable Charges - Table K | CY 2015 |
| DME | (l)(3) | trending forward | VA nationwide distribution of items and charges | FY 2014 |
| DME | (l)(4) | trending forward | CPI-U, medical care commodities component, seasonally adjusted | July 2015 |
| DME | (l)(4) | charges for unlisted procedures | VA nationwide distribution of procedures, services, items, and supplies | FY 2014 |
| DME | (l)(5)(i) | charges, weighted average, area-specific | FAIR Health HCPCS database | June 2015 |
| DME | (l)(5)(ii) | charges, weighted average, area-specific | Medicare SAF 5% Sample, DME component | CY 2013 |
| DME | (l)(5)(ii) | charges, weighted average, area-specific | Medicare SAF 5% Sample, Part B component | CY 2013 |
| DME | (l)(5)(ii) | charges, weighted average, area-specific | Milliman, Inc., Health Cost Guidelines, Population Assumptions | CY 2015 |
| DME | (l)(5)(iii) | charges, weighted average, nationwide | FAIR Health HCPCS database | June 2015 |
| DME | (l)(5)(iii) | GAAFs | Medicare SAF 5% Sample, DME component | CY 2013 |
| DME | (l)(5)(iii) | GAAFs | Medicare SAF 5% Sample, Part B component | CY 2013 |
| DME | (l)(5)(iii) | GAAFs | Milliman, Inc., Health Cost Guidelines, Population Assumptions | CY 2015 |
| DME | (l)(5)(iii) | GAAFs | VA Reasonable Charges - Table Q | CY 2015 |
| DME | (l)(11) | charges for codes without data | Medicare DME Fee Schedule | October 2015 |

SUPPLEMENTARY TABLE 1
REASONABLE CHARGES DATA SOURCES—v3.18

| | Paragraph | Subject | Data Source | Edition |
|---|---|---|---|---|
| Anes | (g)(2) | RVUs | CMS anesthesia base units | CY 2015 |
| Anes | (b)(3)(i) | conversion factor, nationwide | CMS anesthesia base units | CY 2015 |
| INPT | (b)(3) | GAAFs | CMS Medicare Provider Analysis and Review (MedPAR) Record | FY 2014 |
| SNF | (b)(3) | GAAFs | CMS Medicare Provider Analysis and Review (MedPAR) Record – SNF File | FY 2013 |
| INPT | (b)(3) | GAAFs | CMS Provider of Services Listing | 2Q 2014 |
| SNF | (b)(3) | GAAFs | CMS Provider of Services Listing | 2Q 2014 |
| Dent | (b)(2)(iii) | trending forward | CPI-U, dental services component, seasonally adjusted | July 2015 |
| DME | (b)(2)(iv) | trending forward | CPI-U, medical care commodities component, seasonally adjusted | July 2015 |
| DME | (b)(3)(i) | trending forward | CPI-U, medical care commodities component, seasonally adjusted | July 2015 |
| PH | (b)(2)(iii) | trending forward | CPI-U, outpatient hospital services component, seasonally adjusted | July 2015 |
| Opt | (b)(3)(iii) | trending forward | CPI-U, outpatient hospital services component, seasonally adjusted | July 2015 |
| Obs | (b)(2)(ii) | trending forward | CPI-U, outpatient hospital services component, seasonally adjusted | July 2015 |
| Amb | (b)(2)(iii) | trending forward | CPI-U, outpatient hospital services component, seasonally adjusted | July 2015 |
| Phys | (b)(3)(i) | trending forward | CPI-U, physicians' services component, seasonally adjusted | July 2015 |
| Anes | (g)(3)(i) | trending forward | CPI-U, physicians' services component, seasonally adjusted | July 2015 |
| Lab | (b)(3)(i) | trending forward | CPI-U, physicians' services component, seasonally adjusted | July 2015 |
| Phys | (b)(2)(i) | RVUs, codes with no Medicare RVUs | Essential RBRVS | January 2015 |
| Lab | (b)(2)(i) | RVUs, codes with no Medicare-based RVUs | Essential RBRVS | January 2015 |
| DME | (b)(2)(i) | relative values | Essential RBRVS, practice expense RVUs | January 2015 |
| Anes | (g)(3)(i) | conversion factor, nationwide | FAIR Health, Anesthesia database | May 2015 |
| Anes | (g)(3)(iii) | conversion factor GAAFs | FAIR Health, Anesthesia database | May 2015 |
| Dent | (b)(2) | charges, 80th percentile, nationwide | FAIR Health, Dental database | July 2015 |
| Dent | (b)(2)(iv) | charges, 80th percentile, nationwide, for unlisted procedures | FAIR Health, Dental database | July 2015 |
| Dent | (b)(3) | GAAFs | FAIR Health, Dental database | July 2015 |
| Phys | (b)(2)(i) | RVUs, codes with no Medicare RVUs | FAIR Health, HCPCS database | June 2015 |
| Phys | (b)(3)(i) | conversion factors, 80th percentile, geographically adjusted | FAIR Health, HCPCS database | June 2015 |
| Phys | (b)(3) | conversion factor GAAFs | FAIR Health, HCPCS database | June 2015 |
| Lab | (b)(2)(i) | RVUs, codes with Medicare-based RVUs | FAIR Health, HCPCS database | June 2015 |
| DME | (b)(2)(i) | RVUs, codes with no Medicare-based RVUs | FAIR Health, HCPCS database | June 2015 |
| DME | (b)(2)(ii) | charge amounts | FAIR Health, HCPCS database | June 2015 |
| DME | (b)(2)(iii) | charge data, 80th percentile to median | FAIR Health, HCPCS database | June 2015 |
| DME | (b)(3) | charges, codes with no RVUs | FAIR Health, HCPCS database | June 2015 |
| DME | (b)(5)(ii) | charges, weighted average, area-specific | FAIR Health, HCPCS database | June 2015 |
| Phys | (b)(2)(i) | RVUs, codes with no Medicare RVUs | FAIR Health Medical Billed database | May 2015 |
| Phys | (b)(3) | conversion factors, 80th percentile, geographically adjusted | FAIR Health Medical Billed database | May 2015 |
| Phys | (b)(3)(iii) | conversion factor GAAFs | FAIR Health Medical Billed database | May 2015 |
| Lab | (b)(2)(i) | RVUs, codes with Medicare-based RVUs | FAIR Health Medical Billed database | May 2015 |
| Lab | (b)(2)(ii) | RVUs, codes with no Medicare-based RVUs | FAIR Health Medical Billed database | May 2015 |
| Lab | (b)(3) | conversion factors, 80th percentile, geographically adjusted | FAIR Health Medical Billed database | May 2015 |
| Lab | (b)(3)(iii) | conversion factor GAAFs | FAIR Health Medical Billed database | May 2015 |

Fed Reg v3.18 Sources 20151109.xlsx --Sorted By Data Source

SUPPLEMENTARY TABLE 1
REASONABLE CHARGES DATA SOURCES—v3.18

| | Paragraph | Subject | Data Source | Edition |
|---|---|---|---|---|
| Opt | (e)(3)(i) | 80th percentile charges, codes with no APC | FAIR Health Outpatient Facility database | April 2015 |
| Opt | (e)(4) | GAAFs | FAIR Health Outpatient Facility database | April 2015 |
| INPT Opt | (b)(3) | GAAFs | MarketScan Claims Database | CY 2013 |
| Opt | (e)(3)(ii) | 80b percentile charges, codes with no APC | MarketScan Claims Database | CY 2013 |
| Opt | (e)(3)(i) | 80b percentile charges, codes with APCs | Medicare APC payment amount - OPPS | CY 2016 |
| Lab | (f)(2)(i) | RVUs, codes with Medican-based RVUs | Medicare Clinical Diagnostic Laboratory Fee Schedule | CY 2015 |
| Lab | (f)(2)(i) | RVUs, codes with Medicare-based RVUs | Medicare conversion factor | CY 2015 |
| DME | (f)(2)(i) | relative values | Medicare DME Fee Schedule | October 2015 |
| DME | (h)(11) | charges for codes without data | Medicare DME Fee Schedule | October 2015 |
| Phys | (f)(2)(i)(B) | RVU GAAFs, codes with Medicare RVUs, practice expense | Medicare Geographic Practice Cost Index, practice expense | CY 2015 |
| Phys | (f)(2)(iv) | RVU GAAFs, codes with no Medicare RVUs | Medicare Geographic Practice Cost Index, practice expense | CY 2015 |
| Lab | (f)(2)(iv) | RVU GAAFs, codes with no Medicare-based RVUs | Medicare Geographic Practice Cost Index, practice expense | CY 2015 |
| Phys | (f)(2)(i)(A) | RVU GAAFs, codes with Medicare RVUs, work expense | Medicare Geographic Practice Cost Index, work expense | CY 2015 |
| Phys | (f)(2)(iv) | RVU GAAFs, codes with Medicare RVUs, work expense | Medicare Geographic Practice Cost Index, work expense | CY 2015 |
| Lab | (f)(2)(iv) | RVU GAAFs, codes with no Medicare-based RVUs | Medicare Geographic Practice Cost Index, work expense | CY 2015 |
| DME | (f)(2)(i) | relative values | Medicare Parenteral and Enteral Nutrition Fee Schedule | January 2015 |
| Lab | (f)(2)(i) | RVUs, codes with Medicare-based RVUs | Medicare Physician Fee Schedule payment levels | October 2015 |
| Phys | (f)(2)(i)(B) | RVUs, codes with Medicare RVUs, practice expense | Medicare Physician Fee Schedule RVUs, practice expense | October 2015 |
| Phys | (f)(2)(i)(A) | RVUs, codes with Medicare RVUs, work expense | Medicare Physician Fee Schedule RVUs, work expense | October 2015 |
| DME | (f)(2)(i) | charge amounts | Medicare SAF 5% Sample, DME component | CY 2013 |
| DME | (f)(2)(iv) | charge ratios, 80th percentile to median | Medicare SAF 5% Sample, DME component | CY 2013 |
| DME | (b)(3) | charges for codes with no RVUs | Medicare SAF 5% Sample, DME component | CY 2013 |
| DME | (b)(5)(ii) | charges, weighted average, area-specific | Medicare SAF 5% Sample, DME component | CY 2013 |
| DME | (b)(5)(ii) | GAAFs | Medicare SAF 5% Sample, DME component | CY 2013 |
| PH | (f)(2) | per diem charge | Medicare SAF 5% Sample, Part B component | CY 2013 |
| Opt | (e)(3)(ii) | 80th percentile charges, codes with APCs | Medicare SAF 5% Sample, outpatient facility component | CY 2013 |
| Opt | (e)(3)(iii) | 80th percentile charges, codes with no APC | Medicare SAF 5% Sample, outpatient facility component | CY 2013 |
| Obs | (f)(2)(i) | charges, 80th percentile, nationwide | Medicare SAF 5% Sample, outpatient facility component | CY 2013 |
| Amb | (k)(2)(i) | base charge, 80th percentile, nationwide | Medicare SAF 5% Sample, outpatient facility component | CY 2013 |
| Amb | (k)(2)(ii) | mileage charge, 80th percentile, nationwide | Medicare SAF 5% Sample, outpatient facility component | CY 2013 |
| Phys | (b)(3)(F) | RVUs, codes with no Medicare-RVUs | Medicare SAF 5% Sample, Part B component | CY 2013 |
| Anes | (f)(4) | modifiers: charge adjustment factors | Medicare SAF 5% Sample, Part B component | CY 2013 |
| Phys | (f)(2)(i) | connection factor, nationwide | Medicare SAF 5% Sample, Part B component | CY 2013 |
| Lab | (f)(2)(iv) | RVUs, codes with no Medicare-e-based RVUs | Medicare SAF 5% Sample, Part B component | CY 2013 |
| DME | (b)(2)(ii) | charge amounts | Medicare SAF 5% Sample, Part B component | CY 2013 |
| DME | (f)(2)(iv) | charge ratios, 80th percentile to median | Medicare SAF 5% Sample, Part B component | CY 2013 |
| DME | (b)(3) | charges for codes with no RVUs | Medicare SAF 5% Sample, Part B component | CY 2013 |
| DME | (b)(5)(ii) | charges, weighted average, area-specific | Medicare SAF 5% Sample, Part B component | CY 2013 |