U.S. Department of Health & Human Services — www.hhs.gov

**CMS** Centers for **Medicare** & **Medicaid** Services  Search now [Search]

| Home | Medicare | Medicaid | CHIP | About CMS | Regulations & Guidance | Research, Statistics, Data & Systems | Outreach & Education | Tools |

People with Medicare & Medicaid | Questions | Careers | Newsroom | Contact CMS | Acronyms | Help | Email | Print

Draft ICD-10-CM/PCS MS-DRGv28 Definitions Manual

## Appendix C Complications or Comorbidities Exclusion list

Appendix C is a list of all of the codes that are defined as either a complication or comorbidity (CC) or a major complication or comorbidity (MCC) when used as a secondary diagnosis.

Part 1 lists these codes. Each code is indicated as CC or MCC. If the CC or MCC is allowed with all principal diagnoses, then the phrase **NoExcl** follows the CC/MCC indicator. Otherwise, a link is given to a collection of diagnosis codes which, when used as the principal diagnosis, will cause the CC or MCC to be considered as only a non CC.

Part 2 lists codes which are assigned as a Major CC only for patients discharged alive. Otherwise they are assigned as a non-CC.

Part 1: List of CC and Major CC codes
Part 2: Major CC only for patients discharged alive.

Department of Health & Human Services | Medicare.gov | USA.gov
Web Policies & Important Links | Privacy Policy | Freedom of Information Act | No Fear Act
Centers for Medicare & Medicaid Services, 7500 Security Boulevard Baltimore, MD 21244


EXHIBIT 5