U.S. Department of Health & Human Services  >> www.hhs.gov



CMS / Centers for Medicare & Medicaid Services    Search now   [Search]

| Home | Medicare | Medicaid | CHIP | About CMS | Regulations & Guidance | Research, Statistics, Data & Systems | Outreach & Education | Tools |

People with Medicare & Medicaid | Questions | Careers | Newsroom | Contact CMS | Acronyms | Help | Email | Print

Draft ICD-10-CM/PCS MS-DRGv32 Definitions Manual

MDC 8 Diseases & Disorders of the Musculoskeletal System & Connective Tissue
Back and Neck Procedures, Except Spinal Fusion, or Disc Devices/Neurostimulators
Page 1 of 2

| Back and Neck Procedures, Except Spinal Fusion, or Disc Devices/Neurostimulators | | | | | |
|---|---|---|---|---|---|
| Back & Neck Except Disc Devices | Disc Devices | Neurostimulator Combinations | MCC | CC | DRG |
| Yes | | | Yes | | 518 |
| No | Yes | | | | 518 |
| No | No | Yes | | | 518 |
| Yes | No | No | No | Yes | 519 |
| Yes | No | No | No | No | 520 |

**DRG 518** BACK AND NECK PROCEDURES EXCEPT SPINAL FUSION WITH MCC OR DISC DEVICE OR NEUROSTIMULATOR

**DRG 519** BACK AND NECK PROCEDURES EXCEPT SPINAL FUSION WITH CC

**DRG 520** BACK AND NECK PROCEDURES EXCEPT SPINAL FUSION WITHOUT CC/MCC

**BACK & NECK EXCEPT DISC DEVICES**
**OPERATING ROOM PROCEDURES**

| | |
|---|---|
| 005T0ZZ | Destruction of Spinal Meninges, Open Approach |
| 005T3ZZ | Destruction of Spinal Meninges, Percutaneous Approach |
| 005T4ZZ | Destruction of Spinal Meninges, Percutaneous Endoscopic Approach |
| 005W0ZZ | Destruction of Cervical Spinal Cord, Open Approach |
| 005W3ZZ | Destruction of Cervical Spinal Cord, Percutaneous Approach |
| 005W4ZZ | Destruction of Cervical Spinal Cord, Percutaneous Endoscopic Approach |
| 005X0ZZ | Destruction of Thoracic Spinal Cord, Open Approach |
| 005X3ZZ | Destruction of Thoracic Spinal Cord, Percutaneous Approach |
| 005X4ZZ | Destruction of Thoracic Spinal Cord, Percutaneous Endoscopic Approach |
| 005Y0ZZ | Destruction of Lumbar Spinal Cord, Open Approach |
| 005Y3ZZ | Destruction of Lumbar Spinal Cord, Percutaneous Approach |
| 005Y4ZZ | Destruction of Lumbar Spinal Cord, Percutaneous Endoscopic Approach |
| 009T00Z | Drainage of Spinal Meninges with Drainage Device, Open Approach |
| 009T0ZX | Drainage of Spinal Meninges, Open Approach, Diagnostic |
| 009T0ZZ | Drainage of Spinal Meninges, Open Approach |
| 009T30Z | Drainage of Spinal Meninges with Drainage Device, Percutaneous Approach |
| 009T3ZX | Drainage of Spinal Meninges, Percutaneous Approach, Diagnostic |
| 009T3ZZ | Drainage of Spinal Meninges, Percutaneous Approach |

EXHIBIT 6

| Code | Description |
|---|---|
| 009T40Z | Drainage of Spinal Meninges with Drainage Device, Percutaneous Endoscopic Approach |
| 009T4ZX | Drainage of Spinal Meninges, Percutaneous Endoscopic Approach, Diagnostic |
| 009T4ZZ | Drainage of Spinal Meninges, Percutaneous Endoscopic Approach |
| 009U00Z | Drainage of Spinal Canal with Drainage Device, Open Approach |
| 009U0ZX | Drainage of Spinal Canal, Open Approach, Diagnostic |
| 009U0ZZ | Drainage of Spinal Canal, Open Approach |
| 009W00Z | Drainage of Cervical Spinal Cord with Drainage Device, Open Approach |
| 009W0ZX | Drainage of Cervical Spinal Cord, Open Approach, Diagnostic |
| 009W0ZZ | Drainage of Cervical Spinal Cord, Open Approach |
| 009W30Z | Drainage of Cervical Spinal Cord with Drainage Device, Percutaneous Approach |
| 009W3ZX | Drainage of Cervical Spinal Cord, Percutaneous Approach, Diagnostic |
| 009W3ZZ | Drainage of Cervical Spinal Cord, Percutaneous Approach |
| 009W40Z | Drainage of Cervical Spinal Cord with Drainage Device, Percutaneous Endoscopic Approach |
| 009W4ZX | Drainage of Cervical Spinal Cord, Percutaneous Endoscopic Approach, Diagnostic |
| 009W4ZZ | Drainage of Cervical Spinal Cord, Percutaneous Endoscopic Approach |
| 009X00Z | Drainage of Thoracic Spinal Cord with Drainage Device, Open Approach |
| 009X0ZX | Drainage of Thoracic Spinal Cord, Open Approach, Diagnostic |
| 009X0ZZ | Drainage of Thoracic Spinal Cord, Open Approach |
| 009X30Z | Drainage of Thoracic Spinal Cord with Drainage Device, Percutaneous Approach |
| 009X3ZX | Drainage of Thoracic Spinal Cord, Percutaneous Approach, Diagnostic |
| 009X3ZZ | Drainage of Thoracic Spinal Cord, Percutaneous Approach |
| 009X40Z | Drainage of Thoracic Spinal Cord with Drainage Device, Percutaneous Endoscopic Approach |
| 009X4ZX | Drainage of Thoracic Spinal Cord, Percutaneous Endoscopic Approach, Diagnostic |
| 009X4ZZ | Drainage of Thoracic Spinal Cord, Percutaneous Endoscopic Approach |
| 009Y00Z | Drainage of Lumbar Spinal Cord with Drainage Device, Open Approach |
| 009Y0ZX | Drainage of Lumbar Spinal Cord, Open Approach, Diagnostic |
| 009Y0ZZ | Drainage of Lumbar Spinal Cord, Open Approach |
| 009Y30Z | Drainage of Lumbar Spinal Cord with Drainage Device, Percutaneous Approach |
| 009Y3ZX | Drainage of Lumbar Spinal Cord, Percutaneous Approach, Diagnostic |
| 009Y3ZZ | Drainage of Lumbar Spinal Cord, Percutaneous Approach |
| 009Y40Z | Drainage of Lumbar Spinal Cord with Drainage Device, Percutaneous Endoscopic Approach |
| 009Y4ZX | Drainage of Lumbar Spinal Cord, Percutaneous Endoscopic Approach, Diagnostic |
| 009Y4ZZ | Drainage of Lumbar Spinal Cord, Percutaneous Endoscopic Approach |
| 00BT0ZX | Excision of Spinal Meninges, Open Approach, Diagnostic |
| 00BT0ZZ | Excision of Spinal Meninges, Open Approach |
| 00BT3ZX | Excision of Spinal Meninges, Percutaneous Approach, Diagnostic |
| 00BT3ZZ | Excision of Spinal Meninges, Percutaneous Approach |

| Code | Description |
|---|---|
| 00BT4ZX | Excision of Spinal Meninges, Percutaneous Endoscopic Approach, Diagnostic |
| 00BT4ZZ | Excision of Spinal Meninges, Percutaneous Endoscopic Approach |
| 00BW0ZX | Excision of Cervical Spinal Cord, Open Approach, Diagnostic |
| 00BW0ZZ | Excision of Cervical Spinal Cord, Open Approach |
| 00BW3ZX | Excision of Cervical Spinal Cord, Percutaneous Approach, Diagnostic |
| 00BW3ZZ | Excision of Cervical Spinal Cord, Percutaneous Approach |
| 00BW4ZX | Excision of Cervical Spinal Cord, Percutaneous Endoscopic Approach, Diagnostic |
| 00BW4ZZ | Excision of Cervical Spinal Cord, Percutaneous Endoscopic Approach |
| 00BX0ZX | Excision of Thoracic Spinal Cord, Open Approach, Diagnostic |
| 00BX0ZZ | Excision of Thoracic Spinal Cord, Open Approach |
| 00BX3ZX | Excision of Thoracic Spinal Cord, Percutaneous Approach, Diagnostic |
| 00BX3ZZ | Excision of Thoracic Spinal Cord, Percutaneous Approach |
| 00BX4ZX | Excision of Thoracic Spinal Cord, Percutaneous Endoscopic Approach, Diagnostic |
| 00BX4ZZ | Excision of Thoracic Spinal Cord, Percutaneous Endoscopic Approach |
| 00BY0ZX | Excision of Lumbar Spinal Cord, Open Approach, Diagnostic |
| 00BY0ZZ | Excision of Lumbar Spinal Cord, Open Approach |
| 00BY3ZX | Excision of Lumbar Spinal Cord, Percutaneous Approach, Diagnostic |
| 00BY3ZZ | Excision of Lumbar Spinal Cord, Percutaneous Approach |
| 00BY4ZX | Excision of Lumbar Spinal Cord, Percutaneous Endoscopic Approach, Diagnostic |
| 00BY4ZZ | Excision of Lumbar Spinal Cord, Percutaneous Endoscopic Approach |
| 00DT0ZZ | Extraction of Spinal Meninges, Open Approach |
| 00DT3ZZ | Extraction of Spinal Meninges, Percutaneous Approach |
| 00DT4ZZ | Extraction of Spinal Meninges, Percutaneous Endoscopic Approach |
| 00FU0ZZ | Fragmentation in Spinal Canal, Open Approach |
| 00FU3ZZ | Fragmentation in Spinal Canal, Percutaneous Approach |
| 00FU4ZZ | Fragmentation in Spinal Canal, Percutaneous Endoscopic Approach |
| 00FUXZZ | Fragmentation in Spinal Canal, External Approach |
| 00HU02Z | Insertion of Monitoring Device into Spinal Canal, Open Approach |
| 00HU0MZ | Insertion of Neurostimulator Lead into Spinal Canal, Open Approach |
| 00HU32Z | Insertion of Monitoring Device into Spinal Canal, Percutaneous Approach |
| 00HU3MZ | Insertion of Neurostimulator Lead into Spinal Canal, Percutaneous Approach |
| 00HU42Z | Insertion of Monitoring Device into Spinal Canal, Percutaneous Endoscopic Approach |
| 00HU4MZ | Insertion of Neurostimulator Lead into Spinal Canal, Percutaneous Endoscopic Approach |
| 00HV02Z | Insertion of Monitoring Device into Spinal Cord, Open Approach |
| 00HV0MZ | Insertion of Neurostimulator Lead into Spinal Cord, Open Approach |
| 00HV32Z | Insertion of Monitoring Device into Spinal Cord, Percutaneous Approach |
| 00HV3MZ | Insertion of Neurostimulator Lead into Spinal Cord, Percutaneous Approach |
| 00HV42Z | Insertion of Monitoring Device into Spinal Cord, Percutaneous Endoscopic Approach |
| 00HV4MZ | Insertion of Neurostimulator Lead into Spinal Cord, Percutaneous |

| Code | Description |
|---|---|
| | Endoscopic Approach |
| 00JU0ZZ | Inspection of Spinal Canal, Open Approach |
| 00JU3ZZ | Inspection of Spinal Canal, Percutaneous Approach |
| 00JU4ZZ | Inspection of Spinal Canal, Percutaneous Endoscopic Approach |
| 00JV0ZZ | Inspection of Spinal Cord, Open Approach |
| 00JV3ZZ | Inspection of Spinal Cord, Percutaneous Approach |
| 00JV4ZZ | Inspection of Spinal Cord, Percutaneous Endoscopic Approach |
| 00NT0ZZ | Release Spinal Meninges, Open Approach |
| 00NT3ZZ | Release Spinal Meninges, Percutaneous Approach |
| 00NT4ZZ | Release Spinal Meninges, Percutaneous Endoscopic Approach |
| 00NW0ZZ | Release Cervical Spinal Cord, Open Approach |
| 00NW3ZZ | Release Cervical Spinal Cord, Percutaneous Approach |
| 00NW4ZZ | Release Cervical Spinal Cord, Percutaneous Endoscopic Approach |
| 00NX0ZZ | Release Thoracic Spinal Cord, Open Approach |
| 00NX3ZZ | Release Thoracic Spinal Cord, Percutaneous Approach |
| 00NX4ZZ | Release Thoracic Spinal Cord, Percutaneous Endoscopic Approach |
| 00NY0ZZ | Release Lumbar Spinal Cord, Open Approach |
| 00NY3ZZ | Release Lumbar Spinal Cord, Percutaneous Approach |
| 00NY4ZZ | Release Lumbar Spinal Cord, Percutaneous Endoscopic Approach |
| 00PU00Z | Removal of Drainage Device from Spinal Canal, Open Approach |
| 00PU02Z | Removal of Monitoring Device from Spinal Canal, Open Approach |
| 00PU03Z | Removal of Infusion Device from Spinal Canal, Open Approach |
| 00PU0JZ | Removal of Synthetic Substitute from Spinal Canal, Open Approach |
| 00PU0MZ | Removal of Neurostimulator Lead from Spinal Canal, Open Approach |
| 00PU30Z | Removal of Drainage Device from Spinal Canal, Percutaneous Approach |
| 00PU32Z | Removal of Monitoring Device from Spinal Canal, Percutaneous Approach |
| 00PU33Z | Removal of Infusion Device from Spinal Canal, Percutaneous Approach |
| 00PU3JZ | Removal of Synthetic Substitute from Spinal Canal, Percutaneous Approach |
| 00PU3MZ | Removal of Neurostimulator Lead from Spinal Canal, Percutaneous Approach |
| 00PU40Z | Removal of Drainage Device from Spinal Canal, Percutaneous Endoscopic Approach |
| 00PU42Z | Removal of Monitoring Device from Spinal Canal, Percutaneous Endoscopic Approach |
| 00PU43Z | Removal of Infusion Device from Spinal Canal, Percutaneous Endoscopic Approach |
| 00PU4JZ | Removal of Synthetic Substitute from Spinal Canal, Percutaneous Endoscopic Approach |
| 00PU4MZ | Removal of Neurostimulator Lead from Spinal Canal, Percutaneous Endoscopic Approach |
| 00PV0MZ | Removal of Neurostimulator Lead from Spinal Cord, Open Approach |
| 00PV3MZ | Removal of Neurostimulator Lead from Spinal Cord, Percutaneous Approach |
| 00PV4MZ | Removal of Neurostimulator Lead from Spinal Cord, Percutaneous Endoscopic Approach |
| 00QT0ZZ | Repair Spinal Meninges, Open Approach |
| 00QT3ZZ | Repair Spinal Meninges, Percutaneous Approach |

| Code | Description |
|---|---|
| 00QT4ZZ | Repair Spinal Meninges, Percutaneous Endoscopic Approach |
| 00QW0ZZ | Repair Cervical Spinal Cord, Open Approach |
| 00QW3ZZ | Repair Cervical Spinal Cord, Percutaneous Approach |
| 00QW4ZZ | Repair Cervical Spinal Cord, Percutaneous Endoscopic Approach |
| 00QX0ZZ | Repair Thoracic Spinal Cord, Open Approach |
| 00QX3ZZ | Repair Thoracic Spinal Cord, Percutaneous Approach |
| 00QX4ZZ | Repair Thoracic Spinal Cord, Percutaneous Endoscopic Approach |
| 00QY0ZZ | Repair Lumbar Spinal Cord, Open Approach |
| 00QY3ZZ | Repair Lumbar Spinal Cord, Percutaneous Approach |
| 00QY4ZZ | Repair Lumbar Spinal Cord, Percutaneous Endoscopic Approach |
| 00SW0ZZ | Reposition Cervical Spinal Cord, Open Approach |
| 00SW3ZZ | Reposition Cervical Spinal Cord, Percutaneous Approach |
| 00SW4ZZ | Reposition Cervical Spinal Cord, Percutaneous Endoscopic Approach |
| 00SX0ZZ | Reposition Thoracic Spinal Cord, Open Approach |
| 00SX3ZZ | Reposition Thoracic Spinal Cord, Percutaneous Approach |
| 00SX4ZZ | Reposition Thoracic Spinal Cord, Percutaneous Endoscopic Approach |
| 00SY0ZZ | Reposition Lumbar Spinal Cord, Open Approach |
| 00SY3ZZ | Reposition Lumbar Spinal Cord, Percutaneous Approach |
| 00SY4ZZ | Reposition Lumbar Spinal Cord, Percutaneous Endoscopic Approach |
| 00UT07Z | Supplement Spinal Meninges with Autologous Tissue Substitute, Open Approach |
| 00UT0JZ | Supplement Spinal Meninges with Synthetic Substitute, Open Approach |
| 00UT0KZ | Supplement Spinal Meninges with Nonautologous Tissue Substitute, Open Approach |
| 00UT37Z | Supplement Spinal Meninges with Autologous Tissue Substitute, Percutaneous Approach |
| 00UT3JZ | Supplement Spinal Meninges with Synthetic Substitute, Percutaneous Approach |
| 00UT3KZ | Supplement Spinal Meninges with Nonautologous Tissue Substitute, Percutaneous Approach |
| 00UT47Z | Supplement Spinal Meninges with Autologous Tissue Substitute, Percutaneous Endoscopic Approach |
| 00UT4JZ | Supplement Spinal Meninges with Synthetic Substitute, Percutaneous Endoscopic Approach |
| 00UT4KZ | Supplement Spinal Meninges with Nonautologous Tissue Substitute, Percutaneous Endoscopic Approach |
| 00WU00Z | Revision of Drainage Device in Spinal Canal, Open Approach |
| 00WU02Z | Revision of Monitoring Device in Spinal Canal, Open Approach |
| 00WU03Z | Revision of Infusion Device in Spinal Canal, Open Approach |
| 00WU0JZ | Revision of Synthetic Substitute in Spinal Canal, Open Approach |
| 00WU0MZ | Revision of Neurostimulator Lead in Spinal Canal, Open Approach |
| 00WU30Z | Revision of Drainage Device in Spinal Canal, Percutaneous Approach |
| 00WU32Z | Revision of Monitoring Device in Spinal Canal, Percutaneous Approach |
| 00WU33Z | Revision of Infusion Device in Spinal Canal, Percutaneous Approach |
| 00WU3JZ | Revision of Synthetic Substitute in Spinal Canal, Percutaneous Approach |
| 00WU3MZ | Revision of Neurostimulator Lead in Spinal Canal, Percutaneous Approach |
| 00WU40Z | Revision of Drainage Device in Spinal Canal, Percutaneous Endoscopic Approach |

| Code | Description |
|---|---|
| 00WU42Z | Revision of Monitoring Device in Spinal Canal, Percutaneous Endoscopic Approach |
| 00WU43Z | Revision of Infusion Device in Spinal Canal, Percutaneous Endoscopic Approach |
| 00WU4JZ | Revision of Synthetic Substitute in Spinal Canal, Percutaneous Endoscopic Approach |
| 00WU4MZ | Revision of Neurostimulator Lead in Spinal Canal, Percutaneous Endoscopic Approach |
| 01510ZZ | Destruction of Cervical Nerve, Open Approach |
| 01514ZZ | Destruction of Cervical Nerve, Percutaneous Endoscopic Approach |
| 01580ZZ | Destruction of Thoracic Nerve, Open Approach |
| 01584ZZ | Destruction of Thoracic Nerve, Percutaneous Endoscopic Approach |
| 015B0ZZ | Destruction of Lumbar Nerve, Open Approach |
| 015B4ZZ | Destruction of Lumbar Nerve, Percutaneous Endoscopic Approach |
| 015R0ZZ | Destruction of Sacral Nerve, Open Approach |
| 015R4ZZ | Destruction of Sacral Nerve, Percutaneous Endoscopic Approach |
| 01810ZZ | Division of Cervical Nerve, Open Approach |
| 01813ZZ | Division of Cervical Nerve, Percutaneous Approach |
| 01814ZZ | Division of Cervical Nerve, Percutaneous Endoscopic Approach |
| 01880ZZ | Division of Thoracic Nerve, Open Approach |
| 01883ZZ | Division of Thoracic Nerve, Percutaneous Approach |
| 01884ZZ | Division of Thoracic Nerve, Percutaneous Endoscopic Approach |
| 018B0ZZ | Division of Lumbar Nerve, Open Approach |
| 018B3ZZ | Division of Lumbar Nerve, Percutaneous Approach |
| 018B4ZZ | Division of Lumbar Nerve, Percutaneous Endoscopic Approach |
| 018R0ZZ | Division of Sacral Nerve, Open Approach |
| 018R3ZZ | Division of Sacral Nerve, Percutaneous Approach |
| 018R4ZZ | Division of Sacral Nerve, Percutaneous Endoscopic Approach |
| 0PS304Z | Reposition Cervical Vertebra with Internal Fixation Device, Open Approach |
| 0PS30ZZ | Reposition Cervical Vertebra, Open Approach |
| 0PS334Z | Reposition Cervical Vertebra with Internal Fixation Device, Percutaneous Approach |
| 0PS344Z | Reposition Cervical Vertebra with Internal Fixation Device, Percutaneous Endoscopic Approach |
| 0PS34ZZ | Reposition Cervical Vertebra, Percutaneous Endoscopic Approach |
| 0PS3XZZ | Reposition Cervical Vertebra, External Approach |
| 0PS404Z | Reposition Thoracic Vertebra with Internal Fixation Device, Open Approach |
| 0PS40ZZ | Reposition Thoracic Vertebra, Open Approach |
| 0PS434Z | Reposition Thoracic Vertebra with Internal Fixation Device, Percutaneous Approach |
| 0PS444Z | Reposition Thoracic Vertebra with Internal Fixation Device, Percutaneous Endoscopic Approach |
| 0PS44ZZ | Reposition Thoracic Vertebra, Percutaneous Endoscopic Approach |
| 0PS4XZZ | Reposition Thoracic Vertebra, External Approach |
| 0QS004Z | Reposition Lumbar Vertebra with Internal Fixation Device, Open Approach |
| 0QS00ZZ | Reposition Lumbar Vertebra, Open Approach |

| Code | Description |
|---|---|
| 0QS034Z | Reposition Lumbar Vertebra with Internal Fixation Device, Percutaneous Approach |
| 0QS044Z | Reposition Lumbar Vertebra with Internal Fixation Device, Percutaneous Endoscopic Approach |
| 0QS04ZZ | Reposition Lumbar Vertebra, Percutaneous Endoscopic Approach |
| 0QS0XZZ | Reposition Lumbar Vertebra, External Approach |
| 0QS104Z | Reposition Sacrum with Internal Fixation Device, Open Approach |
| 0QS10ZZ | Reposition Sacrum, Open Approach |
| 0QS134Z | Reposition Sacrum with Internal Fixation Device, Percutaneous Approach |
| 0QS144Z | Reposition Sacrum with Internal Fixation Device, Percutaneous Endoscopic Approach |
| 0QS14ZZ | Reposition Sacrum, Percutaneous Endoscopic Approach |
| 0QS1XZZ | Reposition Sacrum, External Approach |
| 0QSS04Z | Reposition Coccyx with Internal Fixation Device, Open Approach |
| 0QSS0ZZ | Reposition Coccyx, Open Approach |
| 0QSS34Z | Reposition Coccyx with Internal Fixation Device, Percutaneous Approach |
| 0QSS3ZZ | Reposition Coccyx, Percutaneous Approach |
| 0QSS44Z | Reposition Coccyx with Internal Fixation Device, Percutaneous Endoscopic Approach |
| 0QSS4ZZ | Reposition Coccyx, Percutaneous Endoscopic Approach |
| 0QSSXZZ | Reposition Coccyx, External Approach |
| 0R530ZZ | Destruction of Cervical Vertebral Disc, Open Approach |
| 0R550ZZ | Destruction of Cervicothoracic Vertebral Disc, Open Approach |
| 0R590ZZ | Destruction of Thoracic Vertebral Disc, Open Approach |
| 0R5B0ZZ | Destruction of Thoracolumbar Vertebral Disc, Open Approach |
| 0RB00ZZ | Excision of Occipital-cervical Joint, Open Approach |
| 0RB03ZZ | Excision of Occipital-cervical Joint, Percutaneous Approach |
| 0RB04ZZ | Excision of Occipital-cervical Joint, Percutaneous Endoscopic Approach |
| 0RB10ZZ | Excision of Cervical Vertebral Joint, Open Approach |
| 0RB13ZZ | Excision of Cervical Vertebral Joint, Percutaneous Approach |
| 0RB14ZZ | Excision of Cervical Vertebral Joint, Percutaneous Endoscopic Approach |
| 0RB30ZZ | Excision of Cervical Vertebral Disc, Open Approach |
| 0RB33ZZ | Excision of Cervical Vertebral Disc, Percutaneous Approach |
| 0RB34ZZ | Excision of Cervical Vertebral Disc, Percutaneous Endoscopic Approach |
| 0RB40ZZ | Excision of Cervicothoracic Vertebral Joint, Open Approach |
| 0RB43ZZ | Excision of Cervicothoracic Vertebral Joint, Percutaneous Approach |
| 0RB44ZZ | Excision of Cervicothoracic Vertebral Joint, Percutaneous Endoscopic Approach |
| 0RB50ZZ | Excision of Cervicothoracic Vertebral Disc, Open Approach |
| 0RB53ZZ | Excision of Cervicothoracic Vertebral Disc, Percutaneous Approach |
| 0RB54ZZ | Excision of Cervicothoracic Vertebral Disc, Percutaneous Endoscopic Approach |
| 0RB60ZZ | Excision of Thoracic Vertebral Joint, Open Approach |
| 0RB63ZZ | Excision of Thoracic Vertebral Joint, Percutaneous Approach |
| 0RB64ZZ | Excision of Thoracic Vertebral Joint, Percutaneous Endoscopic Approach |
| 0RB90ZZ | Excision of Thoracic Vertebral Disc, Open Approach |
| 0RB93ZZ | Excision of Thoracic Vertebral Disc, Percutaneous Approach |
| 0RB94ZZ | Excision of Thoracic Vertebral Disc, Percutaneous Endoscopic Approach |

| Code | Description |
|---|---|
| 0RBA0ZZ | Excision of Thoracolumbar Vertebral Joint, Open Approach |
| 0RBA3ZZ | Excision of Thoracolumbar Vertebral Joint, Percutaneous Approach |
| 0RBA4ZZ | Excision of Thoracolumbar Vertebral Joint, Percutaneous Endoscopic Approach |
| 0RBB0ZZ | Excision of Thoracolumbar Vertebral Disc, Open Approach |
| 0RBB3ZZ | Excision of Thoracolumbar Vertebral Disc, Percutaneous Approach |
| 0RBB4ZZ | Excision of Thoracolumbar Vertebral Disc, Percutaneous Endoscopic Approach |
| 0RH00BZ | Insertion of Interspinous Process Spinal Stabilization Device into Occipital-cervical Joint, Open Approach |
| 0RH00CZ | Insertion of Pedicle-Based Spinal Stabilization Device into Occipital-cervical Joint, Open Approach |
| 0RH00DZ | Insertion of Facet Replacement Spinal Stabilization Device into Occipital-cervical Joint, Open Approach |
| 0RH03BZ | Insertion of Interspinous Process Spinal Stabilization Device into Occipital-cervical Joint, Percutaneous Approach |
| 0RH03CZ | Insertion of Pedicle-Based Spinal Stabilization Device into Occipital-cervical Joint, Percutaneous Approach |
| 0RH03DZ | Insertion of Facet Replacement Spinal Stabilization Device into Occipital-cervical Joint, Percutaneous Approach |
| 0RH04BZ | Insertion of Interspinous Process Spinal Stabilization Device into Occipital-cervical Joint, Percutaneous Endoscopic Approach |
| 0RH04CZ | Insertion of Pedicle-Based Spinal Stabilization Device into Occipital-cervical Joint, Percutaneous Endoscopic Approach |
| 0RH04DZ | Insertion of Facet Replacement Spinal Stabilization Device into Occipital-cervical Joint, Percutaneous Endoscopic Approach |
| 0RH10BZ | Insertion of Interspinous Process Spinal Stabilization Device into Cervical Vertebral Joint, Open Approach |
| 0RH10CZ | Insertion of Pedicle-Based Spinal Stabilization Device into Cervical Vertebral Joint, Open Approach |
| 0RH10DZ | Insertion of Facet Replacement Spinal Stabilization Device into Cervical Vertebral Joint, Open Approach |
| 0RH13BZ | Insertion of Interspinous Process Spinal Stabilization Device into Cervical Vertebral Joint, Percutaneous Approach |
| 0RH13CZ | Insertion of Pedicle-Based Spinal Stabilization Device into Cervical Vertebral Joint, Percutaneous Approach |
| 0RH13DZ | Insertion of Facet Replacement Spinal Stabilization Device into Cervical Vertebral Joint, Percutaneous Approach |
| 0RH14BZ | Insertion of Interspinous Process Spinal Stabilization Device into Cervical Vertebral Joint, Percutaneous Endoscopic Approach |
| 0RH14CZ | Insertion of Pedicle-Based Spinal Stabilization Device into Cervical Vertebral Joint, Percutaneous Endoscopic Approach |
| 0RH14DZ | Insertion of Facet Replacement Spinal Stabilization Device into Cervical Vertebral Joint, Percutaneous Endoscopic Approach |
| 0RH40BZ | Insertion of Interspinous Process Spinal Stabilization Device into Cervicothoracic Vertebral Joint, Open Approach |
| 0RH40CZ | Insertion of Pedicle-Based Spinal Stabilization Device into Cervicothoracic Vertebral Joint, Open Approach |
| 0RH40DZ | Insertion of Facet Replacement Spinal Stabilization Device into Cervicothoracic Vertebral Joint, Open Approach |

| Code | Description |
|---|---|
| 0RH43BZ | Insertion of Interspinous Process Spinal Stabilization Device into Cervicothoracic Vertebral Joint, Percutaneous Approach |
| 0RH43CZ | Insertion of Pedicle-Based Spinal Stabilization Device into Cervicothoracic Vertebral Joint, Percutaneous Approach |
| 0RH43DZ | Insertion of Facet Replacement Spinal Stabilization Device into Cervicothoracic Vertebral Joint, Percutaneous Approach |
| 0RH44BZ | Insertion of Interspinous Process Spinal Stabilization Device into Cervicothoracic Vertebral Joint, Percutaneous Endoscopic Approach |
| 0RH44CZ | Insertion of Pedicle-Based Spinal Stabilization Device into Cervicothoracic Vertebral Joint, Percutaneous Endoscopic Approach |
| 0RH44DZ | Insertion of Facet Replacement Spinal Stabilization Device into Cervicothoracic Vertebral Joint, Percutaneous Endoscopic Approach |
| 0RH60BZ | Insertion of Interspinous Process Spinal Stabilization Device into Thoracic Vertebral Joint, Open Approach |
| 0RH60CZ | Insertion of Pedicle-Based Spinal Stabilization Device into Thoracic Vertebral Joint, Open Approach |
| 0RH60DZ | Insertion of Facet Replacement Spinal Stabilization Device into Thoracic Vertebral Joint, Open Approach |
| 0RH63BZ | Insertion of Interspinous Process Spinal Stabilization Device into Thoracic Vertebral Joint, Percutaneous Approach |
| 0RH63CZ | Insertion of Pedicle-Based Spinal Stabilization Device into Thoracic Vertebral Joint, Percutaneous Approach |
| 0RH63DZ | Insertion of Facet Replacement Spinal Stabilization Device into Thoracic Vertebral Joint, Percutaneous Approach |
| 0RH64BZ | Insertion of Interspinous Process Spinal Stabilization Device into Thoracic Vertebral Joint, Percutaneous Endoscopic Approach |
| 0RH64CZ | Insertion of Pedicle-Based Spinal Stabilization Device into Thoracic Vertebral Joint, Percutaneous Endoscopic Approach |
| 0RH64DZ | Insertion of Facet Replacement Spinal Stabilization Device into Thoracic Vertebral Joint, Percutaneous Endoscopic Approach |
| 0RHA0BZ | Insertion of Interspinous Process Spinal Stabilization Device into Thoracolumbar Vertebral Joint, Open Approach |
| 0RHA0CZ | Insertion of Pedicle-Based Spinal Stabilization Device into Thoracolumbar Vertebral Joint, Open Approach |
| 0RHA0DZ | Insertion of Facet Replacement Spinal Stabilization Device into Thoracolumbar Vertebral Joint, Open Approach |
| 0RHA3BZ | Insertion of Interspinous Process Spinal Stabilization Device into Thoracolumbar Vertebral Joint, Percutaneous Approach |
| 0RHA3CZ | Insertion of Pedicle-Based Spinal Stabilization Device into Thoracolumbar Vertebral Joint, Percutaneous Approach |
| 0RHA3DZ | Insertion of Facet Replacement Spinal Stabilization Device into Thoracolumbar Vertebral Joint, Percutaneous Approach |
| 0RHA4BZ | Insertion of Interspinous Process Spinal Stabilization Device into Thoracolumbar Vertebral Joint, Percutaneous Endoscopic Approach |
| 0RHA4CZ | Insertion of Pedicle-Based Spinal Stabilization Device into Thoracolumbar Vertebral Joint, Percutaneous Endoscopic Approach |
| 0RHA4DZ | Insertion of Facet Replacement Spinal Stabilization Device into Thoracolumbar Vertebral Joint, Percutaneous Endoscopic Approach |
| 0RQ30ZZ | Repair Cervical Vertebral Disc, Open Approach |
| 0RQ90ZZ | Repair Thoracic Vertebral Disc, Open Approach |
| 0RQB0ZZ | Repair Thoracolumbar Vertebral Disc, Open Approach |

| Code | Description |
|---|---|
| **0RR30JZ** | Replacement of Cervical Vertebral Disc with Synthetic Substitute, Open Approach |
| **0RR50JZ** | Replacement of Cervicothoracic Vertebral Disc with Synthetic Substitute, Open Approach |
| **0RR90JZ** | Replacement of Thoracic Vertebral Disc with Synthetic Substitute, Open Approach |
| **0RRB0JZ** | Replacement of Thoracolumbar Vertebral Disc with Synthetic Substitute, Open Approach |
| **0RT30ZZ** | Resection of Cervical Vertebral Disc, Open Approach |
| **0RT40ZZ** | Resection of Cervicothoracic Vertebral Joint, Open Approach |
| **0RT50ZZ** | Resection of Cervicothoracic Vertebral Disc, Open Approach |
| **0RT90ZZ** | Resection of Thoracic Vertebral Disc, Open Approach |
| **0RTB0ZZ** | Resection of Thoracolumbar Vertebral Disc, Open Approach |
| **0RU00JZ** | Supplement Occipital-cervical Joint with Synthetic Substitute, Open Approach |
| **0RU03JZ** | Supplement Occipital-cervical Joint with Synthetic Substitute, Percutaneous Approach |
| **0RU04JZ** | Supplement Occipital-cervical Joint with Synthetic Substitute, Percutaneous Endoscopic Approach |
| **0RU10JZ** | Supplement Cervical Vertebral Joint with Synthetic Substitute, Open Approach |
| **0RU13JZ** | Supplement Cervical Vertebral Joint with Synthetic Substitute, Percutaneous Approach |
| **0RU14JZ** | Supplement Cervical Vertebral Joint with Synthetic Substitute, Percutaneous Endoscopic Approach |
| **0RU307Z** | Supplement Cervical Vertebral Disc with Autologous Tissue Substitute, Open Approach |
| **0RU30JZ** | Supplement Cervical Vertebral Disc with Synthetic Substitute, Open Approach |
| **0RU30KZ** | Supplement Cervical Vertebral Disc with Nonautologous Tissue Substitute, Open Approach |
| **0RU337Z** | Supplement Cervical Vertebral Disc with Autologous Tissue Substitute, Percutaneous Approach |
| **0RU33JZ** | Supplement Cervical Vertebral Disc with Synthetic Substitute, Percutaneous Approach |
| **0RU33KZ** | Supplement Cervical Vertebral Disc with Nonautologous Tissue Substitute, Percutaneous Approach |
| **0RU347Z** | Supplement Cervical Vertebral Disc with Autologous Tissue Substitute, Percutaneous Endoscopic Approach |
| **0RU34JZ** | Supplement Cervical Vertebral Disc with Synthetic Substitute, Percutaneous Endoscopic Approach |
| **0RU34KZ** | Supplement Cervical Vertebral Disc with Nonautologous Tissue Substitute, Percutaneous Endoscopic Approach |
| **0RU40JZ** | Supplement Cervicothoracic Vertebral Joint with Synthetic Substitute, Open Approach |
| **0RU43JZ** | Supplement Cervicothoracic Vertebral Joint with Synthetic Substitute, Percutaneous Approach |
| **0RU44JZ** | Supplement Cervicothoracic Vertebral Joint with Synthetic Substitute, Percutaneous Endoscopic Approach |
| **0RU50JZ** | Supplement Cervicothoracic Vertebral Disc with Synthetic Substitute, |

| Code | Description |
|---|---|
| | Open Approach |
| 0RU53JZ | Supplement Cervicothoracic Vertebral Disc with Synthetic Substitute, Percutaneous Approach |
| 0RU54JZ | Supplement Cervicothoracic Vertebral Disc with Synthetic Substitute, Percutaneous Endoscopic Approach |
| 0RU60JZ | Supplement Thoracic Vertebral Joint with Synthetic Substitute, Open Approach |
| 0RU63JZ | Supplement Thoracic Vertebral Joint with Synthetic Substitute, Percutaneous Approach |
| 0RU64JZ | Supplement Thoracic Vertebral Joint with Synthetic Substitute, Percutaneous Endoscopic Approach |
| 0RU907Z | Supplement Thoracic Vertebral Disc with Autologous Tissue Substitute, Open Approach |
| 0RU90JZ | Supplement Thoracic Vertebral Disc with Synthetic Substitute, Open Approach |
| 0RU90KZ | Supplement Thoracic Vertebral Disc with Nonautologous Tissue Substitute, Open Approach |
| 0RU937Z | Supplement Thoracic Vertebral Disc with Autologous Tissue Substitute, Percutaneous Approach |
| 0RU93JZ | Supplement Thoracic Vertebral Disc with Synthetic Substitute, Percutaneous Approach |
| 0RU93KZ | Supplement Thoracic Vertebral Disc with Nonautologous Tissue Substitute, Percutaneous Approach |
| 0RU947Z | Supplement Thoracic Vertebral Disc with Autologous Tissue Substitute, Percutaneous Endoscopic Approach |
| 0RU94JZ | Supplement Thoracic Vertebral Disc with Synthetic Substitute, Percutaneous Endoscopic Approach |
| 0RU94KZ | Supplement Thoracic Vertebral Disc with Nonautologous Tissue Substitute, Percutaneous Endoscopic Approach |
| 0RUA0JZ | Supplement Thoracolumbar Vertebral Joint with Synthetic Substitute, Open Approach |
| 0RUA3JZ | Supplement Thoracolumbar Vertebral Joint with Synthetic Substitute, Percutaneous Approach |
| 0RUA4JZ | Supplement Thoracolumbar Vertebral Joint with Synthetic Substitute, Percutaneous Endoscopic Approach |
| 0RUB07Z | Supplement Thoracolumbar Vertebral Disc with Autologous Tissue Substitute, Open Approach |
| 0RUB0JZ | Supplement Thoracolumbar Vertebral Disc with Synthetic Substitute, Open Approach |
| 0RUB0KZ | Supplement Thoracolumbar Vertebral Disc with Nonautologous Tissue Substitute, Open Approach |
| 0RUB37Z | Supplement Thoracolumbar Vertebral Disc with Autologous Tissue Substitute, Percutaneous Approach |
| 0RUB3JZ | Supplement Thoracolumbar Vertebral Disc with Synthetic Substitute, Percutaneous Approach |
| 0RUB3KZ | Supplement Thoracolumbar Vertebral Disc with Nonautologous Tissue Substitute, Percutaneous Approach |
| 0RUB47Z | Supplement Thoracolumbar Vertebral Disc with Autologous Tissue Substitute, Percutaneous Endoscopic Approach |
| 0RUB4JZ | Supplement Thoracolumbar Vertebral Disc with Synthetic Substitute, Percutaneous Endoscopic Approach |

| Code | Description |
| --- | --- |
| 0RUB4KZ | Supplement Thoracolumbar Vertebral Disc with Nonautologous Tissue Substitute, Percutaneous Endoscopic Approach |
| 0RW30JZ | Revision of Synthetic Substitute in Cervical Vertebral Disc, Open Approach |
| 0RW33JZ | Revision of Synthetic Substitute in Cervical Vertebral Disc, Percutaneous Approach |
| 0RW34JZ | Revision of Synthetic Substitute in Cervical Vertebral Disc, Percutaneous Endoscopic Approach |
| 0RW50JZ | Revision of Synthetic Substitute in Cervicothoracic Vertebral Disc, Open Approach |
| 0RW53JZ | Revision of Synthetic Substitute in Cervicothoracic Vertebral Disc, Percutaneous Approach |
| 0RW54JZ | Revision of Synthetic Substitute in Cervicothoracic Vertebral Disc, Percutaneous Endoscopic Approach |
| 0RW90JZ | Revision of Synthetic Substitute in Thoracic Vertebral Disc, Open Approach |
| 0RW93JZ | Revision of Synthetic Substitute in Thoracic Vertebral Disc, Percutaneous Approach |
| 0RW94JZ | Revision of Synthetic Substitute in Thoracic Vertebral Disc, Percutaneous Endoscopic Approach |
| 0RWB0JZ | Revision of Synthetic Substitute in Thoracolumbar Vertebral Disc, Open Approach |
| 0RWB3JZ | Revision of Synthetic Substitute in Thoracolumbar Vertebral Disc, Percutaneous Approach |
| 0RWB4JZ | Revision of Synthetic Substitute in Thoracolumbar Vertebral Disc, Percutaneous Endoscopic Approach |
| 0S520ZZ | Destruction of Lumbar Vertebral Disc, Open Approach |
| 0S523ZZ | Destruction of Lumbar Vertebral Disc, Percutaneous Approach |
| 0S524ZZ | Destruction of Lumbar Vertebral Disc, Percutaneous Endoscopic Approach |
| 0S540ZZ | Destruction of Lumbosacral Disc, Open Approach |
| 0S543ZZ | Destruction of Lumbosacral Disc, Percutaneous Approach |
| 0S544ZZ | Destruction of Lumbosacral Disc, Percutaneous Endoscopic Approach |
| 0SB00ZZ | Excision of Lumbar Vertebral Joint, Open Approach |
| 0SB03ZZ | Excision of Lumbar Vertebral Joint, Percutaneous Approach |
| 0SB04ZZ | Excision of Lumbar Vertebral Joint, Percutaneous Endoscopic Approach |
| 0SB20ZZ | Excision of Lumbar Vertebral Disc, Open Approach |
| 0SB23ZZ | Excision of Lumbar Vertebral Disc, Percutaneous Approach |
| 0SB24ZZ | Excision of Lumbar Vertebral Disc, Percutaneous Endoscopic Approach |
| 0SB30ZZ | Excision of Lumbosacral Joint, Open Approach |
| 0SB33ZZ | Excision of Lumbosacral Joint, Percutaneous Approach |