# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

JACQUELYN and WILLIAM ORR, )
)
   Plaintiffs, )
)
v. ) CV416-052
)
MACY'S RETAIL HOLDINGS, INC., )
)
   Defendant. )

## ORDER

In considering the parties' Joint Motion for Stay of Proceedings, and for good cause shown, **IT IS HEREBY ORDERED** that the proceedings in this matter (including the deadlines for filing motions) are stayed pending completion of private mediation between the parties. If the parties are unable to resolve this matter at mediation, an amended proposed scheduling order governing the remainder of the case shall be submitted on or before the thirtieth (30th) day after mediation or by February 28, 2017, whichever comes first, and the stay shall be lifted at that time.

**SO ORDERED,** this 22nd day of December, 2016.

UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA